# **Exhibit 4**

- 3 MAY 1983

cc: SAC Office
    RRA Office

CHBARTLETT:ddw:4-28-83

C:F:TE:CHB
7540

Mr. Henry A. Roehrich
SGW, Incorporated
624 Old Pacific Highway SE
Olympia, Washington 98503

Dear Mr. Roehrich:

This refers to your letter of March 25, 1983, in which you ask about the status of an unfinished AR-15 type firearm receiver which you submitted for our examination.

Examination of the sample reveals that it is identifiable as the receiver of a firearm. It is basically complete except that the interior cavity has not been milled. For test purposes, the interior of the sample was drilled out using a 5/8 inch drill and then finished with a 1/2 inch rotary file. Approximately 75 minutes time was required to make the receiver functional.

Based on our examination, we have determined that the unfinished receiver as provided, is still a firearm subject to the provisions of the Gun Control Act of 1968. Should a customer of yours require unfinished receivers of this type, without conventional serial number or other markings, we would be happy to consider your request for a variance from the marking requirements in Title 27, Code of Federal Regulations (CFR), Part 178, Section 178.92.

An alternate form of identification may be approved only if it is determined that the proposed markings are reasonable under the particular circumstances involved, and will not hinder effective administration of the law and implementing regulations. Your customer must be a licensed manufacturer of firearms who will apply all required markings to the finished receiver. Further, it will be necessary for you to apply some sort of identifying mark to the unfinished receiver to identify SGW as the original manufacturer.

We trust that the foregoing has been responsive to your inqury. If you have further questions concerning this matter, please do not hesitate to contact us.

Sincerely yours,

Edward M. Owen, Jr.
Chief, Firearms Technology Branch

**S.G.W. INC.**
624 OLD PACIFIC HWY. S.E.
OLYMPIA, WA. 98503
PHONE: (206) 456-3471

RIFLE BARRELS
CHAMBER REAMERS

LOWER RECEIVERS
GUNSMITHING

CAB

March 25, 1983

BATF
Federal Building
Washington, D.C.  20226

Attn: Mr. Edward M. Owen, Jr.
       Chief, Firearms Technology Branch

Subject: Status of unfinished Ar-15 Type Lower Receivers.

Dear Sir:

Enclosed is a sample unfinished AR-15 type Lower Receiver Forging. You will note that the area for the trigger, Hammer, and Disconnector is basically still unmachined and solid. It would require additional machining to become functional.

A customer requests that we supply him with receiver forgings in this machined condition without prior markings (identification) with serial No. caliber and manufacturer's name. He will then finish them under his manufacturer's license and put on the required markings.

Would we be authorized to ship these unfinished forgings per sample supplied without any prior markings?

Sincerely,

Henry A. Roehrich
SGW, Inc.
General Manager