# **Exhibit 15**



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

---

*Martinsburg, WV 25405*

www.atf.gov

903050:GR
3311/301171

November 22, 2013

Mr. David Trease
President
TPM Arms, LLC
1000 West Bradley Avenue
Suite J
El Cajon, CA 92020

Dear Mr. Trease,

This is in reference to your correspondence to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Branch (FTB), along with a submitted sample of an AR-15 type receiver blank, to determine if the machining operations performed have reached a point in manufacturing for your item to be considered a "firearm" under the amended Gun Control Act of 1968 (GCA).

As background, the GCA, 18 U.S.C. Section 921(a)(3), defines the term "**firearm**" as—

> ...*(A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the <u>frame or receiver</u> of any such weapon; (C) any firearm muffler or firearm silencer; or (D) any destructive device. Such term does not include an antique firearm.*

Our Branch has previously determined that an AR-15 type receiver which has <u>no machining of any kind performed in the area of the trigger/hammer recess</u> might not be classified as a firearm. Such a receiver could have all other machining operations performed, including pivot-pin and takedown-pin hole(s) and clearance for the takedown-pin lug, but must be completely solid and un-machined in the trigger/hammer-recess area.

Mr. David Trease                                                          Page 2

The FTB examination of your sample confirmed that the forging has been partially machined, with no machining of any kind performed in the area of the trigger/hammer recess. The machining operations performed for this sample include—

- Implementation of the magazine well.
- Threads cut for receiver extension.
- Holes drilled for front and rear takedown pins.
- Holes drilled for front takedown detent and spring.
- Hole drilled and machined for magazine catch.
- Hole drilled for bolt-catch plunger and spring.
- Hole drilled for magazine-release button and spring.
- Holes drilled for trigger guard.
- Hole drilled for buffer detent and spring.
- Hole drilled and tapped for pistol-grip screw.

Further, the trigger/hammer recess of your submitted sample is solid, and there are no index detents machined for the safety lever or the trigger/hammer pins (see photos below).



Mr. David Trease                                             Page 3



Based on our examination, FTB finds that the submitted item is not a "firearm" as defined in the GCA. Please note that this classification is based on the item received and examined by our Branch. Any changes to its characteristics would require re-evaluation by FTB.

Please provide our Branch with a FedEx account number or common carrier shipping label within 30 days so that we may return your forging.

We thank you for your inquiry and trust the foregoing is responsive to your request.

                                  Sincerely yours,

                                  Earl Griffith
                                  Chief, Firearms Technology Branch