# **Exhibit 16**



WHO WE ARE          WHAT WE DO          RESOURCES

Home                                                                                    ☐ Español

# Receiver Blanks

Answers to some common questions specific to receivers known as 80% receivers or unfinished receivers.

Are some items being marketed as non-firearm "unfinished" or "80%" receivers actually considered firearms?

When does a receiver need to have markings and/or serial numbers?

What is an "80%" or "unfinished" receiver?

Have firearms made from unmarked receiver blanks been recovered after being used in a crime?

Is ATF aware of the receiver blanks, commonly referred to as 80% receivers?

Can functioning firearms made from receiver blanks be traced?

Are "80%" or "unfinished" receivers illegal?

Are there restrictions on who can purchase receiver blanks?

Are some items being marketed as non-firearm "unfinished" or "80%" receivers actually considered firearms? | Bureau of Alcohol, Tobacco, Firearms and Explosives

Case 3:20-cv-06761-JSC   Document 1-16   Filed 09/29/20   Page 3 of 11



WHO WE ARE          WHAT WE DO          RESOURCES

Home » What We Do » Mission Areas » Firearms                                    ☐ Español

# Are some items being marketed as non-firearm "unfinished" or "80%" receivers actually considered firearms?

Yes. In some cases, items being marketed as "unfinished" or "80%" receivers do actually meet the definition of a "firearm" as defined in the Gun Control Act (GCA).

If you are unsure about whether an item you are planning to buy or sell is considered a firearm under the GCA, please contact ATF's Firearms and Ammunition Technology Division (FATD) by email at fire_tech@atf.gov or by phone at 304-616-4300.

*Last Reviewed June 24, 2020*



WHO WE ARE          WHAT WE DO          RESOURCES

Home » What We Do » Mission Areas » Firearms                                        □ Español

# When does a receiver need to have markings and/or serial numbers?

Receivers that meet the definition of a "firearm" must have markings, including a serial number. See 27 CFR § 478.92, Firearm manufacturers marking requirements.

*Last Reviewed February 6, 2020*

 **ATF**

WHO WE ARE          WHAT WE DO          RESOURCES

Home » What We Do » Mission Areas » Firearms          ☐ Español

# What is an "80%" or "unfinished" receiver?

"80% receiver," "80% finished," "80% complete" and "unfinished receiver" are all terms referring to an item that some may believe has not yet reached a stage of manufacture that meets the definition of "firearm frame" or "receiver" according to the Gun Control Act (GCA). These are not statutory terms and ATF does not use or endorse them.

*Last Reviewed February 6, 2020*

Have firearms made from unmarked receiver blanks been recovered after being used in a crime? | Bureau of Alcohol, Tobacco, Firearms and Explosives

Case 3:20-cv-06761-JSC   Document 1-16   Filed 09/29/20   Page 6 of 11



WHO WE ARE          WHAT WE DO          RESOURCES

Home » What We Do » Mission Areas » Firearms                                    □ Español

# Have firearms made from unmarked receiver blanks been recovered after being used in a crime?

Yes. Firearms that began as receiver blanks have been recovered after shooting incidents, from gang members, and from prohibited people after they have been used to commit crimes.

*Last Reviewed February 6, 2020*

Case 3:20-cv-06761-JSC   Document 1-16   Filed 09/29/20   Page 7 of 11



WHO WE ARE          WHAT WE DO          RESOURCES          ☐

Home » What We Do » Mission Areas » Firearms                    ☐ Español

# Is ATF aware of the receiver blanks, commonly referred to as 80% receivers?

Yes. ATF routinely collaborates with the firearms industry and law enforcement to monitor new technologies and current manufacturing trends that could potentially impact the safety of the public.

*Last Reviewed February 6, 2020*



WHO WE ARE          WHAT WE DO          RESOURCES

Home » What We Do » Mission Areas » Firearms                                    ☐ Español

# Can functioning firearms made from receiver blanks be traced?

ATF is able to successfully trace most crime guns to the first retail purchaser. ATF starts with the manufacturer and goes through the entire chain of distribution to find who first bought the firearm from a licensed dealer.

Because receiver blanks do not have markings or serial numbers, when firearms made from such receiver blanks are found at a crime scene, it is usually not possible to trace the firearm or determine its history, which hinders crime gun investigations and jeopardizes public safety.

*Last Reviewed February 6, 2020*



WHO WE ARE          WHAT WE DO          RESOURCES

Home » What We Do » Mission Areas » Firearms                                                   □ Español

# Are "80%" or "unfinished" receivers illegal?

Receiver blanks that do not meet the definition of a "firearm" are not subject to regulation under the Gun Control Act (GCA). ATF has long held that items such as receiver blanks, "castings" or "machined bodies" in which the fire-control cavity area is completely solid and un-machined have not reached the "stage of manufacture" which would result in the classification of a firearm according to the GCA.

The following three photos are provided as examples. The first receiver has a solid, un-machined fire-control cavity area with no holes or dimples for the selector, trigger, or hammer pins. It does not meet the GCA definition of a firearm. The second receiver, shown from the top, likewise has a solid, un-machined fire-control cavity area. It does not meet the GCA definition of a firearm. The third receiver has a partially machined fire-control cavity and does meet the GCA definition of a firearm.



 ATF

WHO WE ARE          WHAT WE DO          RESOURCES

Home » What We Do » Mission Areas » Firearms                                    ☐ Español

# Are there restrictions on who can purchase receiver blanks?

The Gun Control Act (GCA) does not impose restrictions on receiver blanks that do not meet the definition of a "firearm."

Please note that some items marketed as non-firearm "unfinished" or "80%" receivers are actually considered firearms.

*Last Reviewed June 24, 2020*