# **Exhibit 17**




DONATE

Explore more than 446 billion web pages saved over time

https://www.atf.gov/qa-category/receiver-blanks

**Calendar** · **Collections** beta · **Changes** beta · **Summary** · **Site Map**

Saved **60 times** between September 5, 2015 and July 31, 2019.



2001   2002   2003   2004   2005   2006   2007   2008   2009   2010   2011   2012   2013   2014   **2015**

Sat, 05 Sep 2015 07:15:14 GMT (why: webwidecrawl, wide00013, widecrawl)

|  |  | JAN |  |  |  |  |  | FEB |  |  |  |  |  | MAR |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |  |  |  |  |  |  |  | 29 | 30 | 31 |

|  |  | APR |  |  |  |  |  | MAY |  |  |  |  |  | JUN |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |  |  |  |  |  | 1 | 2 | 1 | 2 | 3 | 4 | 5 | 6 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |

| 19 | 20 | 21 | 22 | 23 | 24 | 25 | | 17 | 18 | 19 | 20 | 21 | 22 | 23 | | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 26 | 27 | 28 | 29 | 30 | | | | 24 | 25 | 26 | 27 | 28 | 29 | 30 | | 28 | 29 | 30 | | | | |
| | | | | | | | | 31 | | | | | | | | | | | | | | |

|  |  | JUL |  |  |  |  |  |  |  | AUG |  |  |  |  |  |  |  | SEP |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  |  | 1 | 2 | 3 | 4 |  |  |  |  |  |  |  | 1 |  |  |  |  | 1 | 2 | 3 | 4 | **5** |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 | | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 | | 9 | 10 | 11 | 12 | 13 | 14 | 15 | | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 | | 16 | 17 | 18 | 19 | 20 | 21 | 22 | | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 26 | 27 | 28 | 29 | 30 | 31 | | | 23 | 24 | 25 | 26 | 27 | 28 | 29 | | 27 | 28 | 29 | 30 | | | |
| | | | | | | | | 30 | 31 | | | | | | | | | | | | | |

|  |  | OCT |  |  |  |  |  |  |  | NOV |  |  |  |  |  |  |  | DEC |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  |  |  | 1 | 2 | 3 |  |  | 1 | 2 | 3 | 4 | 5 | 6 | 7 |  |  |  | 1 | 2 | 3 | 4 | 5 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 | | 15 | 16 | 17 | 18 | 19 | 20 | 21 | | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 | | 22 | 23 | 24 | 25 | 26 | 27 | 28 | | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 | | 29 | 30 | | | | | | | 27 | 28 | 29 | 30 | 31 | | |

## Note

This calendar view maps the number of times **https://www.atf.gov/qa-category/receiver-blanks** was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

FAQ | Contact Us | Terms of Service (Dec 31, 2014)

The Wayback Machine is an initiative of the Internet Archive, a 501(c)(3) non-profit, building a digital library of Internet sites and other cultural artifacts in digital form. Other projects include Open Library & archive-it.org.

Your use of the Wayback Machine is subject to the Internet Archive's Terms of Use.



# Receiver Blanks

Answers to some common questions specific to receivers known as 80% receivers or unfinished receivers.

Are "80%" or "unfinished" receivers illegal?

Are there restrictions on who can purchase receiver blank?   Last Reviewed June 30, 2015

What is an "80%" or "unfinished" receiver?   Last Reviewed June 18, 2015

Are some items being marketed as non-firearm unfinished" or "80%" receivers actually considered firearms?   Last Reviewed June 18, 2015

Have firearms made from unmarked receiver blanks been recovered after being used in a crime?   Last Reviewed June 18, 2015

Is ATF aware of the receiver blanks, commonly referred to as 80% receivers?   Last Reviewed June 18, 2015

When does a receiver need to have markings and/or serial numbers?   Last Reviewed June 18, 2015

Can functioning firearms made from receiver blanks be traced?   Last Reviewed June 18, 2015

Last Reviewed June 18, 2015