UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, BRYAN MUEHLBERGER, FRANK BLACKWELL, and GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE,<br><br>Plaintiff(s)<br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Deputy Direct of Bureau of Alcohol, Tobacco, Firearms and Explosives, MICHAEL R. CURTIS, in his official capacity as Chief, Firearms Technology Industry Services Branch of Bureau of Alcohol, Tobacco, Firearms and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and WILLIAM BARR, in his official capacity as Attorney General of the United States,<br><br>Defendant(s). | Case No. 3:20-cv-06761<br><br>CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☒ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:  October 9, 2020

NAME:  Vivek Gopalan

COUNSEL FOR (OR "PRO SE"):  Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence

/s/ Vivek Gopalan

*Signature*

DATE:   October 9, 2020

NAME:   R. Matthew Wise

COUNSEL FOR
(OR "PRO SE"):   Plaintiff State of California

*/s/ R. Matthew Wise*

*Signature*

**FILER'S ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained by the signatory to this Declaration.

*/s/* Vivek Gopalan

Vivek Gopalan

United States District Court
Northern District of California