1  George M. Lee [Cal. SBN 172982]          Cody Wisniewski*
   **SEILER EPSTEIN LLP**                   *Pro hac vice* application forthcoming
2  275 Battery Street, Suite 1600           **MOUNTAIN STATES LEGAL FOUNDATION**
   San Francisco, CA  94111                 2596 South Lewis Way
3  Tel. (415) 979-0500                      Lakewood, CO  80227
   Fax (415) 979-0511                       Tel. (303) 292-2021
4  gml@seilerepstein.com                    Fax (303) 292-1980
                                            cody@mslegal.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, BRYAN MUEHLBERGER, FRANK BLACKWELL, and GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE,<br><br>*Petitioners*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; REGINA LOMBARDO, in her official capacity as Acting Deputy Director of Bureau of Alcohol, Tobacco Firearms and Explosives; MICHAEL R. CURTIS, in his official capacity as Chief, Firearms Technology Industry Services Branch of Bureau of Alcohol, Tobacco, Firearms and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and WILLIAM BARR, in his official capacity as Attorney General of the United States,<br><br>*Defendants*,<br>and<br><br>ZACHARY FORT; FREDERICK BARTON; BLACKHAWK MANUFACTURING GROUP, INC.; and FIREARMS POLICY COALITION, INC.,<br><br>*Applicants in Intervention*. | Case Number: 3:20-cv-06761-EMC<br><br>**ZACHARY FORT; FREDERICK BARTON; BLACKHAWK MANUFACTURING GROUP, INC.; AND FIREARMS POLICY COALITION, INC.'S MOTION TO INTERVENE** |

Applicants in Intervention, Zachary Fort; Frederick Barton; BlackHawk Manufacturing Group, Inc., d/b/a 80% Arms; and Firearms Policy Coalition, Inc. (collectively, "Applicants"), pursuant to Federal Rule of Civil Procedure 24, hereby move to intervene in the above-captioned case for the purpose of defending their significant and threatened interests in the production, sale, purchase, and conversion of "partially-manufactured frames," "partially-manufactured receivers," "80% frames," "80% receivers," "unfinished frames," or "unfinished receivers" (collectively, "Non-Firearm Objects").  As set forth in the accompanying *Memorandum in Support of Motion to Intervene*, Applicants seek intervention as of right, or, in the alternative, permissive intervention pursuant to Federal Rules of Civil Procedure 24(a) and 24(b), respectively.

Applicants file concurrently herewith a *Memorandum in Support of Motion to Intervene*; *Declarations of Zachary Fort*, *Frederick Barton*, *Tilden Smith*, and *Brandon Combs*; and a *[Proposed] Answer of Applicants in Intervention*.

Counsel for Applicants contacted counsel for Petitioners via email on November 19, 2020. Counsel for Petitioners responded the same day, indicating he would speak to his clients and relay their position.  Counsel for Applicants followed up by email and telephone on November 24, 2020, but, at the time of filing of this Motion, counsel for Petitioners did not respond.  Counsel for Applicants attempted to contact counsel for Defendants via telephone, who have yet to enter an appearance in this matter, but counsel for Applicants were unable to reach anyone at the U.S. Attorney's Office for the Northern District of California.

WHEREFORE, Applicants in Intervention respectfully request this Court grant their *Motion to Intervene* as of right, or in the alternative, for permissive intervention.

//

//

//

DATED this 24th day of November 2020.

Respectfully Submitted,

*/s/ George M. Lee*
George M. Lee [Cal. SBN 172982]
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, CA  94111
Tel. (415) 979-0500
Fax (415) 979-0511
gml@seilerepstein.com

Cody J. Wisniewski*
**Pro Hac Vice* application forthcoming
**MOUNTAIN STATES LEGAL FOUNDATION**
2596 S. Lewis Way
Lakewood, CO  80227
Tel. (303) 292-2021
Fax (303) 292-1980
cody@mslegal.org

*Attorneys for Applicants in Intervention*

# CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2020, I electronically filed the foregoing with the Clerk of the Court using this Court's CM/ECF system, which will send notification to all counsel of record, pursuant to Fed. R. Civ. P. 5 and Civil L.R. 5-1:

Clerk of the Court
United States District Court
Northern District of California | San Francisco
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Attorneys for Petitioners:

GIBSON, DUNN & CRUTCHER LLP
AVI WEITZMAN, *pro hac vice* forthcoming
aweitzman@gibsondunn.com
LEE R. CRAIN, *pro hac vice* forthcoming
LIESEL SCHAPIRA, *pro hac vice* forthcoming
KAYLIE SPRINGER, *pro hac vice* forthcoming
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
VIVEK GOPALAN, SBN 296156
VGopalan@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 374-8306

XAVIER BECERRA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, SBN 238485
Matthew.Wise@doj.ca.gov
Deputy Attorney General

1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6046
Facsimile: (916) 324-8835

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE
HANNAH SHEARER, SBN 292710
268 Bush St. #555
San Francisco, CA 94104
Telephone: (415) 433-2062
Facsimile (415) 433-3357
J. ADAM SKAGGS, *pro hac vice* forthcoming
DAVID M. PUCINO, *pro hac vice* forthcoming
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

<u>Attorneys for Defendants</u> have not entered an appearance in this matter with the Court's CM/ECF system. Accordingly, I hereby certify that I sent a hard copy of the foregoing to Attorneys for Defendants via the U.S. Postal Service at the following address:

| | |
|---|---|
| Regina Lombardo<br>Acting Deputy Director<br>Bureau of Alcohol, Tobacco, Firearms, and Explosives<br>U.S. Department of Justice<br>99 New York Avenue, Northeast<br>Washington, DC  20226 | U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530-0001 |
| Michael R. Curtis<br>Chief of the Firearms Technology Industry Services Branch of ATF<br>Bureau of Alcohol, Tobacco, Firearms, and Explosives<br>44 Needy Road, Suite 1600<br>Martinsburg, WV  25405 | The Honorable William P. Barr<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC  20530-0001 |

Civil Division
United States Attorney's Office
Federal Courthouse
450 Golden Gate Avenue, 11th Fl.
San Francisco, CA  94102

                                               */s/ George M. Lee*
                                               George M. Lee