1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9
10

| | |
|---|---|
| STATE OF CALIFORNIA, BRYAN MUEHLBERGER, FRANK BLACKWELL, and GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Deputy Director of Bureau of Alcohol, Tobacco, Firearms and Explosives, MICHAEL R. CURTIS, in his official capacity as Chief, Firearms Technology Industry Services Branch of Bureau of Alcohol, Tobacco, Firearms and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and WILLIAM BARR, in his official capacity as Attorney General of the United States,<br><br>Defendants. | CIVIL CASE NO.: 3:20-CV-06761-EMC<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO MOTION TO INTERVENE**<br><br>Hon. Edward M. Chen |

**[PROPOSED] ORDER**

Having reviewed Plaintiffs' Unopposed Administrative Motion to Extend Time to Respond to Motion to Intervene pursuant to Civil L.R. 6-3, the declaration filed by Plaintiffs in connection with the Motion, the papers and records on file in this action, and good cause appearing, IT IS HEREBY ORDERED that

Plaintiffs' Motion to Extend Time to Respond to Motion to Intervene is **GRANTED**.

Plaintiffs shall file their opposition brief on or before **December 15, 2020**. Defendants shall file their reply brief if any on or before **December 22, 2020.**

**SO ORDERED**.

Dated: December 2, 2020

Honorable Edward M. Chen
United States District Court Judge