GIBSON, DUNN & CRUTCHER LLP
AVI WEITZMAN, *pro hac vice*
aweitzman@gibsondunn.com
LEE R. CRAIN, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
KAYLIE SPRINGER, *pro hac vice*
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
VIVEK GOPALAN, SBN 296156
VGopalan@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 374-8306

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence*

XAVIER BECERRA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, SBN 238485
Matthew.Wise@doj.ca.gov
Deputy Attorney General

1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-6046
Facsimile:  (916) 324-8835

*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., <br><br> Defendants. | CIVIL CASE NO.:  3:20-CV-06761-EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS AND BRIEFING SCHEDULE** <br><br> Hon. Edward M. Chen |

Additional Counsel

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
HANNAH SHEARER, SBN 292710
268 Bush St. # 555
San Francisco, CA 94104
Telephone: (415) 433-2062
Facsimile: (415) 433-3357

J. ADAM SKAGGS, *pro hac vice*
DAVID M. PUCINO, *pro hac vice forthcoming*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence*

Pursuant to Civil Local Rule 6-2, the State of California, Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Gun Prevent Violence, ("Plaintiffs"), Bureau of Alcohol, Tobacco, Firearms and Explosives, Regina Lombardo, Michael Curtis, United States Department of Justice, and William Barr, ("Defendants"), (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a Complaint in this matter on September 29, 2020 (Dkt. 1) and served Defendants on October 1, 2020 (Dkt. 13);

WHEREAS, Defendants filed a Motion to Dismiss on November 30, 2020 (Dkt. 29);

WHEREAS, absent extension, Plaintiffs' Opposition to Defendants' Motion to Dismiss is due on or before December 14, 2020;

WHEREAS, the Parties met and conferred on December 1, 2020 and December 2, 2020, regarding extending the time for Plaintiffs to respond to the Motion to Dismiss and a briefing schedule and respectfully request, pursuant to Civil Local Rule 6-2, that the Court enter the schedule set forth below, which provides the Parties adequate time for briefing and takes into account upcoming scheduling conflicts; and

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, and subject to the approval of the Court, the Parties hereby stipulate and request, through their undersigned counsel, that the Court enter the following briefing schedule for Defendants' Motion to Dismiss:

- Plaintiffs shall file their opposition on or before **December 30, 2020**;
- Defendants shall file their reply on or before **January 11, 2021**; and
- The Hearing on the Motion to Dismiss be heard on **January 21, 2021 at 1:30 pm PT**.

*Dated*: December 4, 2020    /s/    Avi Weitzman

GIBSON, DUNN & CRUTCHER LLP
AVI WEITZMAN, *pro hac vice*
aweitzman@gibsondunn.com
LEE R. CRAIN, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
KAYLIE SPRINGER, *pro hac vice*
200 Park Avenue
New York, NY  10166-0193

|   |   |
|---|---|
| 1 | Telephone: (212) 351-4000 |
| 2 | Facsimile: (212) 351-4035 |
| 3 | VIVEK GOPALAN, SBN 296156 |
|   | VGopalan@gibsondunn.com |
| 4 | 555 Mission Street, Suite 3000 |
|   | San Francisco, CA 94105-0921 |

Telephone: (212) 351-4000
Facsimile: (212) 351-4035

VIVEK GOPALAN, SBN 296156
VGopalan@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
HANNAH SHEARER, SBN 292710
268 Bush St. # 555
San Francisco, CA 94104
Telephone: (415) 433-2062
Facsimile: (415) 433-3357

J. ADAM SKAGGS, *pro hac vice*
DAVID M. PUCINO, *pro hac vice forthcoming*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, Giffords Law Center to Prevent Violence*

*Dated:* December 4, 2020      /s/     R. Matthew Wise

XAVIER BECERRA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, SBN 238485
Matthew.Wise@doj.ca.gov
Deputy Attorney General

1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-6046
Facsimile:  (916) 324-8835

*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' OPPOSITION TO
MOTION TO DISMISS AND BRIEFING SCHEDULE – CASE NO. 3:20-CV-06761-EMC

*Dated:* December 4, 2020        /s/      Eric J. Soskin

              JEFFREY BOSSERT CLARK
              Acting Assistant Attorney General
              LESLEY FARBY
              Assistant Branch Director
              ERIC J. SOSKIN (PA Bar # 200663)
              Senior Trial Counsel
              United States Department of Justice
              Civil Division
              Federal Programs Branch
              1100 L Street NW, Room 12002
              Washington, DC 20005
              Telephone: (202) 353-0533
              FAX: (202) 616-8470
              Eric.Soskin@usdoj.gov

              *Attorneys for Defendants*

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.


*Dated*: December 4, 2020        /s/      Avi Weitzman
              Avi Weitzman

**[PROPOSED] ORDER**

Having considered the Parties' Stipulation, and good cause appearing, the Court hereby GRANTS the Parties' stipulation.  IT IS HEREBY ORDERED that:

- Plaintiffs shall file their opposition on or before **December 30, 2020**;
- Defendants shall file their reply on or before **January 11, 2021**; and
- The Hearing on the Motion to Dismiss be heard on **January 21, 2021 at 1:30 pm PT**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


Dated: _____, 2020          _____
                                         Honorable Edward M. Chen
                                         United States District Court Judge