John F. Olsen (SBN 157465)
FERDINAND IP, LLP
800 West El Camino Real, Suite 180
Mountain View, CA 94040
Phone: (858) 412-4515
jolsen@fiplawgroup.com

James J. McGuire*
Michael R. Patrick*
Mark A. Berube*
(*pro hac vice application to be filed)
Barton, LLP
711 Third Avenue, 14th floor
New York, New York 10017
Phone: 212-687-6262

*Attorneys for Proposed Intervenor Polymer80*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, BRYAN MUEHLBERGER, FRANK BLACKWELL, and GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Deputy Director of Bureau of Alcohol, Tobacco, Firearms and Explosives, MICHAEL R. CURTIS, in his official capacity as Chief, Firearms Technology Industry Services Branch of Bureau of Alcohol, Tobacco, Firearms and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and WILLIAM BARR, in his official capacity as Attorney General of the United States, | CASE NO. 3:20-cv-06761-EMC<br><br>**NOTICE OF MOTION AND MOTION OF POLYMER80, INC. TO INTERVENE IN THIS ACTION**<br><br>Date: January 28, 2021<br>Time: 1:30 PM<br>Courtroom 5<br>Judge: Hon. Edward M. Chen |

Proposed Intervenor Polymer80, Inc. ("Polymer80" or "Company") hereby respectfully provides notice that it will, and hereby does, move this Court on January 28, 2021, at 1:30 p.m.,

**Notice of Motion to Intervene**　　　　　　　　1　　　　　　　CASE NO. 3:20-cv-06761-EMC

or as soon thereafter as the matter may be heard, before the Honorable Edward M. Chen, in Courtroom 5 of the United States Courthouse, 450 Golden Gate Avenue, 17th Floor, San Francisco, CA 94102, to intervene as of right in the above-captioned action, pursuant to Fed. R. Civ. P. 24(a)(2). Polymer80 hereby provides further notice that, if the Court declines to grant it intervention as of right, it will alternatively move, on the same date and time, to so intervene permissively, pursuant to Fed. R. Civ. 24(b). The purpose of the Company's proposed intervention is to defend the legality and propriety in every respect of three "Classification Letters," which are at the center of the Complaint in this action and were issued to Polymer80 by defendant Bureau of Alcohol, Tobacco, Firearms and Explosives in February 2015, November 2015, and January 2017, respectively, in regard to certain of its products. The facts and legal authorities upon which the motion is predicated are set forth in the accompanying: (i) Memorandum Of Points And Authorities In Support Of Motion Of Polymer80, Inc. To Intervene In This Action and (ii) Declaration of David L. Borges, both dated December 21, 2020.

**WHEREFORE**, Proposed Intervenor Polymer80 respectfully requests that the Court grant its instant motion to intervene as of right, or alternatively grant it permission to intervene, in this action.

Dated: December 21, 2020

Respectfully submitted,

/s/ *John F. Olsen*
John F. Olsen (SBN 157465)

James J. McGuire*
Michael R. Patrick*
Mark A. Berube*
(**pro hac vice* application to be filed)
Barton, LLP
711 Third Avenue, 14th floor
New York, New York 10017
Phone: 212-687-6262

FERDINAND IP, LLP
800 West El Camino Real, Suite 180
Mountain View, CA 94040
Phone: (858) 412-4515
jolsen@fiplawgroup.com

*Attorneys for Proposed Intervenor Polymer80*

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2020, I electronically filed the foregoing with the Clerk of the Court using this Court's CM/ECF system, which will send notification to all counsel of record, pursuant to Fed. R. Civ. P. 5 and Civil L.R. 5-1:

Office of the Attorney General
Department of Justice
1300 I Street, Suite 125
Sacramento, CA 95814

*Attorneys for State of California*

Gibson, Dunn & Crutcher LLP
Avi Weitzman, Esq.
Lee R. Crain, Esq.
Liesel Schapira, Esq.
Kaylie Springer, Esq.
200 Park Avenue
New York, NY 10166-0193

Vivek Gopalan, Esq.
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

Giffords Law Center to Prevent
Gun Violence
Hannah Shearer, Esq.
268 Bush St. #555
San Francisco, CA 94104

J. Adam Skaggs, Esq.
David M. Pucino, Esq.
223 West 38th St. # 90
New York, NY 10018

*Attorneys for Plaintiff Bryan Muehlberger, Frank Blackwell and Giffords Law Center to Prevent Gun Violence*

Eric Joseph Soskin, Esq.
US Dept of Justice
Office of the Assistant Attorney General,
Civil Division
RFK Main Justice Building,
Room 3416
Washington, DC 20530

*Attorney for Defendants*
*Regina Lombardo,*
*Michael R Curtis,*
*United States Department of Justice,*
*William P. Barr*

George M. Lee
Seiler Epstein LLP
275 Battery Street, Suite 1600
San Francisco, CA 94111

*Attorney for Intervenors*
*Zachary Fort*
*Frederick Barton*
*BlackHawk Manufacturing Group, Inc.*
*Firearms Policy Coalition, Inc.*

           /s/ *John Olsen*
           John Olsen