JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

DANIEL D. MAULER (Virginia State Bar No. 73190)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch

    1100 L Street NW
    Washington, DC 20005
    Telephone: (202) 616-0773
    FAX: (202) 616-8470
    dan.mauler@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA**, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>**BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES**, *et al.*,<br><br>*Defendants*. | Case No. 3:20-cv-06761-EMC<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Daniel D. Mauler, Trial Attorney, U.S. Department of Justice, hereby enters his appearance in substitution of Mr. Eric Soskin on behalf of Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"); Regina Lombardo, in her official capacity as Acting Deputy Director of ATF; Michael R. Curtis, in his official capacity as Chief, Firearms Technology Industry Services Branch of ATF; United States Department of Justice; and Jeffrey A.

NOTICE OF SUBSTITUTION OF COUNSEL            C-20-6761- EMC

Rosen, in his official capacity as Acting Attorney General of the United States[1] (collectively, the "Defendants").  Mr. Mauler will handle this matter going forward.  In light of limitations imposed by the ongoing public health pandemic, contact by email, rather than by facsimile, is encouraged.

>                    Respectfully submitted,
>
>                    JEFFREY BOSSERT CLARK
>                    Acting Assistant Attorney General
>
>                    LESLEY FARBY
>                    Assistant Branch Director
>
> By:                */s/ Daniel D. Mauler*
>
>                    DANIEL D. MAULER
>                    (Virginia State Bar No. 73190)
>                    Trial Attorney
>
>                    United States Department of Justice
>                    Civil Division
>                    Federal Programs Branch
>                    1100 L Street NW
>                    Washington, DC 20005
>                    Telephone: (202) 616-0773
>                    FAX: (202) 616-8470
>                    dan.mauler@usdoj.gov
>
>                    *Counsel for Defendants*

---

[1] Since the commencement of this action, Defendant William P. Barr resigned as Attorney General, effective as of December 23, 2020. The following day, Mr. Rosen became Acting Attorney General and is thereby automatically substituted for Mr. Barr as a defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

NOTICE OF SUBSTITUTION OF COUNSEL                                                      C-20-6761- EMC