| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>AVI WEITZMAN, *pro hac vice*<br>aweitzman@gibsondunn.com<br>LEE R. CRAIN, *pro hac vice*<br>LIESEL SCHAPIRA, *pro hac vice*<br>KAYLIE SPRINGER, *pro hac vice*<br>200 Park Avenue<br>New York, NY  10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>VIVEK GOPALAN, SBN 296156<br>VGopalan@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: (415) 393-8200<br>Facsimile: (415) 374-8306<br><br>*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence* | XAVIER BECERRA<br>Attorney General of California<br>THOMAS S. PATTERSON<br>Senior Assistant Attorney General<br>MARK R. BECKINGTON<br>Supervising Deputy Attorney General<br>R. MATTHEW WISE, SBN 238485<br>Matthew.Wise@doj.ca.gov<br>Deputy Attorney General<br><br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone:  (916) 210-6046<br>Facsimile:  (916) 324-8835<br><br>*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra* |

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,<br><br>Defendants. | CIVIL CASE NO.:  3:20-CV-06761-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' OPPOSITION TO POLYMER80'S MOTION TO INTERVENE AND BRIEFING SCHEDULE**<br><br>Hon. Edward M. Chen<br><br>Hearing Date: January 28, 2020<br>Hearing Time: 1:30 pm PT |

Additional Counsel

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
HANNAH SHEARER, SBN 292710
268 Bush St. # 555
San Francisco, CA 94104
Telephone: (415) 433-2062
Facsimile: (415) 433-3357

J. ADAM SKAGGS, *pro hac vice*
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger,
Frank Blackwell, and Giffords Law Center to
Prevent Gun Violence*

1   Pursuant to Civil Local Rule 6-2, the State of California, Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Gun Prevent Violence, ("Plaintiffs"), Bureau of Alcohol, Tobacco, Firearms and Explosives, Regina Lombardo, Michael Curtis, United States Department of Justice, and William Barr, ("Defendants"), (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a Complaint in this matter on September 29, 2020 (Dkt. 1) and served Defendants on October 1, 2020 (Dkt. 13);

WHEREAS, Polymer80, Inc. filed a Motion to Intervene on December 21, 2020 (Dkt. 47);

WHEREAS, absent extension, Plaintiffs' Opposition to Polymer80, Inc.'s Motion to Intervene is due on or before January 4, 2020;

WHEREAS, the Parties met and conferred regarding extending the time for Plaintiffs to respond to Polymer80, Inc.'s Motion to Intervene and a briefing schedule and respectfully request, pursuant to Civil Local Rule 6-2, that the Court enter the schedule set forth below, which provides the Parties adequate time for briefing and takes into account upcoming scheduling conflicts; and

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, and subject to the approval of the Court, the Parties hereby stipulate and request, through their undersigned counsel, that the Court enter the following briefing schedule for Polymer80, Inc.'s Motion to Intervene:

- Plaintiffs shall file their opposition on or before **January 14, 2020**;
- Proposed Intervenor Polymer80 shall file its reply on or before **January 21, 2021**; and
- The Hearing on the Motion to Dismiss date will remain unchanged and shall be heard on **January 28, 2021 at 1:30 pm PT**.

*Dated*: December 29, 2020            /s/      Avi Weitzman

GIBSON, DUNN & CRUTCHER LLP
AVI WEITZMAN, *pro hac vice*
aweitzman@gibsondunn.com
LEE R. CRAIN, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
KAYLIE SPRINGER, *pro hac vice*
200 Park Avenue
New York, NY  10166-0193

|   |   |
|---|---|
| 1 | Telephone: (212) 351-4000 |
| 2 | Facsimile: (212) 351-4035 |
| 3 | VIVEK GOPALAN, SBN 296156 |
|   | VGopalan@gibsondunn.com |
| 4 | 555 Mission Street, Suite 3000 |
|   | San Francisco, CA 94105-0921 |

Telephone: (212) 351-4000
Facsimile: (212) 351-4035

VIVEK GOPALAN, SBN 296156
VGopalan@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
HANNAH SHEARER, SBN 292710
268 Bush St. # 555
San Francisco, CA 94104
Telephone: (415) 433-2062
Facsimile: (415) 433-3357

J. ADAM SKAGGS, *pro hac vice*
DAVID M. PUCINO, *pro hac vice forthcoming*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, Giffords Law Center to Prevent Violence*

*Dated:* December 29, 2020    /s/   R. Matthew Wise

XAVIER BECERRA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, SBN 238485
Matthew.Wise@doj.ca.gov
Deputy Attorney General

1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-6046
Facsimile:  (916) 324-8835

*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

4

| | | |
|---|---|---|
| 1 | *Dated:* December 29, 2020 | /s/      Dan Mauler |
| 2 | | |
| | | JEFFREY BOSSERT CLARK |
| 3 | | Acting Assistant Attorney General |
| | | LESLEY FARBY |
| 4 | | Assistant Branch Director |
| | | DANIEL D. MAULER ( VA Bar # 73190) |
| 5 | | Trial Attorney |
| | | United States Department of Justice |
| 6 | | Civil Division |
| | | Federal Programs Branch |
| 7 | | 1100 L Street NW |
| | | Washington, DC 20005 |
| 8 | | Telephone: (202) 616-0773 |
| | | FAX: (202) 616-8470 |
| 9 | | dan.mauler@usdoj.gov |
| 10 | | |
| 11 | | *Attorneys for Defendants* |

*Dated:* December 29, 2020          /s/      John F. Olsen

JOHN F. OLSEN
jolsen@fiplawgroup.com
Ferdinand IP, LLP
800 West El Camino Real, Suite 180
Mountain View, CA 94040
Telephone: (818) 412-4515

James J. McGuire*
Michael R. Patrick*
Mark A. Berube*
(*pro hac vice application to be filed)
Barton, LLP
711 Third Avenue, 14th floor
New York, New York 10017
Telephone: (212) 687-6262

*Attorneys for Proposed Intervenor Polymer80*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*Dated*: December 29, 2020                  /s/      *Avi Weitzman*
                                            Avi Weitzman

**[PROPOSED] ORDER**

Having considered the Parties' Stipulation, and good cause appearing, the Court hereby GRANTS the Parties' stipulation. IT IS HEREBY ORDERED that:

- Plaintiffs shall file their opposition on or before **January 14, 2020**;
- Proposed Intervenor Polymer80 shall file its reply on or before **January 21, 2021**; and
- The Hearing on the Motion to Dismiss will remain unchanged and shall be heard on **January 28, 2021 at 1:30 pm PT**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____, 2020

                                                Honorable Edward M. Chen
                                                United States District Court Judge