George M. Lee [Cal. SBN 172982]
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, CA 94111
Tel. (415) 979-0500
Fax (415) 979-0511
gml@seilerepstein.com

Cody Wisniewski*
*Admitted *Pro hac vice*
**MOUNTAIN STATES LEGAL FOUNDATION**
2596 South Lewis Way
Lakewood, CO 80227
Tel. (303) 292-2021
Fax (303) 292-1980
cody@mslegal.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, BRYAN MUEHLBERGER, FRANK BLACKWELL, and GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE,<br><br>*Petitioners*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; REGINA LOMBARDO, in her official capacity as Acting Deputy Director of Bureau of Alcohol, Tobacco Firearms and Explosives; MICHAEL R. CURTIS, in his official capacity as Chief, Firearms Technology Industry Services Branch of Bureau of Alcohol, Tobacco, Firearms and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and WILLIAM BARR, in his official capacity as Attorney General of the United States,<br><br>*Defendants*,<br><br>and<br><br>ZACHARY FORT; FREDERICK BARTON; BLACKHAWK MANUFACTURING GROUP, INC.; and FIREARMS POLICY COALITION, INC.,<br><br>*Applicants in Intervention*. | Case Number: 3:20-cv-06761-EMC<br><br>**MOTION FOR LEAVE TO FILE A RESPONSE IN SUPPORT OF FEDERAL DEFENDANTS' MOTION TO DISMISS BY APPLICANTS ZACHARY FORT; FREDERICK BARTON; BLACKHAWK MANUFACTURING GROUP, INC.; AND FIREARMS POLICY COALITION, INC.**<br><br>Hearing Date: February 25, 2021<br>Time: 1:30 PM PST<br>Place: Courtroom 5, 17th Floor |

Applicants in Intervention, Zachary Fort; Frederick Barton; BlackHawk Manufacturing Group, Inc., d/b/a 80% Arms; and Firearms Policy Coalition, Inc. (collectively, "Applicants"), hereby move this Court for leave to file a *Response in Support of Federal Defendants' Motion to Dismiss* in the above-captioned case ("Motion") in order to defend Applicants' significant and threatened interests in this litigation and to preserve their arguments against Petitioners while Applicants' Motion to Intervene, ECF No. 24, is pending before this Court.

Applicants Motion to Intervene is fully briefed, but not yet argued. *See* ECF Nos. 24, 38, 46, 49. This Court originally set Applicants' Motion to Intervene for hearing on January 14, 2021, at 1:30 PM, ECF No. 27, the same date and time Federal Defendants' later noticed their Motion to Dismiss for, ECF No. 29. On December 4, 2020, Petitioners and Federal Defendants entered into a stipulation to extend briefing deadlines and the hearing on Federal Defendants' Motion to Dismiss, which this Court approved. ECF No. 34, 35. This Court required Petitioners' response to Federal Defendants' Motion to Dismiss be filed no later than December 30, 2020 and Federal Defendants' reply to be filed no later than January 11, 2021. ECF No. 35. This Court also moved the hearing on the motion to January 28, 2021. ECF No. 35. On December 21, 2020, Polymer80, Inc., separately moved to intervene in this matter and, in response, this Court moved Applicants' hearing on their Motion to Intervene to January 28, 2021, to be heard along with Polymer80, Inc.'s motion. ECF No. 48. Finally, on December 30, 2020, this Court moved the hearings on all pending motions to February 25, 2021, at 1:30 PM. ECF No. 52.

Based on the schedule established in this case, Applicants' Motion to Intervene may still be pending while Federal Defendants' Motion to Dismiss is fully briefed and argued. Given Applicants are not yet parties to this litigation and in order to preserve Applicants' arguments, ensure their interests are appropriately represented before this Court, and ensure this Court examines Petitioners' standing and jurisdictional defects regardless of the Federal Defendants' prosecution of their current motion, Applicants respectfully request this Court grant Applicants leave to file their proposed response, attached hereto for the Court's review. Applicants' Motion is filed on December 30, 2020, the date established by this Court for responses in its December 4, 2020 Order, and thus is timely filed.

APPLICANTS' MOTION FOR LEAVE TO FILE A RESPONSE | CASE NO. 3:20-cv-06761-EMC

Applicants file concurrently herewith a *[Proposed] Response by Applicants Zachary Fort; Frederick Barton; Blackhawk Manufacturing Group, Inc.; and Firearms Policy Coalition, Inc. in Support of Federal Defendants' Motion to Dismiss* and a *[Proposed] Order Granting Applicants Leave to File a Response to Federal Defendants' Motion to Dismiss*, as required by Civil Local Rule 7-2(c).

Counsel for Applicants contacted counsel for Petitioners and Defendants to ascertain their clients' position on Applicants' Motion.  Counsel for Defendants indicated that Defendants do not oppose Applicants' Motion.  Counsel for Petitioners did not respond.

WHEREFORE, Applicants in Intervention respectfully request this Court grant their *Motion for Leave to File a Response in Support of Federal Defendants' Motion to Dismiss*, and such other relief as this Court deems just and necessary.

DATED this 30th day of December 2020.

Respectfully Submitted,

*/s/ Cody J. Wisniewski*
Cody J. Wisniewski*
*Admitted *Pro Hac Vice*
**MOUNTAIN STATES LEGAL FOUNDATION**
2596 S. Lewis Way
Lakewood, CO  80227
Tel. (303) 292-2021
Fax (303) 292-1980
cody@mslegal.org

George M. Lee [Cal. SBN 172982]
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, CA  94111
Tel. (415) 979-0500
Fax (415) 979-0511
gml@seilerepstein.com

*Attorneys for Applicants in Intervention*

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2020, I electronically filed the foregoing with the Clerk of the Court using this Court's CM/ECF system, which will send notification to all counsel of record, pursuant to Fed. R. Civ. P. 5 and Civil L.R. 5-1:

Clerk of the Court
United States District Court
Northern District of California | San Francisco
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Attorneys for Petitioners:

Avi Weitzman
Kaylie L. Springer
Lee Crain
Liesel Schapira
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000
aweitzman@gibsondunn.com
kspringer@gibsondunn.com
lcrain@gibsondunn.com
lschapira@gibsondunn.com

Vivek Gopalan
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
(415) 393-8200
vgopalan@gibsondunn.com

Xavier Becerra
ATTORNEY GENERAL OF CALIFORNIA
Thomas S. Patterson
SENIOR ASSISTANT ATTORNEY GENERAL
Mark R. Beckington
SUPERVISING DEPUTY ATTORNEY GENERAL

R. MATTHEW WISE
DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
(916) 210-6046
matthew.wise@doj.ca.gov

Hannah E. Shearer
GIFFORDS LAW CENTER
268 Bush St. #555
San Francisco, CA 94104
(415) 433-2062
hshearer@giffords.org

J. Adam Skaggs
David M. Pucino
GIFFORDS LAW CENTER
223 West 38th St. # 90
New York, NY  10018
(917) 680-3473
askaggs@giffords.org
dpucino@giffords.org

Attorneys for Defendants:

Daniel D. Mauler
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION - FEDERAL PROGRAMS BRANCH
20 Massachusetts Ave, NW
Room 6141
Washington, DC 20530
202-616-0773
dan.mauler@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*/s/ Cody J. Wisniewski*
　　　　　　　　　　　　　　　　　　　　Cody J. Wisniewski
　　　　　　　　　　　　　　　　　　　　**MOUNTAIN STATES LEGAL FOUNDATION**