GIBSON, DUNN & CRUTCHER LLP
AVI WEITZMAN, *pro hac vice*
aweitzman@gibsondunn.com
LEE R. CRAIN, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
KAYLIE SPRINGER, *pro hac vice*
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

VIVEK GOPALAN, SBN 296156
VGopalan@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 374-8306

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence*

XAVIER BECERRA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, SBN 238485
Matthew.Wise@doj.ca.gov
Deputy Attorney General

1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6046
Facsimile: (916) 324-8835

*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

[*Additional Counsel Listed on Next Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES et al., <br><br> Defendants. | CIVIL CASE NO.: 3:20-CV-06761-EMC <br><br> **DECLARATION OF AVI WEITZMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br> Hon. Edward M. Chen |

Additional Counsel

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
HANNAH SHEARER, SBN 292710
268 Bush St. # 555
San Francisco, CA 94104
Telephone: (415) 433-2062
Facsimile: (415) 433-3357

J. ADAM SKAGGS, *pro hac vice*
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger,
Frank Blackwell, and Giffords Law Center to
Prevent Gun Violence*

I, AVI WEITZMAN, declare as follows:

1. I am an attorney admitted to practice law before this Court Pro Hac Vice. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence in the above-captioned action. I offer this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss (Dkt. 29).

2. Attached hereto as Exhibit A is a true and correct copy of the State of California Budget Change Proposal for Fiscal Year 2020 through 2021, available at https://esd.dof.ca.gov/Documents/bcp/2021/FY2021_ORG0820_BCP4010.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

*Dated*: December 30, 2020            */s     Avi Weitzman*
                                              Avi Weitzman

1
WEITZMAN DECLARATION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS
CASE NO. 3:20-CV-06761-EMC

# EXHIBIT A

# STATE OF CALIFORNIA
## Budget Change Proposal - Cover Sheet
DF-46 (REV 02/20)

| Fiscal Year<br>2020-21 | Business Unit<br>0820 | Department<br>Department of Justice | Priority No. |
|---|---|---|---|

| Budget Request Name<br>0820-091-BCP-2020-MR | Program<br>California Justice Information Services, Division of Law Enforcement | Subprogram<br>Hawkins Data Center, Bureau of Criminal Information & Analysis and Bureau of Firearms |
|---|---|---|

**Budget Request Description**
Firearms: Precursor Parts (AB 879) Update

**Budget Request Summary**
The Department of Justice requests 4 positions and $928,000 in 2020-21, and $3,271,000 in 2021-22, to update the costs to meet the mandates outlined in Chapter 730, Statutes of 2019 (AB 879). The Governor's Budget included $5 million General Fund in 2020-21 and $5 million in 2021-22, so this adjustment brings the total request to $5.9 million in 2020-21 and $8.3 million in 2021-22.

| Requires Legislation<br>☒ Yes   ☐ No | Code Section(s) to be Added/Amended/Repealed<br>Penal Code Sections 16532, 18010, 30400, 30405, 30406, 30412, 30414, 30442, 30445, 30447, 30448, 30452, 30454, 30456, 30470, and 30485. |
|---|---|
| **Does this BCP contain information technology (IT) components?** ☒ Yes   ☐ No<br><br>*If yes, departmental Chief Information Officer must sign.* | **Department CIO**<br>Joe Dominic | **Date**<br>5/14/2020 |

**For IT requests, specify the project number, the most recent project approval document (FSR, SPR, S1BA, S2AA, S3SD, S4PRA), and the approval date.**

**Project No.** Click or tap here to enter text.   **Project Approval Document:** Click or tap here to enter text.

**Approval Date:** Click or tap to enter a date.

**If proposal affects another department, does other department concur with proposal?** ☐ Yes ☐ No
*Attach comments of affected department, signed and dated by the department director or designee.*

| Prepared By<br>Lisa Wardall, Silvia Siu | Date<br>5/14/2020 | Reviewed By<br>Edward Medrano, Joe Dominic | Date<br>5/14/2020 |
|---|---|---|---|
| Department Director<br>Chris Ryan | Date<br>5/14/2020 | Agency Secretary | Date |

**Department of Finance Use Only**

**Additional Review:** ☐ Capital Outlay ☐ ITCU ☐ FSCU ☐ OSAE ☐ CALSTARS ☐ Dept. of Technology

| PPBA<br>Emma Jungwirth | Date submitted to the Legislature<br>5/14/2020 |
|---|---|

A. **Budget Request Summary**

The Department of Justice (DOJ) requests 4 positions and $928,000 in 2020-21, and $3,271,000 in 2021-22, to update the costs to meet the mandates outlined in Chapter 730, Statutes of 2019 (AB 879). The Governor's Budget included $5 million General Fund in 2020-21 and $5 million in 2021-22, so this adjustment brings the total request to $5.9 million in 2020-21 and $8.3 million in 2021-22.

| Adjustment Summary | | | |
|---|---|---|---|
| Process | 2020-21 | 2021-22 | Total |
| Governor's Budget | $5,000,000 | $5,000,000 | $10,000,000 |
| Adjustment | $928,000 | $3,271,000 | $4,199,000 |
| Total | $5,928,000 | $8,271,000 | $14,199,000 |

B. **Background/History**

In June 2019, Sacramento Police Officer Tara O'Sullivan was shot and killed by a man who built a weapon that, once assembled, was an illegal assault weapon in California. Two months later, California Highway Patrol Officer Andrew Moye was also shot and killed by a man who built his own weapon and who was prohibited from owning firearms. Building these kinds of untraceable weapons, referred to as "ghost guns", does not require a great deal of skill or expensive machinery. Ghost guns are becoming more appealing because of how straightforward the process of building one can be with the right tools, parts, and instructional videos.

Chapter 60, Statutes of 2016 (AB 857) requires persons to apply to and obtain from DOJ a unique serial number or other mark of identification prior to manufacturing or assembling a firearm. This bill requires persons applying for a unique serial number to provide a description of the firearm that they own or intend to manufacture, present proof they are not a prohibited person, present proof of age and identity, and to have a valid firearm safety certificate or handgun safety certificate. This bill did not specify requirements for firearm precursor parts. The Bureau of Firearms currently regulates the sale of firearms and ammunition by ensuring that persons who are prohibited from possessing a firearm or ammunition due to a felony and/or violent misdemeanor conviction, restraining order, mental health issue, or illegal immigration status are unable to acquire firearms or ammunition. AB 879 extends similar restrictions to the purchase or transfer of firearm precursor parts.

AB 879 defines a "firearm precursor part" as a component of a firearm that is necessary to build or assemble a firearm, and requires any person purchasing firearms precursor parts to undergo a background check.

The Governor's Budget included $10 million General Fund over two years, and proposed trailer bill language, to accelerate the implementation of AB 879 from 2024 and 2025 to 2022. At the time of the request, it was indicated that the $10 million request was an estimate and that a spring proposal would be necessary to finalize costs. The dates provided below are reflections of date changes currently requested to be amended in statute, to accelerate implementation for AB 879.

Beginning July 1, 2022, AB 879 requires the sale of a firearm precursor part by any person to be conducted or processed through a licensed firearms precursor part vendor, with specified exemptions. AB 879 also prohibits the firearm precursor part vendor, agent, or employee from handling, selling, delivering, or having in their custody and control a firearm precursor part unless that person has obtained a Certificate of Eligibility from DOJ.

## Analysis of Problem

Commencing July 1, 2022, AB 879 requires firearm precursor parts vendors to electronically submit precursor part purchase information to DOJ for all sales or other transfers of precursor parts. DOJ is required to retain this information in a database to be known as the Firearm Precursor Parts Purchase Records File. This information is to be kept confidential and may be used by DOJ and specified law enforcement agencies for law enforcement purposes. Also commencing July 1, 2022, a firearm precursor part vendor is required to verify with DOJ that a potential purchaser is authorized to purchase firearm precursor parts. If the person is not approved as an authorized firearm precursor part purchaser, the vendor is required to deny the sale or transfer. DOJ is required to approve the purchase or transfer of firearm precursor parts through a vendor electronically, except as otherwise specified. This approval must occur at the time of purchase or transfer prior to the purchaser or transferee taking possession of the firearm precursor parts.

### Resource History
*(Dollars in thousands)*

**Division of Law Enforcement - Bureau of Firearms**

| Program Budget | PY – 4 | PY – 3 | PY – 2 | PY-1 |
|---|---|---|---|---|
| Authorized Expenditures | $25,856 | $27,050 | $30,965 | $31,347 |
| Actual Expenditures | $24,099 | $26,498 | $29,401 | $30,648 |
| Authorized Positions | 174 | 199 | 243 | 235 |
| Filled Positions | 150 | 174 | 198 | 176 |
| Vacancies | 24 | 25 | 45 | 59 |

**Division of California Justice Information Services - Bureau of Criminal Information & Analysis**

| Program Budget | PY – 4 | PY – 3 | PY – 2 | PY-1 |
|---|---|---|---|---|
| Authorized Expenditures | $44,785 | $40,018 | $46,140 | $47,974 |
| Actual Expenditures | $38,565 | $36,955 | $43,674 | $53,203 |
| Revenues | $83,071 | $86,659 | $89,441 | $99,136 |
| Authorized Positions | 433 | 440 | 439 | 465 |
| Filled Positions | 381 | 366 | 385 | 399 |
| Vacancies | 52 | 74 | 54 | 66 |

**Analysis of Problem**

**Division of California Justice Information Services - Hawkins Data Center**

| Program Budget | PY – 4 | PY – 3 | PY – 2 | PY-1 |
|---|---|---|---|---|
| Authorized Expenditures | $54,719 | $55,081 | $60,961 | $62,029 |
| Actual Expenditures | $52,389 | $53,290 | $58,594 | $60,885 |
| Authorized Positions | 308 | 312 | 326 | 323 |
| Filled Positions | 257 | 266 | 266 | 278 |
| Vacancies | 51 | 46 | 60 | 45 |

C. **State Level Consideration**

DOJ serves the people of California through education, regulation, and enforcement actions regarding the manufacture, sales, ownership, safety training, and transfer of firearms. DOJ staff are leaders in providing firearms expertise and information to law enforcement, legislators, and the public in a comprehensive program to promote legitimate and responsible firearms possession and use by California residents.

DOJ currently regulates the sale of firearms and ammunition by ensuring that persons who are prohibited from possessing a firearm or ammunition due to a felony and/or violent misdemeanor conviction, restraining order, mental health issue, or illegal immigration status are unable to acquire firearms or ammunition. AB 879 extends similar restrictions to the purchase and transfer of firearm precursor parts, which are unfinished parts that may be converted into working firearms. AB 879 requires DOJ to license vendors of firearm precursor parts, and conduct eligibility checks prior to any sale or transfer of a precursor part, to ensure that the purchaser is not prohibited.

D. **Justification**

The mandates of AB 879 include licensing precursor part vendors, similar to ammunition vendor licensing, conducting background checks and approving precursor part sales, and retaining sales records for the purposes of crosschecking serialization applications, manufacturers, and dealer's licenses for Armed and Prohibited Persons System enforcement purposes. Precursor part vendor licensing does the following:

• Provides that a licensed firearms dealer and a licensed ammunition vendor automatically be deemed a licensed firearm precursor parts vendor, if the dealer and licensed ammunition vendor comply with specified requirements.

• States that sales of a firearm precursor part by any party be conducted or processed through a licensed firearm precursor vendor.

• Provides that a valid firearm precursor part vendor license be required for any person, firm or corporation, or other business enterprise to sell more than one firearm precursor part in any 30-day period, except as exempted, and a violation is a misdemeanor.

• Provides that a firearm precursor part vendor not sell or otherwise transfer ownership of any firearm precursor part without, at the time of delivery, legibly recording specified information. Required background checks do the following:

- Require that vendors electronically submit to DOJ firearm precursor part purchase information in a format and a manner prescribed by the department for all sales or other transfers of precursor parts.
- Require that a firearm parts vendor verify with DOJ, in a manner prescribed by DOJ, a person is authorized to purchase firearm precursor parts.
- Require DOJ to electronically approve the purchase or transfer of firearm precursor parts through a vendor, except as otherwise specified. This approval shall occur at the time of purchase or transfer, prior to the purchaser or transferee taking possession of the firearm precursor parts.
- Provide that a person prohibited from owning or possessing a firearm shall not own or possess, or have under his custody or control a firearm precursor part and a violation is punishable by imprisonment in a county jail not to exceed one year, or by a fine not to exceed $1,000, or by both that fine and imprisonment.

Required sales record retention, similar to Dealer Record of Sale transactions, does the following:

• Requires a firearm precursor part vendor not to sell or otherwise transfer ownership of a firearm precursor part without, at the time of delivery, legibly recording the specified information on a form to be prescribed by DOJ.

• Requires a firearm precursor part vendor to electronically submit to DOJ information for all sales and transfers of ownership of a firearm precursor part. DOJ shall retain this information in a database to be known as the Firearm Precursor Part Purchase Records File. This information shall remain confidential and may be used by DOJ and other law enforcement entities through the California Law Enforcement Telecommunications System, only for law enforcement purposes.

• Provides that the firearm precursor part vendor shall not use, sell, disclose, or share the information for any purpose other than the submission required by this subdivision without the express written consent of the purchaser or transferee.

• Provides that only persons specifically enumerated in the bill shall be authorized to purchase firearm precursor parts. Prior to delivering any firearm precursor part, a firearm precursor part vendor shall require bona fide evidence of identity to verify that the person who is receiving delivery of the firearm precursor part is an authorized person or entity.

• Requires that the firearm precursor part vendor verify with DOJ, in a manner prescribed by DOJ, that the person is authorized to purchase firearm precursor parts. If the person is not listed as an authorized firearm precursor part purchaser, the vendor shall deny the sale or transfer.

• Requires that the sales records be maintained on the premises of the firearm precursor part vendor for a period of not less than five years from the date of the recorded transfer for the purposes of being subject to inspection by DOJ.

In addition, DOJ will need to promulgate two independent sets of regulations. The first will provide a more solid definition of "firearm precursor part," as well as written guidance and pictorial diagrams demonstrating each category of firearm precursor part, as mandated in Penal Code section 16531. The second set of regulations will provide direction for the licensing of firearm precursor part vendors, and direction for the transfers and/or sales of firearm precursor parts.

**Analysis of Problem**

The following breakout of resources are necessary to implement the mandate of AB 879. These resources represent both the Governor's Budget proposal and May Revision adjustment for a total of $5.9 million in 2020-21 and $8.3 million in 2021-22.

Division of Law Enforcement, Bureau of Firearms

To implement the mandates of AB 879, the Bureau of Firearms requires the enhancement of existing systems. The enhancements would allow the Bureau of Firearms to: license precursor part vendors; conduct eligibility checks for precursor part transactions (sales and transfers) and approve the transactions at the point of sale (if applicable); establish a single firearms precursor part transaction process; and retain records of sales and transfers of ownership of firearm precursor parts. This workload would require the following positions:

1 Staff Services Manager III – Permanent
This position will evaluate and interpret enacted legislation that affects precursor parts and identify business requirements and solutions. This position is required to implement the bill and will oversee the project's development and continued operation.

1 Associate Governmental Program Analyst – Permanent
This position will work under the Staff Services Manager III to implement the program by collaborating with DOJ staff to identify and collect technical requirements, and act as liaison between Bureau of Firearm and Applicant Development Bureau to communicate those requirements. The Associate Governmental Program Analyst will also be responsible for testing the system enhancements and reporting issues to the Applicant Development Bureau. These positions will need to begin on July 1, 2020 so that they can oversee the entire project rollout.

1 Associate Governmental Program Analyst – 2 year limited-term, to begin July 1, 2020
This position will work under the Staff Services Manager III to implement the program by collaborating with DOJ staff to identify and collect technical requirements, and act as liaison between Bureau of Firearms and Applicant Development Bureau to communicate those requirements. The Associate Government Program Analyst will also be responsible for testing the system enhancements and reporting issues to the Applicant Development Bureau. The first position will need to begin July 1, 2020, to ensure that the regulatory structure is in place before the requirements of AB 879 go into effect.

1 Associate Government Program Analyst – 2-year limited-term, to begin July 1, 2021
This position is required for the Legislation, Regulations and Public Records Act Unit to write precursor parts vendor licensing regulations and precursor parts purchasing regulations. The second position will need to begin July 1, 2021, to ensure that the additional regulations are promulgated in a timely fashion.

1 Field Representative – Permanent, effective January 1, 2022
This position is required to conduct inspections on precursor part vendors, ensure that records of sales are being maintained and that no sales have occurred to prohibited individuals. Additionally, this resource will develop and administer training to vendors on the new requirements. This position will need to begin January 1, 2022, to endure that AB 879 has been effectively implemented.

California Justice Information Services

To determine if a purchaser or transferee is eligible to purchase or possess firearm precursor parts, AB 879 requires DOJ to cross-reference the firearms precursor parts purchaser's or transferee's name, date of birth, current address, and driver's license or other government

# Analysis of Problem

identification number with the information maintained in the Automated Firearms System. If the purchaser or transferee information does not match an Automated Firearms System entry, the transaction will be denied. If the purchaser or transferee information matches an Automated Firearms System entry, DOJ is required to determine if the purchaser or transferee falls within a class of persons who are prohibited from owning or possessing firearms precursor parts by cross-referencing the Armed and Prohibited Persons System. If the purchaser or transferee is prohibited from owning or possessing a firearm, the transaction will be denied. Pursuant to AB 879, DOJ is also required to provide a phone line to verify eligibility if a vendor cannot electronically verify a person's eligibility to purchase or possess a firearm precursor part via an Internet connection. This work will require 1 ongoing Information Technology Specialist II.

To implement the mandates of AB 879 the following firearms systems will require enhancements:
- Automated Firearms System
- Armed and Prohibited Persons System
- Ammunition Processor
- Dealer Record of Sale
- Dealer Record of Sale Entry System
- California Firearms Application Reporting System
- California Firearms Information Gateway
- Centralized List system

DOJ will require the following consultant resources to design, develop, and implement enhancements to the Automated Firearms System to begin July 1, 2020:

Application Development Bureau

1 Information Technology Specialist II – Permanent
The Information Technology Specialist II will be charged with architecture, development, operation, and maintenance of software systems. This would include user research, user-centric design, development or configuration, programming, enterprise architecture, service-oriented architecture, testing, and implementation of the business application services. In addition, this resource would provide the ongoing support and maintenance of the new functionality within the firearms systems.

In addition to state staff, the following consultant resources would also be necessary:

17 Senior Developer Consultants - $7,687,680
Beginning as soon as funding is received, estimated July 1, 2020.
Consultant Rate: $130/hour
Hours Needed Per Consultant: 2,112/year
Cost Per Year Per Person: $274,560
- 2020-21: 11 Senior Developer Consultants (12 months) = $3,020,160
- 2021-22: 17 Senior Developer Consultants (12 months) = $4,667,520

6 Consultant Systems Analysts - $2,914,560
Beginning as soon as funding is received, estimated July 1, 2020.
Consultant Rate: $115/hour
Hours Needed Per Consultant: 2,112/year
Cost Per Year Per Person: $242,880
- 2020-21: 6 Consultant Systems Analysts (12 months) = $1,457,280
- 2021-22: 6 Consultant Systems Analysts (12 months) = $1,457,280

Departmental Technology Services Bureau

1 Project Management Consultant - $570,240
Beginning as soon as funding is received, estimated July 1, 2020.
The consultant would provide project management activities for the Software Development Life Cycle and follow the Project Management Body of Knowledge and the CA- Project Management Framework for the project.
Consultant Rate: $135/hour
Hours Needed: 2,112/year
Cost Per Year: $280,800
- 2020-21: 1 Program Management Consultant (12 months) = $285,120
- 2021-22: 1 Program Management Consultant (12 months) = $285,120

3 Quality Assurance Consultants - $971,520
Beginning as soon as funding is received, estimated July 1, 2020.
Consultant Rate: $115/hour
Hours Needed Per Consultant: 2,112/year
Cost Per Year Per Consultant: $242,880/year
- 2020-21: 1 Quality Assurance Consultant (12 months) = $242,880
- 2021-22: 3 Quality Assurance Consultants (12 months) = $728,640

E. **Outcomes and Accountability**

DOJ will be able to efficiently and effectively implement the requirements set forth by AB 879, thereby, resulting in increased public safety and the reduced risk of a prohibited person gaining possession of firearm precursor parts.

With the passage of AB 879, the Bureau of Firearms predicts an increase of 50,000 additional transactions annually. The Bureau of Firearms will work with the Application Development Bureau to enhance current systems to adopt the new legislative precursor bill requirements. The Bureau of Firearms will identify business requirements, test the functionality, and train staff on the new system enhancements. The Bureau of Firearms will to conduct compliance inspections and promulgate regulations in compliance of this bill.

F. **Analysis of All Feasible Alternatives**

Alternative One – Approve the Request
Approve 4 positions and $928,000 in 2020-21, and $3,271,000 in 2021-22, to update the costs to meet the mandates outlined in AB 879. The Governor's Budget included $5 million General Fund in 2020-21 and $5 million in 2021-22, so this adjustment brings the total request to $5.9 million in 2020-21 and $8.3 million in 2021-22.

Alternative Two – Redirection of General Fund Spending Authority
DOJ does not have the ability to redirect current spending authority without having a significant and unacceptable impact on other mandated processes.

Alternative Three – Take No Action
DOJ would make no changes to existing processes. If this alternative was adopted DOJ would not be able to track the sale of precursor parts, thus endangering public safety, and not meeting the legislative mandates as required by AB 879. DOJ will also be unable to create the necessary IT solutions or absorb the workload.

**Analysis of Problem**

G.  **Implementation Plan**

   Upon approval of this request, DOJ will begin the hiring and procurement process to secure the necessary staff and consultants to address the mandates identified in AB 879.

H.  **Supplemental Information**

   Attachment 1 – Trailer Bill Language – Firearm Precursor Parts

I.  **Recommendation**

   Alternative One – Approval the Request
   Approve 4 positions and $928,000 in 2020-21, and $3,271,000 in 2021-22, to update the costs to meet the mandates outlined in AB 879. The Governor's Budget included $5 million General Fund in 2020-21 and $5 million in 2021-22, so this adjustment brings the total request to $5.9 million in 2020-21 and $8.3 million in 2021-22.

**BCP Fiscal Detail Sheet**

BCP Title: Firearms: Precursor Parts (AB 879) Update

BR Name: 0820-091-BCP-2020-MR

Budget Request Summary

Personal Services

| Personal Services | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| Positions - Permanent | 0.0 | 3.0 | 4.0 | 0.0 | 0.0 | 0.0 |
| **Total Positions** | **0.0** | **3.0** | **4.0** | **0.0** | **0.0** | **0.0** |
| Salaries and Wages Earnings - Permanent | 0 | 342 | 448 | 0 | 0 | 0 |
| Salaries and Wages Earnings - Temporary Help | 0 | 6 | 4 | 0 | 0 | 0 |
| Salaries and Wages Overtime/Other | 0 | 110 | 106 | 0 | 0 | 0 |
| **Total Salaries and Wages** | **$0** | **$458** | **$558** | **$0** | **$0** | **$0** |
| Total Staff Benefits | 0 | 203 | 259 | 0 | 0 | 0 |
| **Total Personal Services** | **$0** | **$661** | **$817** | **$0** | **$0** | **$0** |

Operating Expenses and Equipment

| Operating Expenses and Equipment | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| 5301 - General Expense | 0 | 141 | 152 | 0 | 0 | 0 |
| 5302 - Printing | 0 | 1 | 1 | 0 | 0 | 0 |
| 5304 - Communications | 0 | 9 | 12 | 0 | 0 | 0 |
| 5306 - Postage | 0 | 1 | 1 | 0 | 0 | 0 |
| 5320 - Travel: In-State | 0 | 12 | 15 | 0 | 0 | 0 |
| 5322 - Training | 0 | 8 | 9 | 0 | 0 | 0 |
| 5324 - Facilities Operation | 0 | 14 | 19 | 0 | 0 | 0 |
| 5340 - Consulting and Professional Services - Interdepartmental | 0 | 63 | 89 | 0 | 0 | 0 |
| 5340 - Consulting and Professional Services - External | 0 | 5,005 | 7,139 | 0 | 0 | 0 |
| 5346 - Information Technology | 0 | 13 | 17 | 0 | 0 | 0 |
| 539X - Other | 0 | -5,000 | -5,000 | 0 | 0 | 0 |
| **Total Operating Expenses and Equipment** | **$0** | **$267** | **$2,454** | **$0** | **$0** | **$0** |

## Total Budget Request

| Total Budget Request | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| **Total Budget Request** | **$0** | **$928** | **$3,271** | **$0** | **$0** | **$0** |

## Fund Summary

### Fund Source

| Fund Source | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| State Operations - 0001 - General Fund | 0 | 928 | 3,271 | 0 | 0 | 0 |
| **Total State Operations Expenditures** | **$0** | **$928** | **$3,271** | **$0** | **$0** | **$0** |
| **Total All Funds** | **$0** | **$928** | **$3,271** | **$0** | **$0** | **$0** |

## Program Summary

### Program Funding

| Program Funding | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| 0440046 - Firearms | 0 | -4,351 | -4,159 | 0 | 0 | 0 |
| 0445010 - O. J. Hawkins Data Center | 0 | 5,279 | 7,430 | 0 | 0 | 0 |
| 9900100 - Administration | 0 | 102 | 124 | 0 | 0 | 0 |
| 9900200 - Administration - Distributed | 0 | -102 | -124 | 0 | 0 | 0 |
| **Total All Programs** | **$0** | **$928** | **$3,271** | **$0** | **$0** | **$0** |

## Personal Services Details

### Positions

| Positions | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| 1414 - Info Tech Spec II (Eff. 07-01-2020) | 0.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 |
| 4802 - Staff Svcs Mgr III (Eff. 07-01-2020) | 0.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 |
| 5393 - Assoc Govtl Program Analyst (Eff. 07-01-2020) | 0.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 |
| 8519 - Fld Rep (Eff. 01-01-2022) | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 |
| OT00 - Overtime (Eff. 07-01-2020) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| TH00 - Temporary Help (Eff. 07-01-2020) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Positions** | **0.0** | **3.0** | **4.0** | **0.0** | **0.0** | **0.0** |

Salaries and Wages

| Salaries and Wages | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| 1414 - Info Tech Spec II (Eff. 07-01-2020) | 0 | 98 | 98 | 0 | 0 | 0 |
| 4802 - Staff Svcs Mgr III (Eff. 07-01-2020) | 0 | 105 | 105 | 0 | 0 | 0 |
| 5393 - Assoc Govtl Program Analyst (Eff. 07-01-2020) | 0 | 139 | 208 | 0 | 0 | 0 |
| 8519 - Fld Rep (Eff. 01-01-2022) | 0 | 0 | 37 | 0 | 0 | 0 |
| OT00 - Overtime (Eff. 07-01-2020) | 0 | 110 | 106 | 0 | 0 | 0 |
| TH00 - Temporary Help (Eff. 07-01-2020) | 0 | 6 | 4 | 0 | 0 | 0 |
| **Total Salaries and Wages** | **$0** | **$458** | **$558** | **$0** | **$0** | **$0** |

Staff Benefits

| Staff Benefits | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| 5150900 - Staff Benefits - Other | 0 | 203 | 259 | 0 | 0 | 0 |
| **Total Staff Benefits** | **$0** | **$203** | **$259** | **$0** | **$0** | **$0** |

Total Personal Services

| Total Personal Services | FY20 Current Year | FY20 Budget Year | FY20 BY+1 | FY20 BY+2 | FY20 BY+3 | FY20 BY+4 |
|---|---|---|---|---|---|---|
| **Total Personal Services** | **$0** | **$661** | **$817** | **$0** | **$0** | **$0** |