IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| STATE OF CALIFORNIA, BRYAN MUEHLBERGER, FRANK BLACKWELL, and GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Deputy Director of Bureau of Alcohol, Tobacco, Firearms and Explosives, MICHAEL R. CURTIS, in his official capacity as Chief, Firearms Technology Industry Services Branch of Bureau of Alcohol, Tobacco, Firearms and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and WILLIAM BARR, in his official capacity as Attorney General of the United States,<br><br>　　Defendants. | CIVIL CASE NO.: 3:20-cv-06761 |

---

## MOTION FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

The District of Columbia and the States of Colorado, Connecticut, Delaware, Hawaii, Illinois, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, North Carolina, Oregon, Rhode Island, Vermont, Virginia, Washington, and Wisconsin respectfully seek leave to file the accompanying brief as *amici curiae*[1] in support of Plaintiffs' opposition to Defendants' motion to dismiss. This motion describes the *Amici* States' interest in this case and discusses how

---

[1] States may file an amicus brief without consent of the parties or leave of the court on appeal (Fed. R. App. Proc. 29(a)). There is no corresponding provision for filing as amicus in the district court, but courts have previously permitted amicus participation by non-parties where appropriate. *See, e.g.*, *Authors Guild, Inc. v. HathiTrust*, 902 F. Supp. 2d 445, 447 & n.2 (S.D.N.Y. 2012) (granting motions for leave to file amicus briefs, and noting that "[c]ourts have the discretion to allow amicus briefs").

1

the issue before the Court has affected States, residents, and law enforcement. Counsel for the Defendants do not oppose this motion.

This case centers on some of the most important responsibilities States have: ensuring public safety and promoting effective law enforcement. In recent years, States have witnessed a precipitous rise in the presence of ghost guns, particularly since Defendants shifted their regulatory guidance on ghost guns. That guidance, which purports to interpret the Gun Control Act of 1968 ("GCA") has had grave consequences for State residents and has impeded the ability of law enforcement to investigate and prosecute criminal activity. While States have endeavored to address this critical public safety issue, there is no substitute for an accurate interpretation of the GCA. The brief, which is attached as Exhibit 1, details how the interpretive rule infused doubt into the legal landscape surrounding ghost guns, how ghost gun dealers exploited that landscape, and emphasizes the need for a federal solution.

For the foregoing reasons, the *Amici* States request leave to participate as *amici curiae* in support of the Plaintiffs in these proceedings.

Respectfully submitted,

/s/ Alacoque Nevitt
ALACOQUE NEVITT
Bar No. 268768
Assistant Attorney General
Public Advocacy Division


Office of the Attorney General
400 6th St. NW, Suite 10th Floor
Washington, DC 20001
202-717-1368
Alacoque.Nevitt@dc.gov

On behalf of:

| | |
|---|---|
| KARL A. RACINE<br>Attorney General<br>District of Columbia<br>400 6th St., NW, Suite 8100<br>Washington, DC 20001 | PHIL WEISER<br>Attorney General<br>State of Colorado<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| WILLIAM TONG<br>Attorney General<br>State of Connecticut<br>165 Capitol Ave.<br>Hartford, CT 06106 | KATHLEEN JENNINGS<br>Attorney General<br>State of Delaware<br>820 North French St.<br>Wilmington, DE 19801 |
| CLARE E. CONNORS<br>Attorney General<br>State of Hawaii<br>425 Queen St.<br>Honolulu, HI 96813 | KWAME RAOUL<br>Attorney General<br>State of Illinois<br>100 West Randolph St., 12th Floor<br>Chicago, IL 60601 |
| BRIAN E. FROSH<br>Attorney General<br>State of Maryland<br>200 Saint Paul Place<br>Baltimore, MD 21202 | DANA NESSEL<br>Attorney General<br>State of Michigan<br>535 W. Ottawa St.<br>Lansing, MI 48906 |
| KEITH ELLISON<br>Attorney General<br>State of Minnesota<br>75 Rev. Dr. Martin Luther King Jr. Blvd<br>St. Paul, MN 55155 | GURBIR S. GREWAL<br>Attorney General<br>State of New Jersey<br>25 Market St.<br>Trenton, NJ 08625 |
| HECTOR BALDERAS<br>Attorney General<br>State of New Mexico<br>P.O. Drawer 1508<br>Santa Fe, NM 87504 | LETITIA JAMES<br>Attorney General<br>State of New York<br>28 Liberty Street<br>New York, NY 10005 |
| JOSH STEIN<br>Attorney General<br>State of North Carolina<br>114 West Edenton St.<br>Raleigh, NC 27603 | ELLEN F. ROSENBLUM<br>Attorney General<br>State of Oregon<br>1156 Court St. NE<br>Salem, OR 97301 |

PETER F. NERONHA  
Attorney General  
State of Rhode Island  
150 South Main Street  
Providence, RI 02903  

MARK R. HERRING  
Attorney General  
Commonwealth of Virginia  
202 North 9th Street  
Richmond, VA 23219  

JOSH KAUL  
Attorney General  
State of Wisconsin  
17 W Main St.  
Madison, WI 53703  

THOMAS J. DONOVAN, JR.  
Attorney General  
State of Vermont  
109 State Street  
Montpelier, VT 05609  

ROBERT W. FERGUSON  
Attorney General  
State of Washington  
1125 Washington St. SE, PO BOX 40100  
Olympia, WA 98504