| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | XAVIER BECERRA |
| AVI WEITZMAN, *pro hac vice* | Attorney General of California |
| aweitzman@gibsondunn.com | THOMAS S. PATTERSON |
| LEE R. CRAIN, *pro hac vice* | Senior Assistant Attorney General |
| LIESEL SCHAPIRA, *pro hac vice* | MARK R. BECKINGTON |
| KAYLIE SPRINGER, *pro hac vice* | Supervising Deputy Attorney General |
| 200 Park Avenue | R. MATTHEW WISE, SBN 238485 |
| New York, NY  10166-0193 | Matthew.Wise@doj.ca.gov |
| Telephone: (212) 351-4000 | Deputy Attorney General |
| Facsimile: (212) 351-4035 | |
| VIVEK GOPALAN, SBN 296156 | 1300 I Street, Suite 125 |
| VGopalan@gibsondunn.com | P.O. Box 944255 |
| 555 Mission Street, Suite 3000 | Sacramento, CA 94244-2550 |
| San Francisco, CA 94105-0921 | Telephone:  (916) 210-6046 |
| Telephone: (415) 393-8200 | Facsimile:  (916) 324-8835 |
| Facsimile: (415) 374-8306 | |
| | *Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra* |
| *Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence* | |

[*Additional Counsel Listed on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | CIVIL CASE NO.:  3:20-CV-06761-EMC |
| Plaintiffs, | |
| v. | **DECLARATION OF AVI WEITZMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO APPLICANTS' MOTION FOR LEAVE TO FILE A RESPONSE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES et al., | |
| Defendants. | |
| | Hon. Edward M. Chen |

Additional Counsel

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
HANNAH SHEARER, SBN 292710
268 Bush St. # 555
San Francisco, CA 94104
Telephone: (415) 433-2062
Facsimile: (415) 433-3357

J. ADAM SKAGGS, *pro hac vice*
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger,
Frank Blackwell, and Giffords Law Center to
Prevent Gun Violence*

I, AVI WEITZMAN, declare as follows:

1. I am an attorney admitted to practice law before this Court Pro Hac Vice. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence in the above-captioned action. I offer this declaration in support of Plaintiffs' Opposition to Applicants' Motion for Leave to File a Response in Support of Defendants' Motion to Dismiss (Dkt. 53).

2. Attached hereto as Exhibit A is a true and correct copy of correspondence between Plaintiffs' counsel and Cody Wisniewski, counsel for Applicants in Intervention (Zachary Fort; Frederick Barton; BlackHawk Manufacturing Group, Inc., d/b/a 80% Arms; and Firearms Policy Coalition, Inc.).

I declare under penalty of perjury that the foregoing is true and correct.

*Dated*: January 1, 2021        /s/    *Avi Weitzman*
                                        Avi Weitzman

# EXHIBIT A

# Crain, Lee R.

| | |
|---|---|
| **From:** | Crain, Lee R. |
| **Sent:** | Thursday, December 31, 2020 1:05 PM |
| **To:** | 'Cody Wisniewski'; Weitzman, Avi |
| **Cc:** | Matthew.Wise@doj.ca.gov; Springer, Kaylie L.; Schapira, Liesel N.; hshearer@giffords.org; askaggs@giffords.org; Gopalan, Vivek; Meri Pincock; George Lee |
| **Subject:** | RE: California v. ATF, No. 20-06761 (N.D. Cal.) - Motion Consent |

Cody – The deadline didn't apply to non-party filings, nor did it apply to your proposed filing, which was not an opposition to the MTD but rather effectively a second MTD.  *See* ECF No. 35 at 3:19 (requiring "Plaintiffs [to] file their opposition on or before **December 30, 2020**").  We reiterate our request that in the future please give us some indication of when you intend to file and provide adequate opportunity for us to confer with our clients.

Lee

**Lee Crain**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2454 • Fax +1 212.817.9454
LCrain@gibsondunn.com • www.gibsondunn.com

---

**From:** Cody Wisniewski <cody@mslegal.org>
**Sent:** Thursday, December 31, 2020 11:38 AM
**To:** Crain, Lee R. <LCrain@gibsondunn.com>; Weitzman, Avi <AWeitzman@gibsondunn.com>
**Cc:** Matthew.Wise@doj.ca.gov; Springer, Kaylie L. <KSpringer@gibsondunn.com>; Schapira, Liesel N. <LSchapira@gibsondunn.com>; hshearer@giffords.org; askaggs@giffords.org; Gopalan, Vivek <VGopalan@gibsondunn.com>; Meri Pincock <Meri@mslegal.org>; George Lee <gml@seilerepstein.com>
**Subject:** RE: California v. ATF, No. 20-06761 (N.D. Cal.) - Motion Consent

[External Email]
Lee –

I apologize for any confusion.  Given the court established December 30, 2020 as the deadline for response to the Federal Defendants' motion, we sought to comply with that deadline.  Given we had not heard back, we were sure to not describe or file our motion as unopposed.

Have a Happy New Year.

Best,



CONFIDENTIALITY NOTICE:  This e-mail message (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is protected by attorney-client and/or attorney/work product privilege. It is intended to be and to remain confidential.  It is intended only for the person or entity to which it is addressed and the privileges are not waived by virtue of this having been sent by electronic mail transmission.  Any unauthorized review, use, disclosure, dissemination, copying, forwarding or distribution is prohibited.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail or by telephone and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments.  If you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**From:** Crain, Lee R. <LCrain@gibsondunn.com>
**Sent:** Wednesday, December 30, 2020 7:34 PM
**To:** Cody Wisniewski <cody@mslegal.org>; Weitzman, Avi <AWeitzman@gibsondunn.com>
**Cc:** Matthew.Wise@doj.ca.gov; Springer, Kaylie L. <KSpringer@gibsondunn.com>; Schapira, Liesel N. <LSchapira@gibsondunn.com>; hshearer@giffords.org; askaggs@giffords.org; Gopalan, Vivek <VGopalan@gibsondunn.com>; Meri Pincock <Meri@mslegal.org>; George Lee <gml@seilerepstein.com>
**Subject:** RE: California v. ATF, No. 20-06761 (N.D. Cal.) - Motion Consent

Cody – we saw that you proceeded to file without noting our position.  In the future, it would be helpful to know when you intend on filing if you only anticipate giving us a short window of time to respond.  We do oppose this filing, and it would have been appropriate for you to articulate that to the Court rather than simply filing without noting our position and indicating that we "did not respond" to an inquiry you sent us at 10:47 PM ET last night.

**Lee Crain**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2454 • Fax +1 212.817.9454
LCrain@gibsondunn.com • www.gibsondunn.com

**From:** Cody Wisniewski <cody@mslegal.org>
**Sent:** Tuesday, December 29, 2020 10:47 PM
**To:** Crain, Lee R. <LCrain@gibsondunn.com>; Weitzman, Avi <AWeitzman@gibsondunn.com>
**Cc:** Matthew.Wise@doj.ca.gov; Springer, Kaylie L. <KSpringer@gibsondunn.com>; Schapira, Liesel N. <LSchapira@gibsondunn.com>; hshearer@giffords.org; askaggs@giffords.org; Gopalan, Vivek <VGopalan@gibsondunn.com>; Meri Pincock <Meri@mslegal.org>; George Lee <gml@seilerepstein.com>
**Subject:** RE: California v. ATF, No. 20-06761 (N.D. Cal.) - Motion Consent

[External Email]
Hi Lee and Avi –

I am reaching out because Applicants in Intervention (Fort, Barton, 80% Arms, and FPC) will likely be filing a motion for leave to file a response in support of Federal Defendants' motion to dismiss in the above captioned matter.  We will request the Court's leave given our motion to intervene is pending.

Please let me know whether your clients oppose or do not oppose my clients' motion for leave to file.  If you have any questions, please don't hesitate to reach out.

Best,



CONFIDENTIALITY NOTICE: This e-mail message (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is protected by attorney-client and/or attorney/work product privilege. It is intended to be and to remain confidential. It is intended only for the person or entity to which it is addressed and the privileges are not waived by virtue of this having been sent by electronic mail transmission. Any unauthorized review, use, disclosure, dissemination, copying, forwarding or distribution is prohibited. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail or by telephone and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments. If you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**From:** Cody Wisniewski
**Sent:** Monday, November 30, 2020 9:38 AM
**To:** Crain, Lee R. <LCrain@gibsondunn.com>; Weitzman, Avi <AWeitzman@gibsondunn.com>
**Cc:** Matthew.Wise@doj.ca.gov; Springer, Kaylie L. <KSpringer@gibsondunn.com>; Schapira, Liesel N. <LSchapira@gibsondunn.com>; hshearer@giffords.org; askaggs@giffords.org; Gopalan, Vivek <VGopalan@gibsondunn.com>; George Lee <gml@seilerepstein.com>; Meri Pincock <Meri@mslegal.org>
**Subject:** RE: California v. ATF, No. 20-06761 (N.D. Cal.) - Intervention Consent

Hi Lee –

I apologize for the delay, but hope you had a good Thanksgiving weekend. We do not oppose your request for an extension to December 15, 2020, to respond to our motion to intervene.

Best,



CONFIDENTIALITY NOTICE: This e-mail message (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is protected by attorney-client and/or attorney/work product privilege. It is intended to be and to remain confidential. It is intended only for the person or entity to which it is addressed and the privileges are not waived by virtue of this having been sent by electronic mail transmission. Any unauthorized review, use, disclosure, dissemination, copying, forwarding or distribution is prohibited. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail or by telephone and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments. If you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**From:** Crain, Lee R. <LCrain@gibsondunn.com>
**Sent:** Wednesday, November 25, 2020 1:13 PM
**To:** Cody Wisniewski <cody@mslegal.org>; Weitzman, Avi <AWeitzman@gibsondunn.com>
**Cc:** Matthew.Wise@doj.ca.gov; Springer, Kaylie L. <KSpringer@gibsondunn.com>; Schapira, Liesel N. <LSchapira@gibsondunn.com>; hshearer@giffords.org; askaggs@giffords.org; Gopalan, Vivek <VGopalan@gibsondunn.com>; George Lee <gml@seilerepstein.com>; Meri Pincock <Meri@mslegal.org>
**Subject:** RE: California v. ATF, No. 20-06761 (N.D. Cal.) - Intervention Consent

Cody – we intend to move the Court to extend our deadline to oppose your motion to December 15 in light of the upcoming holiday and our schedules.  Please let us know your position on this request.

Regards,

Lee

**Lee Crain**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2454 • Fax +1 212.817.9454
LCrain@gibsondunn.com • www.gibsondunn.com

---

**From:** Cody Wisniewski <cody@mslegal.org>
**Sent:** Tuesday, November 24, 2020 12:12 PM
**To:** Weitzman, Avi <AWeitzman@gibsondunn.com>
**Cc:** Matthew.Wise@doj.ca.gov; Springer, Kaylie L. <KSpringer@gibsondunn.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Schapira, Liesel N. <LSchapira@gibsondunn.com>; hshearer@giffords.org; askaggs@giffords.org; Gopalan, Vivek <VGopalan@gibsondunn.com>; George Lee <gml@seilerepstein.com>; Meri Pincock <Meri@mslegal.org>
**Subject:** Re: California v. ATF, No. 20-06761 (N.D. Cal.) - Intervention Consent

[External Email]
Thank you, Avi.  I hope you had a good weekend.  Have your clients reached a position in this matter?

Best,

**Cody J. Wisniewski**
Attorney

**PLEASE NOTE**, MSLF has changed its domain and we have new email addresses.  Please add this new email (cody@mslegal.org) to your address book and visit our new website at www.mslegal.org.

Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO  80227
Phone: (303) 292-2021, Ext. 20
Fax: (303) 292-1980
www.mslegal.org

CONFIDENTIALITY NOTICE:  This e-mail message (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is protected by attorney-client and/or attorney/work product privilege. It is intended to be and to remain confidential.  It is intended only for the person or entity to which it is addressed and the privileges are not waived by virtue of this having been sent by electronic mail transmission.  Any unauthorized review, use, disclosure, dissemination, copying, forwarding or distribution is prohibited.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail or by telephone and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments.  If you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

---

**From:** Weitzman, Avi <AWeitzman@gibsondunn.com>
**Sent:** Friday, November 20, 2020 6:54 AM
**To:** Cody Wisniewski <cody@mslegal.org>
**Cc:** Matthew.Wise@doj.ca.gov; Matthew.Wise@doj.ca.gov; Springer, Kaylie L. <KSpringer@gibsondunn.com>; Crain, Lee R. <LCrain@gibsondunn.com>; Schapira, Liesel N. <LSchapira@gibsondunn.com>; hshearer@giffords.org

<hshearer@giffords.org>; askaggs@giffords.org <askaggs@giffords.org>; Gopalan, Vivek <VGopalan@gibsondunn.com>; George Lee <gml@seilerepstein.com>; Meri Pincock <Meri@mslegal.org>
**Subject:** Re: California v. ATF, No. 20-06761 (N.D. Cal.) - Intervention Consent

Cody - Thank you for your email. We will confer with our clients and let you know next week.

Best and Happy Thanksgiving,
Avi

> On Nov 19, 2020, at 3:20 PM, Cody Wisniewski <cody@mslegal.org> wrote:
>
> [External Email]
>
> Counsel –
>
> I am contacting you because Mountain States Legal Foundation will be moving for intervention, pursuant to Fed. R. Civ. P. 24, in the above-captioned case on behalf of two individuals; BlackHawk Manufacturing Group, Inc., d/b/a 80% Arms; and Firearms Policy Coalition, Inc. as Defendant-Intervenors. BlackHawk Manufacturing Group, Inc. is explicitly implicated in the Complaint at ¶¶ 10 n.5; 47 n.32; 50 n.43; 52 n.44, n.45; 77 n.83, n.86; 121 n.114.
>
> Please let me know whether your clients oppose or do not oppose my clients' motion to intervene in this matter. If you have any questions, please don't hesitate to reach out.
>
> Best,
>
> **CODY J. WISNIEWSKI**
> ATTORNEY
>
> Mountain States Legal Foundation
> 2596 South Lewis Way
> Lakewood, CO  80227
> Phone: (303) 292-2021, Ext. 1016
> Fax: (303) 292-1980
> www.mslegal.org
>
> CONFIDENTIALITY NOTICE:  This e-mail message (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is protected by attorney-client and/or attorney/work product privilege. It is intended to be and to remain confidential.  It is intended only for the person or entity to which it is addressed and the privileges are not waived by virtue of this having been sent by electronic mail transmission.  Any unauthorized review, use, disclosure, dissemination, copying, forwarding or distribution is prohibited.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail or by telephone and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments.  If you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.