JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

DANIEL D. MAULER (Virginia State Bar No. 73190)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch

    1100 L Street NW
    Washington, DC 20005
    Telephone: (202) 616-0773
    FAX: (202) 616-8470
    dan.mauler@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA**, *et al.*<br>    Plaintiffs,<br>v.<br>**BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES ("ATF")**, *et al.*,<br>    Defendants. | Case No. 3:20-cv-06761-EMC<br><br>**FEDERAL DEFENDANTS' NOTICE OF NON-OPPOSITION TO POLYMER80'S MOTION TO INTERVENE**<br><br>Noting Date: February 25, 2021<br>Time:  1:30 p.m.<br>Place:  Courtroom 5, 17th Floor |

On December 21, 2020, Polymer80, a manufacturer of the receiver blanks at issue in this litigation, moved to intervene as of right in this action. *See* ECF No. 47. In a brief filed on December 8, 2020, the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and the other federal government defendants (collectively, "Federal Defendants") explained their position regarding the proposed intervention of another manufacturer (as well as other proposed parties): that the Court should first determine whether it has jurisdiction over the action, and then grant the motion by that manufacturer to intervene as of right. *See* Response to Mot. to Intervene, ECF No. 38. For the reasons explained in the Federal Defendants' previous brief on intervention as well as those set forth in Polymer80's motion, the Federal Defendants agree that—if the Court finds that jurisdiction exists—

Polymer80 is entitled to intervene as of right pursuant to Fed. R. Civ. P. 24(a) and, therefore, do not oppose Polymer80's motion.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Daniel D. Mauler*

DANIEL D. MAULER
(Virginia State Bar No. 73190)
Trial Attorney

United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-0773
FAX: (202) 616-8470
dan.mauler@usdoj.gov

*Counsel for Defendants*