| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>AVI WEITZMAN, *pro hac vice*<br>aweitzman@gibsondunn.com<br>LEE R. CRAIN, *pro hac vice*<br>LIESEL SCHAPIRA, *pro hac vice*<br>KAYLIE SPRINGER, *pro hac vice*<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>VIVEK GOPALAN, SBN 296156<br>VGopalan@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: (415) 393-8200<br>Facsimile: (415) 374-8306<br><br>*Attorneys for Plaintiffs Bryan Muehlberger,*<br>*Frank Blackwell, and Giffords Law Center to*<br>*Prevent Gun Violence* | XAVIER BECERRA<br>Attorney General of California<br>THOMAS S. PATTERSON<br>Senior Assistant Attorney General<br>MARK R. BECKINGTON<br>Supervising Deputy Attorney General<br>R. MATTHEW WISE, SBN 238485<br>Matthew.Wise@doj.ca.gov<br>Deputy Attorney General<br><br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone: (916) 210-6046<br>Facsimile: (916) 324-8835<br><br>*Attorneys for Plaintiff State of California, by*<br>*and through Attorney General Xavier Becerra* |

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES et al.,<br><br>    Defendants. | CIVIL CASE NO.: 3:20-CV-06761-EMC<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO ZACHARY FORT, FREDERICK BARTON, BLACKHAWK MANUFACTURING GROUP, INC., AND FIREARMS POLICY COALITION, INC.'S (1) MOTION TO INTERVENE AND (2) MOTION FOR LEAVE**<br><br>Hon. Edward M. Chen<br><br>Hearing Date: February 25, 2021<br>Hearing Time: 1:30 p.m. |

Additional Counsel

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
HANNAH SHEARER, SBN 292710
268 Bush St. # 555
San Francisco, CA 94104
Telephone: (415) 433-2062
Facsimile: (415) 433-3357

J. ADAM SKAGGS, *pro hac vice*
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence*

**TO THE COURT AND ALL COUNSEL OF RECORD:**

Pursuant to Local Rule 7-3(d)(2), Plaintiffs respectfully submit this Statement of Recent Decision in Support of: (1) Plaintiffs' Opposition to Zachary Fort, Frederick Barton, BlackHawk Manufacturing Group, Inc., and Firearms Policy Coalition, Inc.'s (the "Applicants") Motion to Intervene (Dkt. 24) and (2) Plaintiffs' Opposition to Applicants' Motion for Leave to File a Response in Support of Defendants' Motion to Dismiss (Dkt. 53).

On January 2, 2021, the United States District Court for the Southern District of New York entered an order denying the same Applicants' substantially identical Motion to Intervene in a substantially similar APA challenge. *See City of Syracuse, NY, et al., v. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.,* No. 1:20-cv-06885-GHW (S.D.N.Y. Jan. 2, 2021), ECF. No. 83. A copy of the court's order is attached as **Exhibit A**. Judge Woods' order addresses the same arguments raised by Applicants in support of their Motion to Intervene in this litigation. The order bears on the issues raised in Applicants' Motion for Leave as well.

Respectfully submitted,

*Dated:* January 4, 2021         /s  Avi Weitzman

GIBSON, DUNN & CRUTCHER LLP
AVI WEITZMAN, *pro hac vice*
aweitzman@gibsondunn.com
LEE R. CRAIN, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
KAYLIE SPRINGER, *pro hac vice*
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

VIVEK GOPALAN, SBN 296156
VGopalan@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE

HANNAH SHEARER, SBN 292710
268 Bush St. # 555
San Francisco, CA 94104
Telephone: (415) 433-2062
Facsimile: (415) 433-3357

J. ADAM SKAGGS, *pro hac vice*
DAVID M. PUCINO, *pro hac vice forthcoming*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, Giffords Law Center to Prevent Violence*

*Dated:* January 4, 2021            /s  R. Matthew Wise

XAVIER BECERRA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, SBN 238485
Matthew.Wise@doj.ca.gov
Deputy Attorney General

1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-6046
Facsimile:  (916) 324-8835

*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated: January 4, 2021                             /s/      *Avi Weitzman*
                                                                    Avi Weitzman