JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

DANIEL D. MAULER (Virginia State Bar No. 73190)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch

    1100 L Street NW
    Washington, DC 20005
    Telephone: (202) 616-0773
    FAX: (202) 616-8470
    dan.mauler@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA**, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>**BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES**, *et al.*,<br><br>*Defendants*. | Case No. 3:20-cv-06761-EMC<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |

**NOTICE OF NON-OPPOSITION**

Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"); Regina Lombardo, in her official capacity as Acting Deputy Director of ATF; Michael R. Curtis, in his official capacity as Chief, Firearms Technology Industry Services Branch of ATF; United States Department of Justice; and Jeffrey A. Rosen, in his official capacity as Acting Attorney General of the United States (collectively, the "Defendants") do not oppose the Court taking judicial notice of the two documents referenced in Plaintiffs' Request for Judicial Notice, filed on December 30, 2020 (ECF No. 56).

NOTICE OF NON-OPPOSITION                                                                              C-20-6761- EMC

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

By:   */s/ Daniel D. Mauler*

DANIEL D. MAULER
(Virginia State Bar No. 73190)
Trial Attorney

United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-0773
FAX: (202) 616-8470
dan.mauler@usdoj.gov

*Counsel for Defendants*

NOTICE OF NON-OPPOSITION                                          C-20-6761- EMC

2