John F. Olsen (SBN 157465)
FERDINAND IP, LLP
800 West El Camino Real, Suite 180
Mountain View, CA 94040
Phone: (858) 412-4515
jolsen@fiplawgroup.com

James J. McGuire (*pro hac vice*)
Michael R. Patrick (*pro hac vice)*
Mark A. Berube*
(**pro hac vice* forthcoming)
Barton, LLP
711 Third Avenue, 14th floor
New York, New York 10017
Phone:  212-687-6262

*Attorneys for Proposed Intervenor Polymer80, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, BRYAN MUEHLBERGER, FRANK BLACKWELL, and GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Deputy Director of Bureau of Alcohol, Tobacco, Firearms and Explosives, MICHAEL R. CURTIS, in his official capacity as Chief, Firearms Technology Industry Services Branch of Bureau of Alcohol, Tobacco, Firearms and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and WILLIAM BARR, in his official capacity as Attorney General of the United States, | CASE NO. 3:20-cv-06761-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR POLYMER80, INC.'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO INTERVENE**<br><br>Hon. Edward M. Chen<br><br>Hearing Date: February 25, 2021<br>Hearing Time: 1:30 p.m. PT |

Pursuant to Civil Local Rule 6-2, proposed intervenor Polymer80, Inc. and the State of California, Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence, ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a Complaint in this matter on September 29, 2020 (Dkt. 1);

WHEREAS, Polymer80, Inc. filed a Motion to Intervene on December 21, 2020 (Dkt. 47);

WHEREAS, on December 30, 2020, in response to a joint stipulation to extend deadlines and set a briefing schedule, the Court entered an order setting a briefing schedule and hearing on Polymer80, Inc.'s motion (Dkt. 52);

WHEREAS, Polymer80, Inc.'s reply brief in further support of its motion is currently due on or before January 21, 2021;

WHEREAS, the Plaintiffs and Polymer80, Inc. met and conferred regarding extending the time for Polymer80, Inc. to file its reply in further support of its motion;

WHEREAS, on January 4, 2021, Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives, Regina Lombardo, Michael R. Curtis, United States Department of Justice, and William Barr, filed a Notice of Non-Opposition to Polymer80 Inc.'s motion (Dkt. 59); and

WHEREAS, Polymer80, Inc. has submitted an attorney declaration under Local Rule 6-2;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, and subject to the approval of the Court, Plaintiffs and Polymer80, Inc. hereby stipulate and request, through their undersigned counsel, that the Court extend the time for Polymer80, Inc. to file its reply in further support of its motion to intervene from January 21, 2021 to January 25, 2021.  All other dates shall remain as set forth in the Court's December 30, 2020 Order (Dkt. 52).

| | | |
|---|---|---|
| 1 | Dated:  January 19, 2021 | Respectfully submitted, |
| 2 | | /s/   *John F. Olsen* |
| | | John F. Olsen (SBN 157465) |
| 3 | | FERDINAND IP, LLP |
| 4 | | 800 West El Camino Real, Suite 180 |
| | | Mountain View, CA 94040 |
| 5 | | Phone: (858) 412-4515 |
| | | jolsen@fiplawgroup.com |
| 6 | | |
| 7 | | James J. McGuire (*pro hac vice*) |
| | | Michael R. Patrick *(pro hac vice)* |
| 8 | | Mark A. Berube* |
| | | (**pro hac vice* application to be filed) |
| 9 | | Barton, LLP |
| | | 711 Third Avenue, 14th floor |
| 10 | | New York, New York 10017 |
| | | Phone:  212-687-6262 |
| 11 | | |
| 12 | | *Attorneys for Proposed Intervenor Polymer80, Inc.* |
| 13 | | |
| 14 | Dated: January 19, 2021 | /s/   *Avi Weitzman* |
| 15 | | GIBSON, DUNN & CRUTCHER LLP |
| | | AVI WEITZMAN, *pro hac vice* |
| 16 | | aweitzman@gibsondunn.com |
| | | LEE R. CRAIN, *pro hac vice* |
| 17 | | LIESEL SCHAPIRA, *pro hac vice* |
| | | KAYLIE SPRINGER, *pro hac vice* |
| 18 | | 200 Park Avenue |
| | | New York, NY  10166-0193 |
| 19 | | Telephone: (212) 351-4000 |
| | | Facsimile: (212) 351-4035 |
| 20 | | |
| 21 | | JILLIAN LONDON, SBN 319924 |
| | | JLondon@gibsondunn.com |
| 22 | | 333 South Grand Avenue |
| | | Los Angeles, CA 90071-3197 |
| 23 | | |
| | | GIFFORDS LAW CENTER TO |
| 24 | | PREVENT GUN VIOLENCE |
| | | HANNAH SHEARER, SBN 292710 |
| 25 | | 268 Bush St. # 555 |
| | | San Francisco, CA 94104 |
| 26 | | Telephone: (415) 433-2062 |
| | | Facsimile: (415) 433-3357 |
| 27 | | |
| | | J. ADAM SKAGGS, *pro hac vice* |
| 28 | | DAVID M. PUCINO, *pro hac vice forthcoming* |
| | | 223 West 38th St. # 90 |

**JOINT STIPULATION TO EXTEND TIME**     3     CASE NO. 3:20-cv-06761-EMC

New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, Giffords Law Center to Prevent Violence*

Dated: January 19, 2021          /s/   *R. Matthew Wise*

XAVIER BECERRA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, SBN 238485
Matthew.Wise@doj.ca.gov
Deputy Attorney General

1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6046
Facsimile: (916) 324-8835

*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated: *January 19, 2021*          /s/   *John F. Olsen*
                                            John F. Olsen

**[~~PROPOSED~~] ORDER**

Having considered the Joint Stipulation and the Declaration of John F. Olsen, and good cause appearing, the Court hereby GRANTS the Joint Stipulation. IT IS HEREBY ORDERED that:

- Proposed intervenor Polymer80, Inc. shall file its reply in further support of its motion to intervene on or before **January 25, 2021**; and
- All other dates in the Court's December 30, 2020 Order (Dkt. 52) unchanged.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: January 19, 2021

_____
Honorable Edward M. Chen
United States District Court Judge