OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** February 26, 2021  **Time:** 9:30-10:30= 1 Hour  **Judge:** EDWARD M. CHEN

**Case No.**: 20-cv-06761-EMC  **Case Name:** State of California v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, et al

**Attorneys for Plaintiffs:** Lee Crain, R. Matthew Wise, John Skaggs
**Attorneys for Intervenors**: John Olsen, Cody James Wisniewski, George Lee, James McGuire
**Attorneys for Defendants:** Daniel Mauler, Leslie Farber

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Jo Ann Bryce

PROCEEDINGS HELD BY ZOOM WEBINAR

[24] Motion to Intervene;
[47] Motion to Intervene - held;
Initial Case Management Conference - not held.

SUMMARY

Parties stated appearances and proffered argument.

Court takes motions under submission.