| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>AVI WEITZMAN, *pro hac vice*<br>aweitzman@gibsondunn.com<br>LEE R. CRAIN, *pro hac vice*<br>LIESEL SCHAPIRA, *pro hac vice*<br>KAYLIE SPRINGER, *pro hac vice*<br>200 Park Avenue<br>New York, NY  10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>JILLIAN LONDON, SBN 319924<br>JLondon@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7671<br>Facsimile: (213) 229-6671<br><br>*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence* | XAVIER BECERRA<br>Attorney General of California<br>THOMAS S. PATTERSON<br>Senior Assistant Attorney General<br>MARK R. BECKINGTON<br>Supervising Deputy Attorney General<br>R. MATTHEW WISE, SBN 238485<br>Matthew.Wise@doj.ca.gov<br>Deputy Attorney General<br><br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone:  (916) 210-6046<br>Facsimile:  (916) 324-8835<br><br>*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra* |

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES et al.,<br><br>    Defendants. | CIVIL CASE NO.:  3:20-CV-06761-EMC<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION.**<br><br>Hon. Edward M. Chen |

Additional Counsel

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
HANNAH SHEARER, SBN 292710
268 Bush St. # 555
San Francisco, CA 94104
Telephone: (415) 433-2062
Facsimile: (415) 433-3357

J. ADAM SKAGGS, *pro hac vice*
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence*

**TO THE COURT AND ALL COUNSEL OF RECORD:**

Pursuant to Local Rule 7-3(d)(2), Plaintiffs respectfully submit this Statement of Recent Decision in Support of: (1) Plaintiffs' Opposition to Zachary Fort, Frederick Barton, BlackHawk Manufacturing Group, Inc., and Firearms Policy Coalition, Inc.'s (the "Applicants") Motion to Intervene (Dkt. 24); (2) Plaintiffs' Opposition to Applicants' Motion for Leave to File a Response in Support of Defendants' Motion to Dismiss (Dkt. 53); and (3) Plaintiffs' Opposition to Polymer 80, Inc.'s Motion to Intervene (Dkt. No. 66).

On March 19, 2021, the United States District Court for the Southern District of New York entered an order regarding Polymer 80's Motion to Intervene in *City of Syracuse, NY, et al., v. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.,* No. 1:20-cv-06885-GHW (S.D.N.Y. March 19, 2021), Dkt. No. 113. A copy of the court's order is attached as **Exhibit A**. The District Court concluded that Polymer80 failed to demonstrate that Defendants will inadequately represent Polymer80's interests, but exercised its discretion to grant Polymer80 permissive intervention on a conditional basis limited to litigating summary judgment in that proceeding.

Respectfully submitted,

*Dated:* March 19, 2021            /s Avi Weitzman

GIBSON, DUNN & CRUTCHER LLP
AVI WEITZMAN, *pro hac vice*
aweitzman@gibsondunn.com
LEE R. CRAIN, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
KAYLIE SPRINGER, *pro hac vice*
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

JILLIAN LONDON, 319924
JLondon@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE

HANNAH SHEARER, SBN 292710
268 Bush St. # 555
San Francisco, CA 94104
Telephone: (415) 433-2062
Facsimile: (415) 433-3357

J. ADAM SKAGGS, *pro hac vice*
DAVID M. PUCINO, *pro hac vice forthcoming*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, Giffords Law Center to Prevent Violence*

*Dated:* March 19, 2021        /s  R. Matthew Wise

XAVIER BECERRA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, SBN 238485
Matthew.Wise@doj.ca.gov
Deputy Attorney General

1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-6046
Facsimile:  (916) 324-8835

*Attorneys for Plaintiff State of California, by and through Attorney General Xavier Becerra*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*Dated*: March 19, 2021                                         /s/      *Avi Weitzman*
                                                                                    Avi Weitzman