UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al.,<br><br>Defendants. | Case No. 20-cv-06761-EMC<br><br>**ORDER OF TEMPORARY STAY OF CASE** |

In light of recent developments regarding ATF's regulation of products at issue in this case, the proceedings shall be temporarily stayed. The Court will hold a case management conference with the parties on 5/27/2021 at 10:30AM, at which they will address the pending motions to intervene (Docket Nos. 24 and 47) and to dismiss (Docket No. 29). Proceeding will be conducted by Zoom Webinar.

**IT IS SO ORDERED**.

Dated: April 9, 2021

_____
EDWARD M. CHEN
United States District Judge