| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>AVI WEITZMAN, *pro hac vice*<br>aweitzman@gibsondunn.com<br>LEE R. CRAIN, *pro hac vice*<br>LIESEL SCHAPIRA, *pro hac vice*<br>KAYLIE SPRINGER, *pro hac vice*<br>200 Park Avenue<br>New York, NY  10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>JILLIAN LONDON, SBN 319924<br>JLondon@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: (415) 393-8200<br>Facsimile: (415) 374-8306<br><br>*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence* | ROB BONTA<br>Attorney General of California<br>THOMAS S. PATTERSON<br>Senior Assistant Attorney General<br>MARK R. BECKINGTON<br>Supervising Deputy Attorney General<br>R. MATTHEW WISE, SBN 238485<br>Matthew.Wise@doj.ca.gov<br>Deputy Attorney General<br><br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone:  (916) 210-6046<br>Facsimile:  (916) 324-8835<br><br>*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta* |

[*Additional Counsel Listed on Next Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES et al.,<br><br>    Defendants. | CIVIL CASE NO.:  3:20-CV-06761-EMC<br><br>**STIPULATION; [PROPOSED] ORDER** |

1  Additional Counsel

2  GIFFORDS LAW CENTER TO
3  PREVENT GUN VIOLENCE
   HANNAH SHEARER, SBN 292710
4  268 Bush St. # 555
   San Francisco, CA 94104
5  Telephone: (415) 433-2062
   Facsimile: (415) 433-3357
6

7  J. ADAM SKAGGS, *pro hac vice*
   DAVID M. PUCINO, *pro hac vice*
8  223 West 38th St. # 90
   New York, NY 10018
9  Telephone: (917) 680-3473

10 *Attorneys for Plaintiffs Bryan Muehlberger,*
   *Frank Blackwell, and Giffords Law Center to*
11 *Prevent Gun Violence*

12

13 BRIAN M. BOYNTON
   Acting Assistant Attorney General
14

15 LESLEY FARBY
   Assistant Branch Director
16

17 BRADLEY CRAIGMYLE
   (IL Bar No. 6326760)
18 Trial Attorney
   United States Department of Justice
19 Civil Division
   Federal Programs Branch
20
21 1100 L Street NW
   Washington, DC 20005
22 Telephone: (202) 616-8101
   FAX: (202) 616-8460
23 Bradley.T.Craigmyle@usdoj.gov

24 *Counsel for Defendants*

25

26

27

28

## STIPULATION

Subject to the Court's approval, Plaintiffs and Defendants stipulate as follows:

1. Plaintiffs challenge determinations by the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") that certain receiver blanks are not "firearms" under the Gun Control Act ("GCA") because the "fire-control cavity areas" are "solid and un-machined." *See* Compl. ¶¶ 66–77, 86–87, 118–20, 126–31, ECF No. 1.

2. On April 7, 2021, the Administration announced that "The Justice Department, within 30 days, will issue a proposed rule to help stop the proliferation of 'ghost guns.'"[1] Two days later, "[i]n light of recent developments regarding ATF's regulation of products at issue in this case," the Court *sua sponte* "temporarily stayed" proceedings and scheduled a case management conference for May 27, 2021. Order of Temporary Stay of Case, ECF No. 83.

3. On May 7, 2021, ATF issued a notice of proposed rulemaking titled "Definition of 'Frame or Receiver' and Identification of Firearms." *See* Definition of "Frame or Receiver" and Identification of Firearms (proposed May 7, 2021) (to be codified at 27 C.F.R. pts. 478 and 479) ("Proposed Rule").[2] As relevant here, the Proposed Rule would add a new regulatory definition for "readily." *See* Proposed Rule at 36–37; *see also* 18 U.S.C. § 921(a)(3) (defining "firearm" as "any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive"). It would also change the current regulatory definition for "firearms frame or receiver." *See* Proposed Rule at 24–27; *see also* 18 U.S.C. § 921(a)(3) (defining "firearm" as "the frame or receiver of any such weapon"). The proposed definition of "firearms frame or receiver" would explain when a partially complete frame or receiver becomes an actual frame or receiver under the GCA—specifically, when it crosses the line from an unregulated piece of metal (or other substance) to a regulated frame or receiver. *See* Proposed Rule at 33–35.

---

[1] White House, *FACT SHEET: Biden-Harris Administration Announces Initial Actions to Address the Gun Violence Public Health Epidemic* (Apr. 7, 2021), https://www.whitehouse.gov/briefing-room/statements-releases/2021/04/07/fact-sheet-biden-harris-administration-announces-initial-actions-to-address-the-gun-violence-public-health-epidemic/.

[2] The Proposed Rule may be accessed here: https://www.atf.gov/file/154586/download.

4. In light of the Proposed Rule, and in the interests of judicial economy, the parties have conferred and agreed to jointly request that the case be stayed until ATF issues a final rule. The parties further request that the Court vacate the Case Management Conference currently set for May 27, 2021. Finally, the parties propose that they file a joint status report thirty days after ATF issues the final rule updating the Court on whether further proceedings are necessary and, if so, proposing a schedule for continuing the litigation.

IT IS SO STIPULATED.

Dated: May 20, 2021                              /s  Avi Weitzman

                GIBSON, DUNN & CRUTCHER LLP
AVI WEITZMAN, *pro hac vice*
aweitzman@gibsondunn.com
LEE R. CRAIN, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
KAYLIE SPRINGER, *pro hac vice*
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

JILLIAN LONDON, SBN 319924
JLondon@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
HANNAH SHEARER, SBN 292710
268 Bush St. # 555
San Francisco, CA 94104
Telephone: (415) 433-2062
Facsimile: (415) 433-3357

J. ADAM SKAGGS, *pro hac vice*
DAVID M. PUCINO, *pro hac vice forthcoming*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, Giffords Law Center to Prevent Violence*

Dated: May 20, 2021        /s R. Matthew Wise

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, SBN 238485
Matthew.Wise@doj.ca.gov
Deputy Attorney General

1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6046
Facsimile: (916) 324-8835

*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta*


BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

Dated: May 20, 2021         /s/ Bradley Craigmyle
BRADLEY CRAIGMYLE
(IL Bar No. 6326760)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-8101
FAX: (202) 616-8460
Bradley.T.Craigmyle@usdoj.gov

*Counsel for Defendants*

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

_____
EDWARD M. CHEN
United States District Judge