GIBSON, DUNN & CRUTCHER LLP
AVI WEITZMAN, *pro hac vice*
aweitzman@gibsondunn.com
LEE R. CRAIN, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
KAYLIE SPRINGER, *pro hac vice*
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
JILLIAN LONDON, SBN 319924
JLondon@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 374-8306

*Attorneys for Plaintiffs Bryan Muehlberger,
Frank Blackwell, and Giffords Law Center to
Prevent Gun Violence*

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, SBN 238485
Matthew.Wise@doj.ca.gov
Deputy Attorney General

1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-6046
Facsimile:  (916) 324-8835

*Attorneys for Plaintiff State of California, by
and through Attorney General Rob Bonta*

[*Additional Counsel Listed on Next Page*]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES et al.,<br><br>                    Defendants. | CIVIL CASE NO.:  3:20-CV-06761-EMC<br><br>**STIPULATION; [~~PROPOSED~~] ORDER** |

Additional Counsel

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
HANNAH SHEARER, SBN 292710
268 Bush St. # 555
San Francisco, CA 94104
Telephone: (415) 433-2062
Facsimile: (415) 433-3357

J. ADAM SKAGGS, *pro hac vice*
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger,*
*Frank Blackwell, and Giffords Law Center to*
*Prevent Gun Violence*

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

BRADLEY CRAIGMYLE
(IL Bar No. 6326760)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch

1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-8101
FAX: (202) 616-8460
Bradley.T.Craigmyle@usdoj.gov

*Counsel for Defendants*

**STIPULATION**

Subject to the Court's approval, Plaintiffs and Defendants stipulate as follows:

1.       Plaintiffs challenge determinations by the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") that certain receiver blanks are not "firearms" under the Gun Control Act ("GCA") because the "fire-control cavity areas" are "solid and un-machined." *See* Compl. ¶¶ 66–77, 86–87, 118–20, 126–31, ECF No. 1.

2.       On April 7, 2021, the Administration announced that "The Justice Department, within 30 days, will issue a proposed rule to help stop the proliferation of 'ghost guns.'"[1] Two days later, "[i]n light of recent developments regarding ATF's regulation of products at issue in this case," the Court *sua sponte* "temporarily stayed" proceedings and scheduled a case management conference for May 27, 2021. Order of Temporary Stay of Case, ECF No. 83.

3.       On May 7, 2021, ATF issued a notice of proposed rulemaking titled "Definition of 'Frame or Receiver' and Identification of Firearms." *See* Definition of "Frame or Receiver" and Identification of Firearms (proposed May 7, 2021) (to be codified at 27 C.F.R. pts. 478 and 479) ("Proposed Rule").[2] As relevant here, the Proposed Rule would add a new regulatory definition for "readily." *See* Proposed Rule at 36–37; *see also* 18 U.S.C. § 921(a)(3) (defining "firearm" as "any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive"). It would also change the current regulatory definition for "firearms frame or receiver." *See* Proposed Rule at 24–27; *see also* 18 U.S.C. § 921(a)(3) (defining "firearm" as "the frame or receiver of any such weapon"). The proposed definition of "firearms frame or receiver" would explain when a partially complete frame or receiver becomes an actual frame or receiver under the GCA—specifically, when it crosses the line from an unregulated piece of metal (or other substance) to a regulated frame or receiver. *See* Proposed Rule at 33–35.

---

[1] White House, *FACT SHEET: Biden-Harris Administration Announces Initial Actions to Address the Gun Violence Public Health Epidemic* (Apr. 7, 2021), https://www.whitehouse.gov/briefing-room/statements-releases/2021/04/07/fact-sheet-biden-harris-administration-announces-initial-actions-to-address-the-gun-violence-public-health-epidemic/.

[2] The Proposed Rule may be accessed here: https://www.atf.gov/file/154586/download.

STIPULATION & ~~PROPOSED~~ ORDER
CASE NO. 3:20-CV-06761-EMC

4.       In light of the Proposed Rule, and in the interests of judicial economy, the parties have conferred and agreed to jointly request that the case be stayed until ATF issues a final rule. The parties further request that the Court vacate the Case Management Conference currently set for May 27, 2021. Finally, the parties propose that they file a joint status report thirty days after ATF issues the final rule updating the Court on whether further proceedings are necessary and, if so, proposing a schedule for continuing the litigation.

IT IS SO STIPULATED.


Dated: May 20, 2021                          /s  Avi Weitzman

                                             GIBSON, DUNN & CRUTCHER LLP
                                             AVI WEITZMAN, *pro hac vice*
                                             aweitzman@gibsondunn.com
                                             LEE R. CRAIN, *pro hac vice*
                                             LIESEL SCHAPIRA, *pro hac vice*
                                             KAYLIE SPRINGER, *pro hac vice*
                                             200 Park Avenue
                                             New York, NY  10166-0193
                                             Telephone: (212) 351-4000
                                             Facsimile: (212) 351-4035

                                             JILLIAN LONDON, SBN 319924
                                             JLondon@gibsondunn.com
                                             555 Mission Street, Suite 3000
                                             San Francisco, CA 94105-0921

                                             GIFFORDS LAW CENTER TO
                                             PREVENT GUN VIOLENCE
                                             HANNAH SHEARER, SBN 292710
                                             268 Bush St. # 555
                                             San Francisco, CA 94104
                                             Telephone: (415) 433-2062
                                             Facsimile: (415) 433-3357

                                             J. ADAM SKAGGS, *pro hac vice*
                                             DAVID M. PUCINO, *pro hac vice forthcoming*
                                             223 West 38th St. # 90
                                             New York, NY 10018
                                             Telephone: (917) 680-3473

                                             *Attorneys for Plaintiffs Bryan Muehlberger, Frank*
                                             *Blackwell, Giffords Law Center to Prevent Violence*

1

2

3    Dated: May 20, 2021                */s  R. Matthew Wise*

4                                       ROB BONTA

5                                       Attorney General of California
                                        THOMAS S. PATTERSON

6                                       Senior Assistant Attorney General
                                        MARK R. BECKINGTON

7                                       Supervising Deputy Attorney General
                                        R. MATTHEW WISE, SBN 238485

8                                       Matthew.Wise@doj.ca.gov
                                        Deputy Attorney General

9

10                                      1300 I Street, Suite 125
                                        P.O. Box 944255

11                                      Sacramento, CA 94244-2550
                                        Telephone:  (916) 210-6046

12                                      Facsimile:  (916) 324-8835

13                                      *Attorneys for Plaintiff State of California, by*

14                                      *and through Attorney General Rob Bonta*

15

16                                      BRIAN M. BOYNTON
                                        Acting Assistant Attorney General

17
                                        LESLEY FARBY
18                                      Assistant Branch Director

19   Dated: May 20, 2021                */s/ Bradley Craigmyle*

20                                      BRADLEY CRAIGMYLE
                                        (IL Bar No. 6326760)

21                                      Trial Attorney
                                        United States Department of Justice

22                                      Civil Division
                                        Federal Programs Branch

23                                      1100 L Street NW
                                        Washington, DC 20005

24                                      Telephone: (202) 616-8101
                                        FAX: (202) 616-8460

25                                      Bradley.T.Craigmyle@usdoj.gov

26
                                        *Counsel for Defendants*
27

28

1

**[PROPOSED]** **ORDER**

2

    Pursuant to stipulation, IT IS SO ORDERED.

3

4

Date:  May 21, 2021

                            EDWARD M. CHEN
                            United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28