| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>AVI WEITZMAN, *pro hac vice*<br>aweitzman@gibsondunn.com<br>LEE R. CRAIN, *pro hac vice*<br>LIESEL SCHAPIRA, *pro hac vice*<br>KAYLIE SPRINGER, *pro hac vice*<br>200 Park Avenue<br>New York, NY  10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>JILLIAN LONDON, SBN 319924<br>JLondon@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: (415) 393-8200<br>Facsimile: (415) 374-8306<br><br>*Attorneys for Plaintiffs Bryan Muehlberger,<br>Frank Blackwell, and Giffords Law Center to<br>Prevent Gun Violence* | ROB BONTA<br>Attorney General of California<br>THOMAS S. PATTERSON<br>Senior Assistant Attorney General<br>MARK R. BECKINGTON<br>Supervising Deputy Attorney General<br>R. MATTHEW WISE, SBN 238485<br>Matthew.Wise@doj.ca.gov<br>Deputy Attorney General<br><br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone:  (916) 210-6046<br>Facsimile:  (916) 324-8835<br><br>*Attorneys for Plaintiff State of California, by<br>and through Attorney General Rob Bonta* |

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES et al.,<br><br>        Defendants. | CIVIL CASE NO.:  3:20-CV-06761-EMC<br><br>**STIPULATION; [PROPOSED] ORDER** |

Additional Counsel

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE
HANNAH SHEARER, SBN 292710
268 Bush St. # 555
San Francisco, CA 94104
Telephone: (415) 433-2062
Facsimile: (415) 433-3357

J. ADAM SKAGGS, *pro hac vice*
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence*

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

BRADLEY CRAIGMYLE
(IL Bar No. 6326760)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-8101
FAX: (202) 616-8460
Bradley.T.Craigmyle@usdoj.gov

*Counsel for Defendants*

**STIPULATION**

Subject to the Court's approval, Plaintiffs and Defendants stipulate as follows:

1. On May 21, 2021, the Court granted the parties' joint stipulation to stay this case until the Bureau of Alcohol, Tobacco, Firearms, and Explosives issues a final rule based on its recent Notice of Proposed Rulemaking, Definition of "Frame or Receiver" and Identification of Firearms, 86 Fed. Reg. 27720 (proposed May 21, 2021) (to be codified at 27 C.F.R. pts. 447, 478, and 479). *See* Order, ECF No. 88.

2. Five days later, the Court scheduled a status conference "with Plaintiffs, Defendants, and all applicants in intervention" for September 9, 2021. *See* Order, ECF No. 89.

3. Defendants' counsel will be away from the office without access to internet on September 9, 2021.

4. Thus, the parties respectfully request that the Court reschedule the status conference for September 16, 2021. Alternatively, the parties respectfully request that the Court reschedule the status conference during the week of September 20, 2021.[1]

IT IS SO STIPULATED.

Dated: June 3, 2021                   /s  Avi Weitzman

GIBSON, DUNN & CRUTCHER LLP
AVI WEITZMAN, *pro hac vice*
aweitzman@gibsondunn.com
LEE R. CRAIN, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
KAYLIE SPRINGER, *pro hac vice*
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

JILLIAN LONDON, SBN 319924
JLondon@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

---

[1] Counsel for Defendants conferred with counsel for the Applicants in Intervention, and the Applicants consent to the parties' request to reschedule the status conference.

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
HANNAH SHEARER, SBN 292710
268 Bush St. # 555
San Francisco, CA 94104
Telephone: (415) 433-2062
Facsimile: (415) 433-3357

J. ADAM SKAGGS, *pro hac vice*
DAVID M. PUCINO, *pro hac vice forthcoming*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, Giffords Law Center to Prevent Violence*

Dated: June 3, 2021         /s  R. Matthew Wise

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
MARK R. BECKINGTON
Supervising Deputy Attorney General
R. MATTHEW WISE, SBN 238485
Matthew.Wise@doj.ca.gov
Deputy Attorney General

1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-6046
Facsimile:  (916) 324-8835

*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta*

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

Dated: June 3, 2021         /s/ Bradley Craigmyle
BRADLEY CRAIGMYLE
(IL Bar No. 6326760)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-8101
FAX: (202) 616-8460
Bradley.T.Craigmyle@usdoj.gov

*Counsel for Defendants*

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

_____
EDWARD M. CHEN
United States District Judge