**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
Northern District of California

**CIVIL MINUTES**

**Date:** October 7, 2021    **Time:** 10:51-11:05 =    **Judge:** EDWARD M. CHEN
                             14 Minutes

**Case No.**: 20-cv-06761-EMC    **Case Name:** State of California v. Bureau of Alcohol, Tobacco, Firearms, and Explosives

**Attorneys for Plaintiff:** Lee Crain, Liesel Schapira, Matthew Wise
**Attorneys for Defendants:** Bradley Craignyle, John Olsen, Cody Wisniewski, George Lee, Mark Arabie

**Deputy Clerk:** Angella Meuleman    **Court Reporter:** Ana Dub

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Status Conference held.

**SUMMARY**

Parties stated appearances.

ATF Regulation: Comment period closed 8/19/2021.  Preliminary comment count of 9/24/2021 was over 250K.  Final rule from agency is next step and is to be issued.  Timeline for final rule to issue is unknown.  Due to number of comments, it would not be uncommon for final rule to issue toward the end of the months-long period.

Intervenor counsel continues to request that Court grant the motions to intervene; plaintiff opposed.  Court **ruled** proposed Intervenors may continue to participate in status conferences as amici.  Motions to Intervene remain pending until Final Rule is issued.  Parties agreed that case should remain stayed.

**Further Status Conference set for April 5, 2022 at 2:30PM and will be conducted by Zoom Webinar.  Joint Status Report due March 29, 2022.  If Final Rule is issued prior to next conference, Court will advance hearing.**