| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>AVI WEITZMAN, *pro hac vice*<br>aweitzman@gibsondunn.com<br>LEE R. CRAIN, *pro hac vice*<br>LIESEL SCHAPIRA, *pro hac vice*<br>KAYLIE SPRINGER, *pro hac vice*<br>200 Park Avenue<br>New York, NY  10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>JILLIAN LONDON, SBN 319924<br>JLondon@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: (415) 393-8200<br>Facsimile: (415) 374-8306<br><br>*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence* | ROB BONTA<br>Attorney General of California<br>THOMAS S. PATTERSON<br>Senior Assistant Attorney General<br>R. MATTHEW WISE, SBN 238485<br>Supervising Deputy Attorney General<br>S. CLINTON WOODS<br>Deputy Attorney General<br><br>Matthew.Wise@doj.ca.gov<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone:  (916) 210-6046<br>Facsimile:  (916) 324-8835<br><br>*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta* |

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES et al.,<br><br>　　　　　Defendants. | CIVIL CASE NO.:  3:20-CV-06761-EMC<br><br>**NOTICE OF CHANGE IN COUNSEL** |

1 | Additional Counsel

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence*

# NOTICE OF CHANGE IN COUNSEL

TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 5-1(c)(2)(c), J. Adam Skaggs hereby withdraws as counsel for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence in the above-captioned action.  David M. Pucino of Giffords Law Center to Prevent Gun Violence and Gibson, Dunn & Crutcher LLP will continue to serve as counsel of record for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence.

*Dated:* March 28, 2022            /s/  J. Adam Skaggs

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, Giffords Law Center to Prevent Violence*