| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | ROB BONTA |
| AVI WEITZMAN, *pro hac vice* | Attorney General of California |
| aweitzman@gibsondunn.com | THOMAS S. PATTERSON |
| LEE R. CRAIN, *pro hac vice* | Senior Assistant Attorney General |
| LIESEL SCHAPIRA, *pro hac vice* | R. MATTHEW WISE, SBN 238485 |
| KAYLIE SPRINGER, *pro hac vice* | Supervising Deputy Attorney General |
| 200 Park Avenue | S. CLINTON WOODS |
| New York, NY 10166-0193 | Deputy Attorney General |
| Telephone: (212) 351-4000 | |
| Facsimile: (212) 351-4035 | Matthew.Wise@doj.ca.gov |
| JILLIAN LONDON, SBN 319924 | 1300 I Street, Suite 125 |
| JLondon@gibsondunn.com | P.O. Box 944255 |
| 333 South Grand Avenue | Sacramento, CA 94244-2550 |
| Los Angeles, CA 90071 | Telephone: (916) 210-6046 |
| Telephone: (213) 229-7671 | Facsimile: (916) 324-8835 |
| Facsimile: (213) 229-6671 | |

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence*

*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta*

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,<br><br>Defendants. | CIVIL CASE NO.: 3:20-CV-06761-EMC<br><br>**JOINT STATUS REPORT**<br><br>Action Filed: September 29, 2020<br><br>Status Conference: April 5, 2022 at 2:30 p.m.<br><br>Hon. Edward M. Chen |

Additional Counsel

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
J. ADAM SKAGGS, *pro hac vice*
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger,
Frank Blackwell, and Giffords Law Center to
Prevent Gun Violence*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
LESLEY FARBY
Assistant Branch Director
Federal Programs Branch, Civil Division
MARTIN M. TOMLINSON
DANIEL RIESS
Senior Trial Counsel (SC Bar No. 76014)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, N.W., Washington, D.C. 20005
Telephone: (202) 353-4556
Email:  martin.m.tomlinson@usdoj.gov

*Counsel for Defendants*

Pursuant to this Court's October 7, 2021 Order directing the filing of a joint status report (ECF No. 94), Plaintiffs the State of California, Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Gun Prevent Violence, and Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), Marvin G. Richardson, Daniel Hoffman, United States Department of Justice, and Merrick B. Garland (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following:

The Parties respectfully request that the Court grant a 30-day continuance of the case management conference currently scheduled for April 5, 2022, at 2:30 p.m. The Parties propose that the Court schedule a case management conference on or after May 5, 2022, with a further joint status report due to the Court one week prior thereto. The Parties believe that a 30-day continuance is appropriate for the following reasons.

As the Court is aware, on May 7, 2021, ATF issued a notice of proposed rulemaking titled "Definition of 'Frame or Receiver' and Identification of Firearms." *See* Definition of "Frame or Receiver" and Identification of Firearms (proposed May 7, 2021) (to be codified at 27 C.F.R. pts. 478 and 479) ("Proposed Rule"). The Proposed Rule would result in the clarification of regulatory definitions of "firearm frame or receiver" and "frame or receiver," as well as the definitions of "firearm" and "gunsmith."

The notice and comment period with respect to the Proposed Rule ended on August 19, 2021. As Defendants reported to the Court at the October 7, 2021 conference, ATF received nearly 250,000 comments in response to the Proposed Rule. The Parties met and conferred on March 24, 2022, at which time counsel for Defendants reported that ATF has been working diligently to consider the comments and incorporate them as appropriate into a Final Rule. ATF anticipates that the Final Rule will be published no later than June 2022.

Because the Final Rule would alter the regulatory definitions at issue in this litigation, and because the Final Rule is expected to be published by ATF by June 2022, the Parties propose a 30-day continuance of the case management conference currently scheduled for April 5, 2022, at 2:30 p.m., with a further joint status report due to the Court one week prior thereto. The Parties believe this

modest continuance is appropriate and will help ensure efficiency and judicial economy. The Parties further set forth their respective positions below:

**Plaintiffs' Position:** Plaintiffs agree that a 30-day continuance of the case management conference is appropriate at this time, and look forward to reviewing the Final Rule as soon as it is published. Ghost guns continue to proliferate throughout the United States, and remain the weapon of choice for criminals and others who would otherwise be prohibited from possessing firearms under federal law. That is especially true in California, where ghost guns now account for 25 to 50 percent of firearms recovered at crime scenes.[1] Plaintiffs understand that ATF received a large number of comments in response to the Proposed Rule, but are hopeful that the Final Rule will be published within the next 30 days and no later than June 2022.

**Defendants' Position:** Given that the Proposed Rule would alter regulatory definitions at issue in this case, any Final Rule is likely to affect—and will possibly narrow or moot—the issues in this case. Consequently, for the reasons stated above, Defendants agree with Plaintiffs that continuing the upcoming status conference for 30 days would serve the interests of judicial economy and conserve the resources of the Parties.

Consistent with the Parties' positions in this joint status report, the Parties respectfully request an order from the Court continuing the April 5, 2022 case management conference for 30 days, or for another period as the Court deems appropriate.

*Dated*: March 29, 2022                    /s/      Avi Weitzman

GIBSON, DUNN & CRUTCHER LLP
AVI WEITZMAN, *pro hac vice*
aweitzman@gibsondunn.com
LEE R. CRAIN, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
KAYLIE SPRINGER, *pro hac vice*
200 Park Avenue

---

[1] *See* Glenn Thrush, *'Ghost Guns': Firearm Kits Bought Online Fuel Epidemic of Violence*, N.Y. TIMES (published Nov. 14, 2021; updated Jan. 26, 2022), available at https://www.nytimes.com/2021/11/14/us/ghost-guns-homemade-firearms.html.

New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

JILLIAN LONDON, SBN 319924
JLondon@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7671
Facsimile: (213) 229-6671

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
J. ADAM SKAGGS, *pro hac vice*
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, Giffords Law Center to Prevent Violence*

*Dated:* March 29, 2022    /s/   R. Matthew Wise

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
R. MATTHEW WISE, SBN 238485
Supervising Deputy Attorney General
S. CLINTON WOODS
Deputy Attorney General

Matthew.Wise@doj.ca.gov
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-6046
Facsimile:  (916) 324-8835

*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta*

Dated: March 29, 2022    BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

5
JOINT STATUS REPORT – CASE NO. 3:20-CV-06761-EMC

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch, Civil Division

 */s/ Martin M. Tomlinson*
MARTIN M. TOMLINSON
DANIEL RIESS
Senior Trial Counsel (SC Bar No. 76014)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, N.W., Washington, D.C. 20005
Telephone: (202) 353-4556
Email:  martin.m.tomlinson@usdoj.gov

*Attorneys for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.


*Dated*: March 29, 2022                                    /s/     *Avi Weitzman*
                                                                        Avi Weitzman