| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | ROB BONTA |
| AVI WEITZMAN, *pro hac vice* | Attorney General of California |
| aweitzman@gibsondunn.com | THOMAS S. PATTERSON |
| LEE R. CRAIN, *pro hac vice* | Senior Assistant Attorney General |
| LIESEL SCHAPIRA, *pro hac vice* | R. MATTHEW WISE, SBN 238485 |
| 200 Park Avenue | Supervising Deputy Attorney General |
| New York, NY 10166-0193 | S. CLINTON WOODS |
| Telephone: (212) 351-4000 | Deputy Attorney General |
| Facsimile: (212) 351-4035 | |
| JILLIAN LONDON, SBN 319924 | Matthew.Wise@doj.ca.gov |
| JLondon@gibsondunn.com | 1300 I Street, Suite 125 |
| 333 South Grand Avenue | P.O. Box 944255 |
| Los Angeles, CA 90071 | Sacramento, CA 94244-2550 |
| Telephone: (213) 229-7671 | Telephone: (916) 210-6046 |
| Facsimile: (213) 229-6671 | Facsimile: (916) 324-8835 |
| | |
| *Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence* | *Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta* |

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | CIVIL CASE NO.: 3:20-CV-06761-EMC |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT** |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., | Action Filed: September 29, 2020 |
| Defendants. | Status Conference: May 17, 2022 at 2:30 p.m. |
| | Hon. Edward M. Chen |

Additional Counsel

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
LESLEY FARBY
Assistant Branch Director
Federal Programs Branch, Civil Division
MARTIN M. TOMLINSON
DANIEL RIESS
Senior Trial Counsel (SC Bar No. 76014)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, N.W., Washington, D.C. 20005
Telephone: (202) 353-4556
Email:  martin.m.tomlinson@usdoj.gov

*Counsel for Defendants*

1    Pursuant to this Court's March 30, 2022 Order directing the filing of a joint status report (ECF No. 104), Plaintiffs the State of California, Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Gun Prevent Violence, and Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), Marvin G. Richardson, Daniel Hoffman, United States Department of Justice, and Merrick B. Garland (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following:

The Parties respectfully request that the Court either stay the case, and grant a continuance of the case management conference currently scheduled for May 17, 2022 at 2:30 p.m., or administratively close the case without prejudice to reopening it. The Parties believe that a stay or administrative closure is appropriate for the following reasons:

As the Court is aware, this case concerns ATF's interpretations of the regulatory terms "firearm" and "frame or receiver" in ATF classification or determination letters and enforcement guidance posted to ATF's website. Specifically, Plaintiffs' Complaint alleged that ATF's interpretations were arbitrary and capricious in violation of the Administrative Procedure Act.

On April 11, 2022, ATF issued a final rule titled "Definition of 'Frame or Receiver' and Identification of Firearms." The Final Rule was published in the Federal Register on April 26, 2022. *See* Definition of "Frame or Receiver" and Identification of Firearms, 87 Fed. Reg. 24652, codified at 27 C.F.R. pts. 447, 478 and 479 ("Final Rule"). The Final Rule removes and replaces the regulatory definitions of "firearm frame or receiver" and "frame or receiver" and amends ATF's definitions of "firearm" and "gunsmith." The Final Rule also provides that "[p]rior determinations by the Director that a partially complete, disassembled, or nonfunctional frame or receiver, including a parts kit, was not, or did not include, a 'firearm frame or receiver'" as defined prior to the final rule being published, "shall not continue to be valid or authoritative." 27 C.F.R. § 478.12(f)(2).

The Final Rule does not go into effect until August 24, 2022—120 days after it was published in the Federal Register. Because the Final Rule does not go into effect until August 24, 2022, the Parties propose that the Court either (a) stay the case and continue the case management conference currently scheduled for May 17, 2022 until after the effective date of the Final Rule; or (b) grant an administrative closure of the case, without prejudice to reopening it within fourteen days after the

effective date of the Final Rule.  The Parties believe a stay or administrative closure is appropriate and will help ensure efficiency and judicial economy.  The Parties further set forth their respective positions below:

**Plaintiffs' Position:**  Plaintiffs agree to staying the case and continuing the status conference, or alternatively, an administrative closure.  Plaintiffs will be in a better position to know whether further proceedings in this matter are necessary after the effective date of the Final Rule.  Specifically, until the Final Rule goes into effect, Plaintiffs will not know how ATF will re-classify the Polymer80 products identified in their Complaint and/or how ATF will modify its online guidance.  *See* ECF No. 1 ¶¶ 71-75, 86-91.  Moreover, before making further decisions with respect to this action, Plaintiffs want to ensure that the rule does indeed take effect.

**Defendants' Position:**  While Defendants believe that ATF's issuance and publication of the Final Rule moots Plaintiffs' claims in this action, administrative closure or stay of this case until after the effective date of the Final Rule would preserve the Court's and the Parties' resources and is appropriate.

Consistent with the Parties' positions in this joint status report, the Parties respectfully request an order from the Court either staying the case and continuing the May 17, 2022 case management conference, or administratively closing the case, as the Court deems appropriate.

*Dated*: May 10, 2022                    /s/      Avi Weitzman

GIBSON, DUNN & CRUTCHER LLP
AVI WEITZMAN, *pro hac vice*
aweitzman@gibsondunn.com
LEE R. CRAIN, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

JILLIAN LONDON, SBN 319924
JLondon@gibsondunn.com
333 South Grand Avenue

Los Angeles, CA 90071
Telephone: (213) 229-7671
Facsimile: (213) 229-6671

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
J. ADAM SKAGGS, *pro hac vice*
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, Giffords Law Center to Prevent Violence*

Dated: May 10, 2022          /s/   R. Matthew Wise

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
R. MATTHEW WISE, SBN 238485
Supervising Deputy Attorney General
S. CLINTON WOODS
Deputy Attorney General

Matthew.Wise@doj.ca.gov
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-6046
Facsimile:  (916) 324-8835

*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta*

Dated: May 10, 2022          BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch, Civil Division

 /s/ Martin M. Tomlinson
MARTIN M. TOMLINSON

5
JOINT STATUS REPORT  – CASE NO. 3:20-CV-06761-EMC

DANIEL RIESS
Senior Trial Counsel (SC Bar No. 76014)
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, N.W., Washington, D.C. 20005
Telephone: (202) 353-4556
Email: martin.m.tomlinson@usdoj.gov

*Attorneys for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*Dated*: May 10, 2022                    /s/     *Avi Weitzman*
                                                 Avi Weitzman