# EXHIBIT A

   Dealer Locator   Quick Order  



# P80 80% PISTOL BLANKS (/)

Pistol Blanks

**15 PRODUCTS**

SORT & FILTER ⌄



(/-BKC-BLK)
PF940Cv1 Compact Blank - Black (/-BKC-BLK)
$119.99

ADD TO SHOPPING CART

★★★★★

☐ Add to compare



(/-BKC-FDE)
PF940Cv1 Compact Blank - FDE (/-BKC-FDE)
$119.99
★★★★★

☐ Add to compare



(/-BKC-GRY)
PF940Cv1 Compact Blank - GRY (/-BKC-GRY)
$119.99
★★★★★

☐ Add to compare



(/-BKS-BLK)
PF940v2 Full Size Blank - BLK (/-BKS-BLK)
$119.99

ADD TO SHOPPING CART

★★★★★

☐ Add to compare

Select up to 4 items to compare.    COMPARE 0 NOW



(/-BKS-FDE)
PF940v2 Full Size Blank - FDE (/-BKS-FDE)
$119.99

ADD TO SHOPPING CART

★★★★★
☐ Add to compare



(/-BKS-GRY)
PF940v2 Full Size Blank - GRY (/-BKS-GRY)
$119.99

ADD TO SHOPPING CART

★★★★★
☐ Add to compare



(/-BKSC-BLK)
PF940SC Sub Compact Blank - BLK (/-BKSC-BLK)
$119.99

ADD TO SHOPPING CART

★★★★★
☐ Add to compare

(/-BKSC-FDE)
PF940SC Sub Compact Blank - FDE (/-BKSC-FDE)
$119.99

ADD TO SHOPPING CART

★★★★★
☐ Add to compare



(/-BKSC-GRY)
PF940SC Sub Compact Blank - GRY (/-BKSC-GRY)
$119.99

ADD TO SHOPPING CART

★★★★★
☐ Add to compare



(/-BK45-BLK)
PF45 Large Frame Blank - BLK (/-BK45-BLK)
$129.99
★★★★★
☐ Add to compare



(/-BK45-FDE)
PF45 Large Frame Blank - FDE (/-BK45-FDE)
$129.99
★★★★★
☐ Add to compare



(/-BK45-GRY)
PF45 Large Frame Blank - GRY (/-BK45-GRY)
$129.99
★★★★★
☐ Add to compare

Select up to 4 items to compare.

COMPARE 0 NOW


(/-BKSS-BLK)
PF9SS Single Stack Blank - BLK (/-BKSS-BLK)
$99.99

ADD TO SHOPPING CART

☐ Add to compare


(/-BKSS-FDE)
PF9SS Single Stack Blank - FDE (/-BKSS-FDE)
$99.99

ADD TO SHOPPING CART

☐ Add to compare

(/-BKSS-GRY)
PF9SS Single Stack Blank - GRY (/-BKSS-GRY)
$99.99

ADD TO SHOPPING CART

☐ Add to compare


(/)

(https://www.facebook.com/pages/Polymer80/138959999623430)
(https://www.youtube.com/channel/UC6ZFh0ZS8668IKDwHWG7rvw/videos)
(https://www.instagram.com/polymer80inc/)
(https://www.linkedin.com/company/6454127)

Customer Support (/customer-support)
FAQs (/faqs)
Our Dealers (/our-dealers)
Blog (/blog)
About Us (/about-us)
Contact Us (/contact-us)
Terms & Conditions (/terms)
Privacy & Cookies (/privacy-cookies)

© 2022 Polymer80, Inc All rights reserved.

Select up to 4 items to compare.

COMPARE 0 NOW