# EXHIBIT B

  (/) 

# Polymer80 Product Changes in Accordance with ATF Final Rule

Written by  
Stephanie Spika Hickey (/blog/author/stephanie-spika-hickey)

Published on  
August 29th, 2022

Last week ATF final rule 2021R-05F, Definition of "Frame or Receiver" and Identification of Firearms, went into effect. Polymer80, Inc., the company that designs and develops innovative firearms and after-market accessories that provide ways for customers to participate in the build process while expressing their right to bear arms, is a direct target of this new rule. Polymer80 wholeheartedly disagrees with the ATF final rule, however, in an effort to maintain a legal business, will comply with the unconstitutional regulations.

In accordance with the new ATF final rule, Polymer80 will no longer offer their popular 80% kits in the same configuration in which customers have grown accustom. Instead, Polymer80 has released three new options for consumers interested in building their own legal firearm:

· **OPTION 1** is an unserialized 80% frame with rear rail, locking block rail system and pins. No jig or tools are included with this product.

· **OPTION 2** is a serialized frame that does include a jig, tooling, rear rail and locking block rail system. This option is the same as the prior 80% kit offered by Polymer80, but with a serialized frame.

· **OPTION 3** is the "Build Back Better" kit, which includes everything listed in option 2 plus a slide assembly. This kit contains everything you need to build a complete, serialized firearm.

Option 1, the unserialized 80% blank, is currently available for purchase at www.polymer80.com (http://www.polymer80.com). Please note that shipment is not available to all states.

For those interested in assembling without drilling, Polymer80 will continue to offer their AFT "Assemble for Thyself" kit, which includes all the necessary components to build a complete firearm, no drilling required.

Polymer80 will also continue to offer their line of complete pistols, including the popular PFC9 compact pistol and PFS9 full-size pistol, as well as parts and accessories.

---

About Polymer80: Polymer80, Inc. designs and develops innovative firearms and after-market accessories that provide ways for our customers to participate in the build process, while expressing their right to bear arms. This provides a fun learning experience and a greater sense of pride in their completed firearm, strengthening our brand loyalty. We summarize this with our motto of "Engage Your Freedom." Find out more about us at www.polymer80.com (http://www.polymer80.com).

Media Contact:

Stephanie Spika Hickey

stephanie.hickey@polymer80.com

(406) 350-2088

www.polymer80.com

Back to Top

 (/)

pages/Polymer80/138959999623430) (https://www.youtube.com/channel/UC6ZFh0ZS8668IKDwHWG7rvw/videos)  (https://www.instagram.com/polymer80inc/)  (https://www.linke

Customer Support (/customer-support)     About Us (/about-us)
How-To Manuals (/how-to-manuals)     Contact Us (/contact-us)
FAQs (/faqs)
Our Dealers (/our-dealers)
Blog (/blog)

Terms & Conditions (/terms)
Privacy & Cookies (/privacy-cookies)

© 2022 Polymer80. Inc All rights reserved.