# EXHIBIT E

```
                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
                     GALVESTON DIVISION


 DIVISION 80, LLC           §   3:22-CV-00148
                            §
 V.                         §   11:01 A.M. TO 12:20 P.M.
                            §
 MERRICK GARLAND, ET AL     §   AUGUST 9, 2022

               HEARING ON PLAINTIFF'S
           MOTION FOR PRELIMINARY INJUNCTION
          BEFORE THE HONORABLE JEFFREY V. BROWN
                   Volume 1 of 1 Volume
```

APPEARANCES:

**FOR THE PLAINTIFF:**
Mr. Cory Liu
Ashcroft Law Firm
919 Congress Avenue
Suite 1325
Austin, Texas 78701
(512) 722-6310
    and
Mr. Michael J. Sullivan
Ashcroft Law Firm, LLC
200 State Street
7th Floor
Boston, Massachusetts 02109
(617) 573-9400

**FOR THE DEFENDANTS:**
Mr. Daniel Riess
US Department of Justice - Civil Division
Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
(202) 353-3098
    and
Mr. Martin M. Tomlinson
US Department of Justice - Civil Division
Federal Programs Branch
1100 L. Street, NW  Room 12504
Washington, DC 20005
(202) 353-4556

*Laura Wells, RPR, RMR, CRR, RDR*

1 **ALSO IN ATTENDANCE:**
  Mr. Brandon Padilla (via telephone)
2 Mr. Eric Epstein
  Mr. Blake Bryan
3
  Court Reporter:
4 Laura Wells, RPR, RMR, CRR, RDR
  601 Rosenberg, Suite 615
5 Galveston, Texas 77550

6 Proceedings recorded by mechanical stenography.
  Transcript produced by computer-assisted transcription.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Laura Wells, RPR, RMR, CRR, RDR*

11:17:31

1  Third on that, plaintiff's argument, it's -- it's
2  based on the agency's cost-benefit analysis, as it
3  concedes. And as stated in a case that the plaintiff
4  itself cited, those analyses are reviewed deferentially in
5  view of the complex nature of economic analysis typical in
6  the regulation process. The burden to show error is high.
7  That's the *National Association of Home Builders* case.
8      And very last on that point, Your Honor, it's -- the
9  difficulty is, I mean, the plaintiff is saying the harm

11:17:47

10 caused by others, in effect, is irreparable harm to him.
11 But none of those others have filed suit, joined suit as a
12 plaintiff, presented evidence in this case. Nothing
13 prevented them from doing so, but they chose not to.
14     Here, I mean, it's -- yeah. It just seems odd and not

11:18:10

15 quite to the purpose that relying on third parties',
16 customer decisions to try and show this plaintiff's
17 irreparable harm. And so for all those reasons.
18         THE COURT: You say that some of these companies
19 may choose to go out of business or that's what was found.

11:18:33

20 What about the argument that Mr. Liu made that, I mean,
21 for a long, long, long time folks have been able to sell
22 these components without having a license to do it? Why
23 shouldn't they be able to count on being able to do that
24 into the future?

11:18:50

25         MR. RIESS: In some cases they will be able to,

*Laura Wells, RPR, RMR, CRR, RDR*

|   |   |
|---|---|
|  | 1   and in some cases they won't.  I think my colleague will |
|  | 2   go into it a bit more.  But, I mean, just briefly, for |
|  | 3   example, selling receiver blanks, you can continue to do |
|  | 4   that without a -- without license.  That's not going to be |
| 11:19:09 | 5   a problem. |
|  | 6       What is going to be necessary for a license are parts |
|  | 7   that are clearly identifiable as the final part, like a |
|  | 8   receiver, and that are readily completed to be so, in some |
|  | 9   cases as short as an hour.  And so for that reason, we |
| 11:19:26 | 10  acknowledge that; but, I mean, the public-safety reason |
|  | 11  does take precedent over that. |
|  | 12      And we think the burden is relatively minimal.  It's |
|  | 13  to do background checks and keep records in case these |
|  | 14  guns are found in a crime scene. |
| 11:19:47 | 15         THE COURT:  And maybe this is something that your |
|  | 16  co-counsel is going to argue; but, you know, receiver |
|  | 17  blanks, you are still going to be able to -- you are still |
|  | 18  going to be able to sell receiver blanks without a |
|  | 19  license; but these other parts that are closer to |
| 11:20:01 | 20  completion, you are not going to be able to sell. |
|  | 21      Aren't you walking right into the plaintiff's |
|  | 22  vagueness and arbitrariness? |
|  | 23         MR. RIESS:  I don't think so, Your Honor.  I am |
|  | 24  happy to discuss the vagueness point, if Your Honor |
| 11:20:18 | 25  wishes, at this juncture. |

*Laura Wells, RPR, RMR, CRR, RDR*