| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>SCOTT A. EDELMAN (SBN 116927)<br>sedelman@gibsondunn.com<br>2029 Century Park East<br>Los Angeles, CA  90067-3026<br>Telephone: (310) 552-8500<br>Facsimile: (310) 551-8741<br><br>LEE R. CRAIN, *pro hac vice*<br>LIESEL SCHAPIRA, *pro hac vice*<br>200 Park Avenue<br>New York, NY  10166-0193<br>Telephone: (212) 351-4000<br><br>PAUL HASTINGS LLP<br>Avi Weitzman, *pro hac vice*<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br><br>*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence* | ROB BONTA<br>Attorney General of California<br>THOMAS S. PATTERSON<br>Senior Assistant Attorney General<br>R. MATTHEW WISE, SBN 238485<br>Supervising Deputy Attorney General<br>S. CLINTON WOODS<br>Deputy Attorney General<br>Clint.Woods@doj.ca.gov<br>455 Golden Gate Ave,<br>Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone:  (415) 510-3807<br>Facsimile:  (415) 703-5843<br><br>*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta* |

[*Additional Counsel Listed on Next Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES et al.,<br><br>    Defendants. | CIVIL CASE NO.:  3:20-CV-06761-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER**<br><br>Action Filed:  September 29, 2020<br><br>Hon. Edward M. Chen |

Additional Counsel

GIBSON, DUNN & CRUTCHER LLP
JILLIAN LONDON, SBN 319924
jlondon@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  (213) 229-7671

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
DAVID M. PUCINO, *pro hac vice*
244 Madison Ave Ste 147
New York, NY 10016
Telephone: (917)524-7816

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Prevent Gun Violence*

Pursuant to Civil Local Rule 6-2 and this Court's direction at the September 20, 2022 Status Conference, the State of California, Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Gun Prevent Violence ("Plaintiffs"); Bureau of Alcohol, Tobacco, Firearms and Explosives, Steven Dettelbach, Daniel Hoffman, United States Department of Justice, and Merrick Garland, ("Defendants") (collectively, the "Parties"); and Zachary Fort, Frederick Barton, BlackHawk Manufacturing Group, Inc., d/b/a 80% Arms, and Firearms Policy Coalition, Inc. ("BlackHawk Applicants"); and Polymer80, Inc. ("Polymer80 Applicant") (collectively, the "Applicants in Intervention") by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on September 29, 2020, Plaintiffs filed a Complaint alleging that Defendants' interpretations of the regulatory terms "firearm" and "frame or receiver" were contrary to provisions of the Gun Control Act (18 U.S.C. § 921(a)(3)), and arbitrary and capricious in violation of the Administrative Procedure Act (ECF No. 1);

WHEREAS, on April 11, 2022, ATF issued a final rule titled "Definition of 'Frame or Receiver' and Identification of Firearms," which was published in the Federal Register on April 26, 2022; *see* Definition of "Frame or Receiver" and Identification of Firearms, 87 Fed. Reg. 24652, codified at 27 C.F.R. pts. 447, 478 and 479 ("Final Rule" or "Rule");

WHEREAS, this case was stayed until after the effective date of the Final Rule. (ECF No. 88);

WHEREAS, the Final Rule took effect on August 24, 2022;

WHEREAS, at the September 20, 2022 Status Conference this Court directed Plaintiffs to file an Amended Complaint (2022.09.20 Hearing Tr. at 17:6-13) and asked the Parties to "meet and confer and submit to me a briefing schedule that takes into account possible amicus filing shortly after the Government files its response and then gives the Plaintiff [] some time to respond" providing for at least "two weeks . . . from the last brief to the hearing" (*Id.* at 26:5-14), and agreed that the Applicants in Intervention should be "included in that scheduling order" (*Id.* at 26:23-27:1);

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, and subject to the approval of the Court, the Parties and the Applicants in Intervention hereby stipulate and request, through their undersigned counsel, that the Court enter the following briefing schedule:

- Plaintiffs shall file their Amended Complaint on or before October 20, 2022;

- Defendants shall file their Motion to Dismiss, if any, on or before November 18, 2022;
- Applicants in Intervention shall each file an Amicus Brief, if any, of no more than 12 pages, on or before December 2, 2022;
- Plaintiffs shall file their opposition to the Motion to Dismiss, on or before December 21, 2022;
    - Plaintiffs' opposition can exceed the mandated 25 pages of text (Civil Local Rule 7-3) by 10 additional pages in order to respond to any Amicus Briefs filed by the Applicants In Intervention;
- Defendants shall file their reply to the Motion to Dismiss, on or before January 12, 2023;
- The Hearing on the Motion to Dismiss shall be heard at 1:30 PM on January 26, 2023 or thereafter, depending on the Court's availability.

*Dated*: October 4, 2022

/s/  Scott A. Edelman
GIBSON, DUNN & CRUTCHER LLP
SCOTT A. EDELMAN
sedelman@gibsondunn.com
LEE R. CRAIN, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

JILLIAN LONDON, SBN 319924
JLondon@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7671
Facsimile: (213) 229-6671

PAUL HASTINGS LLP
Avi Weitzman, *pro hac vice*
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90

2
STIPULATED BRIEFING SCHEDULE - CASE NO. 3:20-CV-06761-EMC

|   |   |
|---|---|
|   | New York, NY 10018<br>Telephone: (917) 680-3473 |
|   | *Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, Giffords Law Center to Prevent Violence* |
| *Dated*: October 4, 2022 | /s/  S. Clinton Woods<br>ROB BONTA<br>Attorney General of California<br>THOMAS S. PATTERSON<br>Senior Assistant Attorney General<br>R. MATTHEW WISE, SBN 238485<br>Supervising Deputy Attorney General<br>S. CLINTON WOODS<br>Deputy Attorney General<br><br>Clint.Woods@doj.ca.gov<br>455 Golden Gate Ave,<br>Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone:  (415) 510-3807<br>Facsimile:  (415) 703-5843<br><br>*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta* |
| *Dated*: October 4, 2022 | /s/  Daniel Riess<br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division<br>LESLEY FARBY<br>Assistant Branch Director<br>Federal Programs Branch, Civil Division<br><br>MARTIN M. TOMLINSON<br>DANIEL RIESS<br>Senior Trial Counsel (SC Bar No. 76014)<br>Civil Division, Federal Programs Branch<br>United States Department of Justice<br>1100 L Street, N.W., Washington, D.C. 20005<br>Telephone: (202) 353-4556<br>Email:  martin.m.tomlinson@usdoj.gov<br><br>*Attorneys for Defendants* |

| | | |
|---|---|---|
| 1 | *Dated*: October 4, 2022 | /s/ _Cody James Wisniewski_ |
| 2 | | GEORGE M. LEE |
| | | Seiler Epstein LLP |
| 3 | | 275 Battery Street, Suite 1600 |
| | | San Francisco, CA 94111 |
| 4 | | 415-979-0500 |
| 5 | | ml@seilerepstein.com |
| 6 | | CODY JAMES WISNIEWSKI |
| | | Firearms Policy Coalition |
| 7 | | 5550 Painted Mirage Road, Suite 320 |
| | | Las Vegas, NV 89149 |
| 8 | | Tel: 916-378-5785 |
| | | Fax: 916-476-2392 |
| 9 | | cwi@fpchq.org |
| 10 | | ERIN M ERHARDT |
| 11 | | Mountain States Legal Foundation |
| | | 2596 South Lewis Way |
| 12 | | Lakewood, CO 80227 |
| | | 303-292-2021 |
| 13 | | eerhardt@mslegal.org |
| 14 | | *Attorneys for Zachary Fort, Frederick Barton,* |
| 15 | | *BlackHawk Manufacturing Group, Inc., d/b/a 80%* |
| | | *Arms, and Firearms Policy Coalition, Inc.* |
| 16 | | |
| 17 | *Dated*: October 4, 2022 | /s/ Germain Labat |
| | | GERMAIN LABAT |
| 18 | | 1875 Century Park East, Ste 1900 |
| | | Los Angeles, CA 90067 |
| 19 | | 323-880-4520 |
| | | Email: germain.labat@gmlaw.com |
| 20 | | |
| 21 | | JAMES J. MCGUIRE |
| | | MARK BERUBE |
| 22 | | Barton LLP |
| | | 711 Third Avenue, 14th Floor |
| 23 | | New York, NY 10017 |
| | | Tel: (212) 687-6262 |
| 24 | | Fax: (212) 687-3667 |
| 25 | | Email: jmcguire@bartonesq.com |
| 26 | | *Attorneys for Polymer80, Inc.* |

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*Dated*: October 4, 2022                           */s/ Scott A. Edelman*
                                                                    Scott A. Edelman

**[PROPOSED] ORDER**

Having considered the Parties' Stipulation, and good cause appearing, the Court hereby GRANTS the Parties' stipulation.  IT IS HEREBY ORDERED that:

- Plaintiffs shall file their Amended Complaint on or before **October 20, 2022**;
- Defendants shall file their Motion to Dismiss, if any, on or before **November 18, 2022**;
- Applicants in Intervention shall each file an Amicus Brief, if any, of no more than 12 pages, on or before **December 2, 2022;**
- Plaintiffs shall file their opposition to the Motion to Dismiss, on or before **December 21, 2022**;
    - Plaintiffs' opposition can exceed the mandated 25 pages of text (Civil Local Rule 7-3) by 10 additional pages in order to respond to any Amicus Briefs filed by the Applicants In Intervention;
- Defendants shall file their reply to the Motion to Dismiss, on or before **January 12, 2023**;
- The Hearing on the Motion to Dismiss shall be heard at **1:30 PM on January 26, 2023** or thereafter, depending on the Court's availability.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____, 2022     _____
                                  Honorable Edward M. Chen
                                  United States District Court Judge