BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

MARTIN M. TOMLINSON (South Carolina Bar No. 76014)
DANIEL RIESS (Texas Bar No. 24037359)
TAISA M. GOODNATURE (New York Bar No. 5859137)
JEREMY S.B. NEWMAN (Massachusetts Bar No. 688968)
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, N.W.
Washington, D.C., 20005
Telephone: (202) 353-3098
Email: Daniel.Riess@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES et al., <br><br> Defendants. | Case No. 3:20-cv-06761-EMC <br><br> **STIPULATION FOR FIVE-PAGE EXTENSION OF PAGE LIMITS APPLICABLE TO DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' OPPOSITION AND [PROPOSED] ORDER** |

Pursuant to Local Civil Rule 7-12 and subject to the Court's approval, the State of California, Bryan Muehlberger, Frank Blackwell, and Giffords Law Center to Gun Prevent Violence ("Plaintiffs"); Bureau of Alcohol, Tobacco, Firearms and Explosives, Steven Dettelbach, Daniel Hoffman, United States Department of Justice, and Merrick Garland, ("Defendants") (collectively,

1  the "Parties"); and Zachary Fort, Frederick Barton, BlackHawk Manufacturing Group, Inc., d/b/a
2  80% Arms, and Firearms Policy Coalition, Inc. ("BlackHawk Applicants"); and Polymer80, Inc.
3  ("Polymer80 Applicant") (collectively, the "Applicants in Intervention") by and through their
4  respective counsel of record, hereby stipulate and agree that the page limitations for briefing on
5  Defendants' forthcoming motion to dismiss be extended to 30 pages to Defendants' opening brief and
6  to 40 pages for Plaintiffs' opposition brief.[1]
7       Defendants submit that good cause exists for this request in light of the number of issues raised
8  in Plaintiffs' Amended Complaint (ECF No. 122).  The Amended Complaint is 75 pages long (or well
9  over 200 pages long including the many exhibits) and both brings all the same claims as the original
10 Complaint and also adds new allegations challenging a significant Rule recently promulgated by ATF.
11 To adequately brief the pertinent issues, Defendants believe the parties will accordingly benefit from a
12 modest enlargement of the page limitations applicable to their opening and opposition briefs.  While
13 Plaintiffs dispute that any increased page limit is necessary under these circumstances, Plaintiffs have
14 agreed to consent to Defendants' request for 5 additional pages so long as Plaintiffs receive a parallel
15 extension.
16       IT IS SO STIPULATED.
17       DATED: November 15, 2022         Respectfully submitted,
18                                        /s/ Scott A. Edelman
19
20                                        GIBSON, DUNN & CRUTCHER LLP
                                          SCOTT A. EDELMAN
21                                        sedelman@gibsondunn.com
                                          LEE R. CRAIN, *pro hac vice*
22                                        LIESEL SCHAPIRA, *pro hac vice*
                                          200 Park Avenue
23                                        New York, NY  10166-0193
                                          Telephone: (212) 351-4000
24                                        Facsimile: (212) 351-4035
25                                        JILLIAN LONDON, SBN 319924
26                                        JLondon@gibsondunn.com
                                          333 South Grand Avenue
27
28 [1] The Court previously granted Plaintiffs leave to file an opposition brief not to exceed 35 pages in
   order to respond to any amicus briefs filed by the Applicants in Intervention.  *See* ECF No. 120, at 2.

|   |   |
|---|---|
| 1 | Los Angeles, CA 90071 |
| 2 | Telephone: (213) 229-7671 |
|   | Facsimile: (213) 229-6671 |
| 3 |   |
|   | PAUL HASTINGS LLP |
| 4 | Avi Weitzman, *pro hac vice* |
|   | 200 Park Avenue |
| 5 | New York, NY 10166 |
|   | Telephone: (212) 318-6000 |
| 6 | GIFFORDS LAW CENTER TO |
| 7 | PREVENT GUN VIOLENCE |
|   | DAVID M. PUCINO, *pro hac vice* |
| 8 | 223 West 38th St. # 90 |
|   | New York, NY 10018 |
| 9 | Telephone: (917) 680-3473 |

*Attorneys for Plaintiffs Bryan Muehlberger, Frank Blackwell, Giffords Law Center to Prevent Violence*

*/s/ S. Clinton Woods*

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
R. MATTHEW WISE, SBN 238485
Supervising Deputy Attorney General
S. CLINTON WOODS
Deputy Attorney General

Clint.Woods@doj.ca.gov
455 Golden Gate Ave,
Suite 11000
San Francisco, CA 94102-7004
Telephone:  (415) 510-3807
Facsimile:  (415) 703-5843

*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta*

*/s/ Daniel Riess\**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
LESLEY FARBY
Assistant Branch Director
Federal Programs Branch, Civil Division

3

STIPULATED REQUEST TO EXTEND PAGE LIMITS AND [PROPOSED] ORDER                C-20-6761- EMC

MARTIN M. TOMLINSON
DANIEL RIESS
TAISA M. GOODNATURE
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, N.W.
Washington, D.C., 20005
Telephone: (202) 353-3098
Email: Daniel.Riess@usdoj.gov

*Attorneys for Defendants*

 */s/ Cody James Wisniewski*

GEORGE M. LEE
Seiler Epstein LLP
275 Battery Street, Suite 1600
San Francisco, CA 94111
415-979-0500
ml@seilerepstein.com

CODY JAMES WISNIEWSKI
Firearms Policy Coalition
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
Tel: 916-378-5785
Fax: 916-476-2392
cwi@fpchq.org

ERIN M ERHARDT
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227
303-292-2021
eerhardt@mslegal.org

*Attorneys for Zachary Fort, Frederick Barton, BlackHawk Manufacturing Group, Inc., d/b/a 80% Arms, and Firearms Policy Coalition, Inc.*

*/s/ Germain Labat*

GERMAIN LABAT
1875 Century Park East, Ste 1900
Los Angeles, CA 90067

4

STIPULATED REQUEST TO EXTEND PAGE LIMITS AND [PROPOSED] ORDER          C-20-6761- EMC

323-880-4520
Email: germain.labat@gmlaw.com

MARK BERUBE
Barton LLP
711 Third Avenue, 14th Floor
New York, NY 10017
Tel: (212) 687-6262
Fax: (212) 687-3667
Email: jmcguire@bartonesq.com

*Attorneys for Polymer80, Inc.*

\* In compliance with Local Civil Rule 5-1(h)(3), the filer attests that all signatories have concurred in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and with good cause shown, Defendants may submit an opening brief not to exceed 30 pages in support of their motion to dismiss, and Plaintiffs may submit an opposition brief not to exceed 40 pages.

IT IS SO ORDERED.

DATED: November ___, 2022

                                                            HON. EDWARD M. CHEN
                                                            United States District Judge