# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** January 26, 2023  **Time:** 1:35-2:35  **Judge:** EDWARD M. CHEN
 60 Minutes

**Case No.:** 20-cv-06761-EMC  **Case Name:** State of California v. Bureau of Alcohol, Tobacco, Firearms, and Explosive

**Attorneys for Plaintiffs:** Lee Crain, Liesel Schapira, Clint Woods, Matthew Wise, Scot Edelmam
**Attorneys for Defendants:** Jeremy Newman Cody Wisniewski (Intervenor), Germain Labat (Intervenor), Erin Erhardt (Intervenor)

**Deputy Clerk:** Vicky Ayala  **Digital Reporter:** Zoom Recording

## PROCEEDINGS

Motion to Dismiss/ Lack of Jurisdiction - held

## SUMMARY

Parties stated appearances.

Oral argument presented.  Matter taken under submission.  Court to issue order.