George M. Lee [Cal. SBN 172982]
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, CA 94111
Tel. (415) 979-0500
Fax (415) 979-0511
gml@seilerepstein.com

Cody Wisniewski*
**FIREARMS POLICY COALITION**
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
Tel. (916) 378-5785
Fax (916) 476-2392
cwi@fpchq.org

Erin M. Erhardt*
**MOUNTAIN STATES LEGAL FOUNDATION**
2596 South Lewis Way
Lakewood, CO 80227
Tel. (303) 292-2021
Fax (877) 349-7074
eerhardt@mslegal.org

*Admitted *Pro hac vice*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA; *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; *et al.*, <br><br> *Defendants*, <br><br> and <br><br> ZACHARY FORT; FREDERICK BARTON; BLACKHAWK MANUFACTURING GROUP, INC.; and FIREARMS POLICY COALITION, INC., <br><br> *Applicants in Intervention*. | Case Number: 3:20-cv-06761-EMC <br><br> **NOTICE OF WITHDRAWAL OF REQUEST FOR INTERVENTION** |

1
APPLICANTS' NOTICE OF WITHDRAWAL OF REQUEST FOR INTERVENTION | CASE NO. 3:20-cv-06761-EMC

1  Proposed Intervenors Zachary Fort; Frederick Barton; Blackhawk Manufacturing Group, Inc.; and Firearms Policy Coalition, Inc., hereby provide notice pursuant to Civ. Local Rule 7-7(e) of withdrawal of their Motion to Intervene, ECF No. 24. Given this withdrawal, Proposed Intervenors will not supplement their request to intervene in these proceedings. *See* ECF No. 135.

DATED this 22nd day of February 2023.

Respectfully Submitted,

Cody Wisniewski*
**FIREARMS POLICY COALITION**
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
Tel. (916) 378-5785
Fax (916) 476-2392
cwi@fpchq.org

*/s/ Erin M. Erhardt*            Erin M. Erhardt*
**MOUNTAIN STATES LEGAL FOUNDATION**
2596 South Lewis Way
Lakewood, CO 80227
Tel. (303) 292-2021
Fax (877) 349-7074
eerhardt@mslegal.org

George M. Lee [Cal. SBN 172982]
**SEILER EPSTEIN LLP**
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Tel. (415) 979-0500
Fax (415) 979-0511
gml@seilerepstein.com

*Attorneys for Applicants in Intervention*

*Admitted *Pro hac vice*

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 22, 2023, I electronically filed the foregoing with the Clerk of the Court for the Northern District of California using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                /s/ *Erin M. Erhardt*
                Erin M. Erhardt
                **MOUNTAIN STATES LEGAL FOUNDATION**