GERMAIN D. LABAT (SBN: 203907)
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (323) 880-4520
Facsimile: (954) 771-9264
Email: Germain.Labat@gmlaw.com

*Attorneys for Intervenor Polymer80, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | Case No.: 3:20-cv-06761-EMC |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE OF POLYMER80, INC.** |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al., | |
| Defendants, | |
| and | |
| POLYMER80, INC. | |
| Applicant in Intervention. | |

PLEASE TAKE NOTICE THAT, pursuant to Rule 7-7(e) of the Civil Local Rules of the United States District Court for the Northern District of California, Polymer80, Inc. hereby withdraws its Motion to Intervene, ECF No. 47. Accordingly, Polymer80, Inc. does not intend to "file a supplemental brief in support of [its] motion" per the Court's Order dated February 9, 2023. *See* ECF No. 135 at 33.

DATED: February 23, 2023.

Respectfully,

GREENSPOON MARDER LLP

/s/ *Germain D. Labat*
Germain D. Labat
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (323) 880-4520

*Attorneys for Intervenor Polymer80, Inc.*

1

## **CERTIFICATE OF SERVICE**

2

      I hereby certify that on February 23, 2023, I electronically transmitted the attached document

3

to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic

4

Filing to the CM/ECF registrants on record.

5

6

                           /s/ Germain D. Labat   .
                           Germain D. Labat, Esq.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE OF POLYMER80, INC.
No. 3:20-cv-06761-EMC