1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
2
   LESLEY FARBY
3  Assistant Branch Director

4  DANIEL RIESS (Texas Bar No. 24037359)
   TAISA M. GOODNATURE (New York Bar No. 5859137)
5  JEREMY S.B. NEWMAN (Massachusetts Bar No. 688968)
   BRADLEY CRAIGMYLE (Illinois Bar No. 6326760)
6  Trial Attorneys
   United States Department of Justice
7  Civil Division
   Federal Programs Branch
8  1100 L Street NW
   Washington, DC 20005
9  Telephone: (202) 616-8101
   Facsimile: (202) 616-8460
10 Bradley.T.Craigmyle@usdoj.gov

11 *Counsel for Defendants*

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

15

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES, *et al.*, <br><br> *Defendants*. | Case No. 3:20-cv-06761-EMC <br><br> **NOTICE OF CHANGE IN COUNSEL** |

### NOTICE OF CHANGE IN COUNSEL

PLEASE TAKE NOTICE that, consistent with Local Civil Rule 5-1(c)(2)(C), Bradley Craigmyle of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby respectfully notices his withdrawal from this case. Mr. Craigmyle's employment with the United States Department of Justice will soon end. Defendants will remain represented in this case by other attorneys from the Department of Justice, including Daniel Riess, Taisa M. Goodnature, and Jeremy S.B.

NOTICE OF CHANGE IN COUNSEL                                C-20-6761- EMC

1

Newman, who have previously appeared in the case.

Dated: March 21, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Bradley Craigmyle*
BRADLEY CRAIGMYLE
DANIEL RIESS
TAISA M. GOODNATURE
JEREMY S.B. NEWMAN
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 616-8101
Facsimile: (202) 616-8460
Bradley.T.Craigmyle@usdoj.gov

*Counsel for Defendants*

NOTICE OF CHANGE IN COUNSEL                              C-20-6761- EMC

2