# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 28, 2023     **Time:** 2:41-2:54     **Judge:** EDWARD M. CHEN
                              13 Minutes

**Case No.**: 20-cv-06761-EMC     **Case Name:** State of California v. Bureau of Alcohol, Tobacco, Firearms, and Explosive

**Attorneys for Plaintiffs:** Lee Crain, Erica Payne, Clint Woods, Matthew Wise
**Attorney for Defendant:** Jeremy Newman

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Lee-Anne Shortridge

## PROCEEDINGS

Status Conference - held

## SUMMARY

Parties stated appearances.

The Court directed Defendant to file the opening brief from D and accepted the parties' stipulated briefing schedule:

1. Opening brief in support of motion for summary judgment;
2. Brief in opposition to motion for summary judgment and opening brief in support of cross-motion for summary judgment;
3. Reply brief in support of motion for summary judgment and brief in opposition to cross-motion for summary judgment; and

Parties agree that Defendants will lodge the certified administrative record fourteen days after the Court enters this case management order.  The Court ordered the parties to review the administrative record and to meet and confer regarding any disputes related to the administrative record is out before the next status conference (to be held in 7 weeks).  The Court will set a specific briefing schedule for the MSJs at the next status conference.

The Department of Justice provided the following update on related cases:

| State/Territory | Case | Status |
| --- | --- | --- |
| North Dakota | Morehouse Enterprises, LLC | The district court denied the preliminary injunction.  On appeal.  The appellate |

|  | v. ATF et al., No. 3:22-cv-00116 (D. ND) | argument in the 8th Circuit held. |
|---|---|---|
| Texas | Division 80 v. Garland et al., No. 3:22-cv-00148 (S.D. TX) | The district court denied the preliminary injunction, but there is no appeal. Briefing for summary judgement is underway to be completed in May 2023. |
| Texas | Vanderstok et al., v. Merrick Garland, No. 4:22-cv-00691 (N.D. TX) | The district court granted three preliminary injunctions in favor of gun manufacturers. Two injunctions have been appealed and fully briefed, awaiting oral argument. The third injunction has not been appealed yet. |
| Texas |  | The Court granted both a temporary restraining order and preliminary injunction. The injunction mirrors the others, and there is still time to appeal. |
| District of Columbia |  | A pro se individual litigant has filed a case; motion to dismiss pending. |

This case is the only case in which there is a challenge on regulations are being insufficiently regulatory; the other cases above challenge regulations as being too restrictive. Court discussed the possibility that differing rulings may subject the government to conflicting obligations.

CASE CONTINUED TO: **May 16, 2023, at 2:30 PM for a Status Conference.** Joint status report **due by 5/9/23.**