BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

DANIEL RIESS (Texas Bar No. 24037359)
TAISA M. GOODNATURE (New York Bar No. 5859137)
JEREMY S.B. NEWMAN (Massachusetts Bar No. 688968)
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW, Room 12504
Washington, DC 20005
Telephone: (202) 532-3114
FAX: (202) 616-8460
jeremy.s.newman@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>   Plaintiffs,<br><br>   v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES ("ATF"), *et al.*,<br><br>   Defendants. | Case No. 3:20-cv-06761-EMC<br><br>**DEFENDANTS' NOTIFICATION OF CONVENTIONAL FILING OF CERTIFIED ADMINISTRATIVE RECORD** |

1  Please take notice that Defendants have conventionally filed with the Clerk of Court a certified copy of the Administrative Record in this case, together with the Index of the Administrative Record. The Certification of the Administrative Record is attached as an exhibit hereto.  The Administrative Record has not been filed electronically because its contents are tens of thousands of pages in length. Defendants have served a true and correct copy of the certified Administrative Record to Plaintiffs at the address provided by Plaintiffs in the Joint Status Report (ECF No. 141).

| | | |
|---|---|---|
| 1 | DATED: April 18, 2023 | Respectfully submitted, |

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Jeremy S.B. Newman*
DANIEL RIESS
TAISA M. GOODNATURE
JEREMY S.B. NEWMAN
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW, Room 12504
Washington, DC 20005
Telephone: (202) 532-3114
FAX: (202) 616-8460
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Federal Defendants*