| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>SCOTT A. EDELMAN<br>sedelman@gibsondunn.com<br>2029 Century Park East<br>Los Angeles, CA 90067-3026<br>Telephone: (310) 552-8500<br>Facsimile: (310) 551-8741<br>LEE R. CRAIN, *pro hac vice*<br>ERICA PAYNE, *pro hac vice*<br>LIESEL SCHAPIRA, *pro hac vice*<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br><br>PAUL HASTINGS LLP<br>AVI WEITZMAN, *pro hac vice*<br>aviweitzman@paulhastings.com<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br><br>*Attorneys for Plaintiff Giffords Law Center to Prevent Gun Violence* | ROB BONTA<br>Attorney General of California<br>THOMAS S. PATTERSON<br>Senior Assistant Attorney General<br>R. MATTHEW WISE, SBN 238485<br>Supervising Deputy Attorney General<br>Matthew.Wise@doj.ca.gov<br>S. CLINTON WOODS, SBN 246054<br>Deputy Attorney General<br>clint.woods@doj.ca.gov<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-3807<br>Facsimile: (415) 703-5843<br><br>*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta* |

[*Additional Counsel Listed on Next Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,<br><br>        Defendants. | CIVIL CASE NO.: 3:20-CV-06761-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL COMPLETION OF THE ADMINISTRATIVE RECORD AND FOR LEAVE TO TAKE TARGETED DISCOVERY**<br><br>Hon. Edward M. Chen |

Additional Counsel

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
DAVID M. PUCINO, *pro hac vice*
dpucino@giffords.org
244 Madison Ave Ste 147
New York, NY 10016
Telephone: (917) 524-7816

*Attorneys for Plaintiff Giffords Law Center to Prevent Gun Violence*

Pursuant to Civil Local Rule 6-2, the State of California and Giffords Law Center to Prevent Gun Violence ("Plaintiffs"), Bureau of Alcohol, Tobacco, Firearms and Explosives, Steven Dettelbach, Daniel Hoffman, United States Department of Justice, and Merrick B. Garland ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the Parties attended a Status Conference on May 16, 2023;

WHEREAS, Plaintiffs stated that they anticipate moving to compel completion of the administrative record and for leave to take targeted discovery ("the Motion");

WHEREAS, the Court advised that it was available to hear the Motion on any Thursday in July 2023 and directed the Parties to confer regarding an appropriate briefing schedule for the Motion;

NOW, THEREFORE, the Parties respectfully request, pursuant to Civil Local Rule 6-2, through their undersigned counsel, that the Court enter the following schedule for the Motion, which provides the Parties adequate time to brief the relevant issues and takes into account upcoming scheduling conflicts:

- Plaintiffs shall file their opening brief on or before **June 8, 2023**;
- Defendants shall file their opposition on or before **June 22, 2023**;
- Plaintiffs shall file their reply on or before **June 29, 2023**; and
- The Hearing on the Motion shall occur on **July 13, 2023**.

*Dated*: May 19, 2023        /s/      Scott A. Edelman

GIBSON, DUNN & CRUTCHER LLP
SCOTT A. EDELMAN
sedelman@gibsondunn.com
2029 Century Park East
Los Angeles, CA  90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

LEE R. CRAIN, *pro hac vice*
ERICA PAYNE, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
200 Park Avenue
New York, NY  10166-0193

Telephone: (212) 351-4000
Facsimile: (212) 351-4035

PAUL HASTINGS LLP
AVI WEITZMAN, pro hac vice
aviweitzman@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 752-3620

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
DAVID M. PUCINO, *pro hac vice*
dpucino@giffords.org
223 West 38th St. #90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Plaintiff Giffords Law Center to Prevent Violence*

*Dated:* May 19, 2023             /s/      S. Clinton Woods

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
R. MATTHEW WISE, SBN 238485
Supervising Deputy Attorney General
Matthew.Wise@doj.ca.gov
S. CLINTON WOODS, SBN 246054
Deputy Attorney General
Clint.Woods@doj.ca.gov
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3807

*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta*

JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL COMPLETION OF THE ADMINISTRATIVE RECORD AND FOR LEAVE TO TAKE TARGETED DISCOVERY – CASE NO. 3:20-CV-06761-EMC

*Dated:* May 19, 2023                                        /s/      *Jeremy S.B. Newman*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
LESLEY FARBY
Assistant Branch Director

JEREMY S.B. NEWMAN
DANIEL RIESS
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*


## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.


*Dated*: May 19, 2023                                        /s/      *Scott A. Edelman*
                                                                     Scott A. Edelman

**[PROPOSED] ORDER**

Having considered the Parties' Stipulation, and good cause appearing, the Court hereby GRANTS the Parties' stipulation. IT IS HEREBY ORDERED that:

- Plaintiffs shall file their opening brief on or before **June 8, 2023**;
- Defendants shall file their opposition on or before **June 22, 2023**;
- Plaintiffs shall file their reply on or before **June 29, 2023**; and
- The Hearing on the Motion shall occur on **July 13, 2023**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____, 2023

_____
Honorable Edward M. Chen
United States District Court Judge