| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>SCOTT A. EDELMAN, SBN 116927<br>sedelman@gibsondunn.com<br>2029 Century Park East<br>Los Angeles, CA  90067-3026<br>Telephone: (310) 552-8500<br>Facsimile: (310) 551-8741<br><br>LEE R. CRAIN, *pro hac vice*<br>ERICA PAYNE, *pro hac vice*<br>LIESEL SCHAPIRA, *pro hac vice*<br>200 Park Avenue<br>New York, NY  10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br><br>PAUL HASTINGS LLP<br>AVI WEITZMAN, *pro hac vice*<br>aviweitzman@paulhastings.com<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: (212) 318-6000<br>Facsimile: (212) 752-3620<br><br>*Attorneys for Plaintiff Giffords Law Center to Prevent Gun Violence* | ROB BONTA<br>Attorney General of California<br>THOMAS S. PATTERSON<br>Senior Assistant Attorney General<br>R. MATTHEW WISE, SBN 238485<br>Supervising Deputy Attorney General<br>S. CLINTON WOODS, SBN 246054<br>Deputy Attorney General<br>Clint.Woods@doj.ca.gov<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone:  (415) 510-3807<br>Facsimile:  (415) 703-5843<br><br>*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta* |

[*Additional Counsel Listed on Next Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,<br><br>　　　　Defendants. | CIVIL CASE NO.:  3:20-CV-06761-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF PERMITTING PARTIES TO APPEAR VIRTUALLY FOR JULY 13 HEARING**<br><br>Action Filed:  September 29, 2020<br>Hearing: July 13, 2023 at 1:30 p.m.<br>Hon. Edward M. Chen |

Additional Counsel

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE
DAVID M. PUCINO, *pro hac vice*
244 Madison Ave Ste 147
New York, NY 10016
Telephone: (917) 524-7816

*Attorneys for Plaintiff Giffords Law Center to Prevent Gun Violence*

JOINT STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF PERMITTING PARTIES TO APPEAR VIRTUALLY FOR JULY 13 HEARING – CASE NO. 3:20-CV-06761-EMC

1  Pursuant to Civil Local Rule 7-12 and subject to the Court's approval, the State of California
2  and Giffords Law Center to Prevent Gun Violence ("Plaintiffs"), Bureau of Alcohol, Tobacco, Firearms
3  and Explosives, Steven Dettelbach, Daniel Hoffman, United States Department of Justice, and Merrick
4  B. Garland ("Defendants") (collectively, the "Parties"), by and through their respective counsel of
5  record, hereby stipulate and jointly request the Court's permission to appear virtually for the hearing
6  on Plaintiffs' Motion to Compel Completion of the Administrative Record and for Leave to Take
7  Limited Discovery (Dkt. No. 151) (the "Motion"). The hearing is currently set for July 13, 2023 at
8  1:30 p.m. in San Francisco, Courtroom 05, 17th Floor. *See* Dkt. No. 149.

9  WHEREAS, counsel for Plaintiff Giffords Law Center who intend to argue the Motion are
10 located in New York, New York and counsel for Defendants are located in Washington, D.C.;

11 WHEREAS, consistent with Federal Rule of Civil Procedure 1, the Parties seek to reduce the
12 costs attendant to litigation, including travel costs;

13 WHEREAS, the Court in this case has successfully held hearings, including on dispositive
14 motions, virtually over Zoom;

15 WHEREAS, the Parties also agree to defer to the Court's preference on in-person versus virtual
16 hearings should the Court deem it preferable and of assistance in any way to hear the Motion (or to
17 hold any future conference) in person;

18 NOW, THEREFORE, pursuant to Civil Local Rule 7-12, the Parties respectfully request,
19 through their undersigned counsel, that the Court enter the following order granting administrative
20 relief, which allows the Parties to appear and participate virtually at the July 13, 2023 hearing.

21
22  Respectfully submitted,
23 Dated: June 16, 2023  /s/ *Lee R. Crain*

24  GIBSON, DUNN & CRUTCHER LLP
25  SCOTT A. EDELMAN
    sedelman@gibsondunn.com
26  2029 Century Park East
    Los Angeles, CA  90067-3026
27  Telephone: (310) 552-8500
    Facsimile: (310) 551-8741
28

3

LEE R. CRAIN, *pro hac vice*
ERICA PAYNE, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

PAUL HASTINGS LLP
AVI WEITZMAN, *pro hac vice*
aviweitzman@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 752-3620

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Giffords Law Center to Prevent Gun Violence*

*Dated:* June 16, 2023    /s/  S. Clinton Woods

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
R. MATTHEW WISE, SBN 238485
Supervising Deputy Attorney General
S. CLINTON WOODS
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-6046
Facsimile:  (916) 324-8835

*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta*

| | |
|---|---|
| *Dated:* June 16, 2023 | /s/  *Jeremy S.B. Newman* |
| | BRIAN M. BOYNTON |
| | Principal Deputy Assistant Attorney General |
| | LESLEY FARBY |
| | Assistant Branch Director |
| | |
| | JEREMY S.B. NEWMAN |
| | DANIEL RIESS |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street, N.W. |
| | Washington, D.C. 20005 |
| | Telephone: (202) 532-3114 |
| | Email: jeremy.s.newman@usdoj.gov |
| | |
| | *Attorneys for Defendants* |

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*Dated*: June 16, 2023                    /s/  *Lee R. Crain*
                                          Lee R. Crain

**[PROPOSED] ORDER**

Having considered the Parties' Stipulation, and good cause appearing, the Court hereby GRANTS the Parties' stipulation. IT IS HEREBY ORDERED that the Parties are permitted to appear virtually for the hearing on Plaintiffs' Motion to Compel Completion of the Administrative Record and for Leave to Take Limited Discovery set for July 13, 2023 at 1:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____, 2023        _____
                                     Honorable Edward M. Chen
                                     United States District Court Judge

7

JOINT STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF PERMITTING PARTIES TO APPEAR VIRTUALLY FOR JULY 13 HEARING – CASE NO. 3:20-CV-06761-EMC