BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

DANIEL RIESS (Texas Bar No. 24037359)
TAISA M. GOODNATURE (New York Bar No. 5859137)
JEREMY S.B. NEWMAN (Massachusetts Bar No. 688968)
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW, Room 12504
Washington, DC 20005
Telephone: (202) 532-3114
FAX: (202) 616-8460
jeremy.s.newman@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br>    Plaintiffs,<br>v.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES ("ATF"), *et al.*,<br>    Defendants. | Case No. 3:20-cv-06761-EMC<br><br>**STATEMENT OF RECENT DECISIONS**<br><br>Action Filed: September 29, 2020<br>Hearing: July 13, 2023 at 1:30 p.m.<br>Hon. Edward M. Chen |

**STATEMENT OF RECENT DECISIONS**

Pursuant to Civil L.R. 7.3(d)(2), Defendants submit this Statement of Recent Decisions to inform the Court of two pertinent recent decisions. First, in an Opinion and Order dated June 30, 2023, and a Final Judgment dated July 5, 2023, the district court in *VanDerStok v. Garland*, 4:22-cv-00691-O (N.D. Tex.), held that two provisions of the Final Rule, *Definition of "Frame or Receiver" and Identification of Firearms*, 87 Fed. Reg. 24,652 (Apr. 26, 2022), were unlawful, and vacated the Final Rule.[1] In its Opinion and Order, the *VanDerStok* court granted summary judgment to plaintiffs (and their supporting intervenors) and denied summary judgment to the federal government, holding that (i) 27 C.F.R. § 478.12(c) exceeded ATF's statutory authority by defining "frame or receiver" to include certain partially complete, disassembled, or nonfunctional frames and receivers, and (ii) 27 C.F.R. § 478.11 exceeded ATF's statutory authority insofar as it defined "firearm" to include certain weapon parts kits. Ex. 1, at 23-35. The *VanDerStok* court's Final Judgment stated, among other things: "the Final Rule, Definition of 'Frame or Receiver' and Identification of Firearms, 87 Fed. Reg. 24,652 (Apr. 26, 2022) (codified at 27 C.F.R. pts. 447, 478, and 479 (2022)), is hereby **VACATED**." Ex. 2, at 1. The federal government is currently evaluating all options with respect to the *VanDerStok* Final Judgment but intends to comply with that judgment for as long as it is in effect.

Second, on July 3, 2023, the Ninth Circuit issued a published decision, holding that "deliberative materials are generally not part of the [administrative record] absent impropriety or bad faith by the agency," and "because deliberative materials are 'not part of the administrative record to begin with,' they are 'not required to be placed on a privilege log.'" *Blue Mountains Biodiversity Project v. Jeffries*, --- F.4th ---, No. 22-35857, 2023 WL 4308647, at *3 (9th Cir. July 3, 2023) (quoting *Oceana, Inc. v. Ross*, 920 F.3d 855, 865 (D.C. Cir. 2019)) (attached as Ex. 3). The court therefore held that, because the plaintiff had not asserted that the defendant federal agency had engaged in any misconduct, the agency had properly excluded deliberative materials from the administrative record and did not need to log those materials in a privilege log. *Id.* at *4.[2]

---

[1] *See VanDerStok*, Memorandum Opinion & Order on Parties' Cross-Motions for Summary Judgment & Motions to Intervene, ECF No. 227 (June 30, 2023) (attached as Ex. 1); *VanDerStok*, Final Judgment, ECF No. 231 (July 5, 2023) (attached as Ex. 2).

[2] Consistent with Civil L.R. 7.3(d)(2), Defendants are not including argument in this statement,

|   |   |
|---|---|
| DATED: July 10, 2023 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>LESLEY FARBY<br>Assistant Branch Director<br><br>*/s/ Jeremy S.B. Newman*<br>DANIEL RIESS<br>TAISA M. GOODNATURE<br>JEREMY S.B. NEWMAN<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street NW, Room 12504<br>Washington, DC 20005<br>Telephone: (202) 532-3114<br>FAX: (202) 616-8460<br>Email: jeremy.s.newman@usdoj.gov<br><br>*Attorneys for Federal Defendants* |

---

nor are they responding here to the arguments made by Plaintiffs in the statement they filed earlier today. Defendants will be prepared to provide argument at Thursday's hearing.