BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

DANIEL RIESS (Texas Bar No. 24037359)
TAISA M. GOODNATURE (New York Bar No. 5859137)
JEREMY S.B. NEWMAN (Massachusetts Bar No. 688968)
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW, Room 12504
Washington, DC 20005
Telephone: (202) 532-3114
FAX: (202) 616-8460
jeremy.s.newman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.* <br> Plaintiffs, <br> v. <br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES ("ATF"), *et al.*, <br> Defendants. | Case No. 3:20-cv-06761-EMC <br><br> **STATUS REPORT** <br><br> Action Filed: September 29, 2020 <br> Hearing: July 13, 2023 at 1:30 p.m. <br> Hon. Edward M. Chen |

**STATUS REPORT**

Defendants submit this status report to inform the Court of a recent development regarding *VanDerStok v. Garland*, 4:22-cv-00691-O (N.D. Tex.). Earlier today, on July 13, 2023, the defendants in *VanDerStok* (Merrick Garland, in his official capacity as Attorney General of the United States; Steven Dettelbach, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); the United States Department of Justice; and ATF) filed a notice of appeal to the United States Court of Appeals for the Fifth Circuit of the *VanDerStok* court's Memorandum Opinion and Order on the Parties' Cross-Motions for Summary Judgment and Motions to Intervene [ECF No. 227] and Final Judgment [ECF No. 231]. That notice of appeal is attached to this status report as Exhibit 1.

DATED: July 13, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Jeremy S.B. Newman*
DANIEL RIESS
TAISA M. GOODNATURE
JEREMY S.B. NEWMAN
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW, Room 12504
Washington, DC 20005
Telephone: (202) 532-3114
FAX: (202) 616-8460
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*