# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*, <br><br> Defendants. | Case No. 4:22-cv-00691-O |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants Merrick Garland, in his official capacity as Attorney General of the United States; Steven Dettelbach, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); the United States Department of Justice; and ATF hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Memorandum Opinion and Order on the Parties' Cross-Motions for Summary Judgment and Motions to Intervene [ECF No. 227] and Final Judgment [ECF No. 231].

DATED: July 13, 2023                             Respectfully submitted,

                                                                                       BRIAN M. BOYNTON
                                                                                       Principal Deputy Assistant Attorney General

                                                                                       ALEXANDER K. HAAS
                                                                                       Director, Federal Programs Branch

                                                                                       LESLEY FARBY
                                                                                       Assistant Director, Federal Programs Branch

                                                                                      */s/ Daniel Riess*
                                                                                       DANIEL RIESS
                                                                                       TAISA M. GOODNATURE
                                                                                      JEREMY S.B. NEWMAN

>Trial Attorneys
>Civil Division, Federal Programs Branch
>U.S. Department of Justice
>1100 L Street, NW
>Washington, DC 20005
>Phone: (202) 353-3098
>Email: Daniel.Riess@usdoj.gov
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On July 13, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

>*/s/ Daniel Riess*