BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

DANIEL RIESS (Texas Bar No. 24037359)
TAISA M. GOODNATURE (New York Bar No. 5859137)
JEREMY S.B. NEWMAN (Massachusetts Bar No. 688968)
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW, Room 12504
Washington, DC 20005
Telephone: (202) 532-3114
FAX: (202) 616-8460
jeremy.s.newman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.* <br> Plaintiffs, <br> v. <br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES ("ATF"), *et al.*, <br> Defendants. | Case No. 3:20-cv-06761-EMC <br><br> **STATUS REPORT** <br><br> Action Filed: September 29, 2020 <br> Hon. Edward M. Chen |

# STATUS REPORT

Defendants submit this status report regarding *VanDerStok v. Garland*, 4:22-cv-00691-O (N.D. Tex.). Earlier today, on July 14, 2023, the defendants in *VanDerStok* (Merrick Garland, in his official capacity as Attorney General of the United States; Steven Dettelbach, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); the United States Department of Justice; and ATF) filed an Emergency Motion for Stay Pending Appeal ("Motion"), asking the district court to stay its Memorandum Opinion and Order on the Parties' Cross-Motions for Summary Judgment and Motions to Intervene [ECF No. 227] and Final Judgment [ECF No. 231] in full pending the appeal of that order and judgment to the Fifth Circuit. That Motion is attached as Exhibit 1, and a declaration of an ATF official submitted in support of that Motion is attached as Exhibit 2. The Motion asks the district court either to rule on the Motion or issue an administrative stay by July 24, 2023. *See* Ex. 1, at 1. The Motion further requests alternatively that if the district court denies the Motion, it enter an administrative stay of no fewer than seven days to allow Defendants to seek emergency relief from the U.S. Court of Appeals for the Fifth Circuit. *See id.* The *VanDerStok* plaintiffs have indicated that they oppose the Motion and Defendants' request for an expedited ruling. *See id.* at 11.

DATED: July 14, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Jeremy S.B. Newman*
DANIEL RIESS
TAISA M. GOODNATURE
JEREMY S.B. NEWMAN
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW, Room 12504
Washington, DC 20005
Telephone: (202) 532-3114
FAX: (202) 616-8460
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*