BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

DANIEL RIESS (Texas Bar No. 24037359)
TAISA M. GOODNATURE (New York Bar No. 5859137)
JEREMY S.B. NEWMAN (Massachusetts Bar No. 688968)
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW, Room 12504
Washington, DC 20005
Telephone: (202) 532-3114
FAX: (202) 616-8460
jeremy.s.newman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br>    Plaintiffs,<br>v.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES ("ATF"), *et al.*,<br>    Defendants. | Case No. 3:20-cv-06761-EMC<br>**STATUS REPORT**<br>Action Filed: September 29, 2020<br>Hon. Edward M. Chen |

STATUS REPORT                                                                                           C-20-6761- EMC

# STATUS REPORT

Defendants submit this status report regarding *VanDerStok v. Garland*, 4:22-cv-00691-O (N.D. Tex.). As explained in an earlier status report, ECF No. 160, on July 14, 2023, the defendants in *VanDerStok* filed a motion with the district court seeking a stay of the court's Opinion and Final Judgment pending appeal, or alternatively, an administrative stay of no fewer than seven days to allow defendants to seek emergency relief in the Fifth Circuit. Earlier today, on July 18, 2023, the district court entered an order (attached as Exhibit 1) stating: "the Court summarily **DENIES** the request for a stay pending appeal but **STAYS** the applicability of its Opinion and Final Judgment for **7 days** in order that Defendants may seek emergency appellate relief." For the duration of this administrative stay, the Final Rule is in effect and the district court's vacatur of the Final Rule is stayed. However, the administrative stay is scheduled to expire on July 25, 2023. Absent further relief from the Fifth Circuit, the vacatur of the Final Rule would go back into effect (and the Final Rule would again be vacated) upon expiration of the administrative stay. Also earlier today (after the district court's administrative stay order), on July 18, 2023, Defendants filed a motion with the Fifth Circuit (attached as Exhibit 2) seeking a stay of the *VanDerStok* Opinion and Judgment pending appeal.

DATED: July 18, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Jeremy S.B. Newman*
DANIEL RIESS
TAISA M. GOODNATURE
JEREMY S.B. NEWMAN
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW, Room 12504
Washington, DC 20005
Telephone: (202) 532-3114
FAX: (202) 616-8460
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*