BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

DANIEL RIESS (Texas Bar No. 24037359)
TAISA M. GOODNATURE (New York Bar No. 5859137)
JEREMY S.B. NEWMAN (Massachusetts Bar No. 688968)
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW, Room 12504
Washington, DC 20005
Telephone: (202) 532-3114
FAX: (202) 616-8460
jeremy.s.newman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br>    Plaintiffs,<br>v.<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES ("ATF"), *et al.*,<br>    Defendants. | Case No. 3:20-cv-06761-EMC<br>**STATUS REPORT**<br>Action Filed: September 29, 2020<br>Hon. Edward M. Chen |

# STATUS REPORT

Defendants submit this status report regarding *VanDerStok v. Garland*, 4:22-cv-00691-O (N.D. Tex.). On July 24, 2023, the Fifth Circuit entered an order (attached as Exhibit 1) granting in part and denying in part Defendants' motion to stay the district court's Opinion and Final Judgment pending appeal. The Fifth Circuit denied Defendants' request to stay the district court's vacatur of the two portions of the Rule that were challenged in *VanDerStok*: (1) the portion of 27 C.F.R. § 478.11 that includes "a weapon parts kit that is designed to or may readily be completed, assembled, restored, or otherwise converted to expel a projectile by the action of an explosive" in the definition of "firearm," and (2) 27 C.F.R. § 478.12(c), which provides that the terms "frame" and "receiver" include certain "partially complete, disassembled, or nonfunctional frame[s] or receiver[s]." *See* Ex. 1, at 2 n.3, 3. Yet the Fifth Circuit concluded that "[t]he ATF is likely correct, however, that the vacatur was overbroad," and therefore issued an order to "STAY the vacatur, pending appeal, as to the non-challenged provisions." *Id.* The Fifth Circuit further ordered: "We *sua sponte* EXPEDITE the appeal to the next available oral argument calendar. To allow time for additional proceedings as appropriate, this order is administratively STAYED for 10 days." *Id.* at 4. On July 25, 2023, the Fifth Circuit set a briefing schedule under which Defendants-Appellants' opening brief is due August 9, 2023; Plaintiffs-Appellees' brief is due August 23, 2023; and Defendants-Appellants' reply brief is due August 29, 2023. The Fifth Circuit also scheduled the case for oral argument on September 7, 2023.

DATED: July 26, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Jeremy S.B. Newman*
DANIEL RIESS
TAISA M. GOODNATURE
JEREMY S.B. NEWMAN
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW, Room 12504
Washington, DC 20005

1
2
                                              Telephone: (202) 532-3114
                                              FAX: (202) 616-8460
                                              Email: jeremy.s.newman@usdoj.gov

3
                                              *Attorneys for Defendants*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28