BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

DANIEL RIESS (Texas Bar No. 24037359)
TAISA M. GOODNATURE (New York Bar No. 5859137)
JEREMY S.B. NEWMAN (Massachusetts Bar No. 688968)
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW, Room 12504
Washington, DC 20005
Telephone: (202) 532-3114
FAX: (202) 616-8460
jeremy.s.newman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.* <br>     Plaintiffs, <br>   v. <br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES ("ATF"), *et al.*, <br>     Defendants. | Case No. 3:20-cv-06761-EMC <br><br> **STATUS REPORT** <br><br> Action Filed: September 29, 2020 <br> Hon. Edward M. Chen |

**STATUS REPORT**

Defendants submit this status report regarding *VanDerStok v. Garland*, 4:22-cv-00691-O (N.D. Tex.). Yesterday, on July 27, 2023, Defendants filed an application in the Supreme Court asking the Supreme Court to stay the district court's judgment vacating the Rule pending the consideration and disposition of the government's appeal to the Fifth Circuit and, if the Fifth Circuit affirms, pending the timely filing and disposition of a petition for a writ of certiorari and any further proceedings in the Supreme Court. Defendants alternatively requested that if the Supreme Court does not stay the vacatur in full, it could construe the application as a petition for a writ of certiorari before judgment, grant the petition, and set the case for expedited briefing and argument. The application is attached as Exhibit 1, and the appendix in support of the application is attached as Exhibit 2. The Supreme Court has assigned the matter docket number 23A82.

DATED: July 28, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Jeremy S.B. Newman*
DANIEL RIESS
TAISA M. GOODNATURE
JEREMY S.B. NEWMAN
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW, Room 12504
Washington, DC 20005
Telephone: (202) 532-3114
FAX: (202) 616-8460
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*