BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

DANIEL RIESS (Texas Bar No. 24037359)
TAISA M. GOODNATURE (New York Bar No. 5859137)
JEREMY S.B. NEWMAN (Massachusetts Bar No. 688968)
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW, Room 12504
Washington, DC 20005
Telephone: (202) 532-3114
FAX: (202) 616-8460
jeremy.s.newman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.* <br>     Plaintiffs, <br>   v. <br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES ("ATF"), *et al.*, <br>     Defendants. | Case No. 3:20-cv-06761-EMC <br><br> **STATUS REPORT** <br><br> Action Filed: September 29, 2020 <br> Hon. Edward M. Chen |

STATUS REPORT        C-20-6761- EMC

**STATUS REPORT**

Defendants submit this status report regarding *VanDerStok v. Garland*, 4:22-cv-00691-O (N.D. Tex.). As noted in an earlier status report, ECF No. 166, on July 27, 2023, Defendants filed an application asking the Supreme Court to stay the district court's judgment vacating the Rule pending appellate review. On July 28, 2023, Justice Alito, the Circuit Justice for the Fifth Circuit, issued an order that reads in full: "Order issued by Justice Alito: Upon consideration of the application of counsel for the applicants, it is ordered that the June 30, 2023 order and July 5, 2023 final judgment of the United States District Court for the Northern District of Texas, case No. 4:22-cv-691, are hereby administratively stayed until 5 p.m. (EDT) on Friday, August 4, 2023. It is further ordered that any response to the application be filed on or before Wednesday, August 2, 2023, by 5 p.m. (EDT)." *Garland v. VanDerStok*, No. 23A82 (U.S. July 28, 2023).

DATED: July 31, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Jeremy S.B. Newman*
DANIEL RIESS
TAISA M. GOODNATURE
JEREMY S.B. NEWMAN
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW, Room 12504
Washington, DC 20005
Telephone: (202) 532-3114
FAX: (202) 616-8460
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*