| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>SCOTT A. EDELMAN, SBN 116927<br>sedelman@gibsondunn.com<br>2029 Century Park East<br>Los Angeles, CA  90067-3026<br>Telephone: (310) 552-8500<br>Facsimile: (310) 551-8741<br><br>LEE R. CRAIN, *pro hac vice*<br>ERICA PAYNE, *pro hac vice*<br>LIESEL SCHAPIRA, *pro hac vice*<br>200 Park Avenue<br>New York, NY  10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br><br>PAUL HASTINGS LLP<br>AVI WEITZMAN, *pro hac vice*<br>aviweitzman@paulhastings.com<br>200 Park Avenue<br>New York, NY  10166-0193<br>Telephone: (212) 318-6000<br>Facsimile: (212) 752-3620<br><br>*Attorneys for Plaintiff Giffords Law Center to Prevent Gun Violence* | ROB BONTA<br>Attorney General of California<br>THOMAS S. PATTERSON<br>Senior Assistant Attorney General<br>R. MATTHEW WISE, SBN 238485<br>Supervising Deputy Attorney General<br>S. CLINTON WOODS, SBN 246054<br>Deputy Attorney General<br>Clint.Woods@doj.ca.gov<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone:  (415) 510-3807<br>Facsimile:  (415) 703-5843<br><br>*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta* |

[*Additional Counsel Listed on Next Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>                Plaintiffs,<br><br>      v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,<br><br>                Defendants. | CIVIL CASE NO.:  3:20-CV-06761-EMC<br><br>**JOINT STATUS REPORT**<br><br>Action Filed:  September 29, 2020<br><br>Status Conference:  October 17, 2023<br><br>Hon. Edward M. Chen |

1 | Additional Counsel

2 | GIFFORDS LAW CENTER TO
3 | PREVENT GUN VIOLENCE
    DAVID M. PUCINO, *pro hac vice*
4 | 244 Madison Ave Ste 147
    New York, NY 10016
5 | Telephone: (917) 524-7816

6 | *Attorneys for Plaintiff Giffords Law*
7 | *Center to Prevent Gun Violence*

Pursuant to this Court's minute order entered on August 9, 2023 directing the filing of a Status Report (ECF No. 170), Plaintiffs State of California and Giffords Law Center to Prevent Gun Violence ("Giffords Law Center") and Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), Steven Dettelbach, Daniel Hoffman, United States Department of Justice, and Merrick B. Garland (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following:

Following the Status Conference held on July 27, 2023, the parties met and conferred via phone on August 3, 2023 to discuss case management and scheduling issues in light of *VanDerStok, et al. v. Garland, et al.*, No. 4:22-CV-00691 (N.D. Tex.). As Defendants reported (ECF No. 169), on August 8, 2023, the U.S. Supreme Court issued a 5-4 order staying the district court's vacatur of the ATF rule at issue in this case (the "Final Rule"). This order means that the Final Rule, which had been in full force and effect pursuant to an administrative stay entered by the Supreme Court, will remain in full force and effect pending disposition of the Fifth Circuit appeal in *VanDerStok* and Supreme Court proceedings resulting from that appeal. The parties respectfully request additional time to evaluate the effect of the Supreme Court's August 8 order on this case and to confer in an attempt to reach agreement on next steps. The parties propose to submit their next status report on August 17, 2023.

| | | |
|---|---|---|
| 1 | *Dated*: August 10, 2023 | */s/   Scott A. Edelman* |
| 2 | | |
| | | GIBSON, DUNN & CRUTCHER LLP |
| 3 | | SCOTT A. EDELMAN |
| | | sedelman@gibsondunn.com |
| 4 | | 2029 Century Park East |
| | | Los Angeles, CA  90067-3026 |
| 5 | | Telephone: (310) 552-8500 |
| 6 | | Facsimile: (310) 551-8741 |
| 7 | | LEE R. CRAIN, *pro hac vice* |
| | | ERICA PAYNE, *pro hac vice* |
| 8 | | LIESEL SCHAPIRA, *pro hac vice* |
| | | 200 Park Avenue |
| 9 | | New York, NY  10166-0193 |
| | | Telephone: (212) 351-4000 |
| 10 | | Facsimile: (212) 351-4035 |
| 11 | | |
| 12 | | PAUL HASTINGS LLP |
| | | AVI WEITZMAN, *pro hac vice* |
| 13 | | aviweitzman@paulhastings.com |
| | | 200 Park Avenue |
| 14 | | New York, NY 10166 |
| | | Telephone: (212) 318-6000 |
| 15 | | Facsimile: (212) 752-3620 |
| 16 | | GIFFORDS LAW CENTER TO |
| | | PREVENT GUN VIOLENCE |
| 17 | | DAVID M. PUCINO, *pro hac vice* |
| 18 | | 244 Madison Ave Ste 147 |
| | | New York, NY 10016 |
| 19 | | Telephone: (917) 524-7816 |
| 20 | | *Attorneys for Giffords Law Center to Prevent Gun Violence* |
| 21 | | |
| 22 | *Dated*: August 10, 2023 | */s/   S. Clinton Woods* |
| 23 | | |
| | | ROB BONTA |
| 24 | | Attorney General of California |
| | | THOMAS S. PATTERSON |
| 25 | | Senior Assistant Attorney General |
| | | R. MATTHEW WISE, SBN 238485 |
| 26 | | Supervising Deputy Attorney General |
| 27 | | S. CLINTON WOODS |
| | | Deputy Attorney General |
| 28 | | |

Matthew.Wise@doj.ca.gov
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-6046
Facsimile:  (916) 324-8835

*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta*

*Dated*: August 10, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch, Civil Division

/s/   *Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
DANIEL RIESS
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, N.W., Washington, D.C. 20005
Telephone: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*Dated*: August 10, 2023            /s/   *Scott A. Edelman*
                                    Scott. A. Edelman