BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

DANIEL RIESS (Texas Bar No. 24037359)
TAISA M. GOODNATURE (New York Bar No. 5859137)
JEREMY S.B. NEWMAN (Massachusetts Bar No. 688968)
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW, Room 12504
Washington, DC 20005
Telephone: (202) 532-3114
FAX: (202) 616-8460
jeremy.s.newman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., <br><br> Defendants. | CIVIL CASE NO.: 3:20-CV-06761-EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE** <br><br> Action Filed: September 29, 2020 <br> Hon. Edward M. Chen |

1       Pursuant to Civil Local Rule 7-12 and subject to the Court's approval, the State of California and Giffords Law Center to Prevent Gun Violence ("Plaintiffs"), Bureau of Alcohol, Tobacco, Firearms and Explosives, Steven Dettelbach, Daniel Hoffman, United States Department of Justice, and Merrick B. Garland ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Joint Stipulation Regarding Summary Judgment Briefing Schedule.

WHEREAS, the Court held a status conference on August 29, 2023;

WHEREAS, at the status conference, the Court indicated that it would set a four-brief schedule for resolving cross-motions for summary judgment, and ordered Defendants to file their brief first (ECF No. 175);

WHEREAS, the Court directed the parties to meet and confer regarding a proposed schedule for briefing and a hearing to resolve the parties' cross-motions for summary judgment;

WHEREAS, the parties have met and conferred, and agreed on a proposed schedule;

WHEREAS, the parties acknowledge that enlargements to the page limits set forth in this Court's local rules may be appropriate for the parties' summary judgment briefing, and the parties intend to address that issue in subsequent stipulations or motions;

NOW, THEREFORE, pursuant to Civil Local Rule 7-12, the Parties respectfully request, through their undersigned counsel, that the Court set a schedule for resolution of the parties' forthcoming cross-motions for summary judgment as follows:

Defendants' Motion for Summary Judgment and Brief in Support: on or before October 5, 2023;

Plaintiffs' Cross-Motion for Summary Judgment and Brief in Support of Cross-Motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment: on or before October 26, 2023;

Defendants' Opposition to Plaintiffs' Cross-Motion for Summary Judgment and Reply in Support of Defendants' Motion for Summary Judgment: on or before December 7, 2023;

Plaintiffs' Reply in Support of Plaintiffs' Cross-Motion for Summary Judgment: on or before January 4, 2024;

Hearing on Defendants' Motion for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment: January 18, 2024, or as soon thereafter as the parties may be heard.

Respectfully submitted,

Dated: September 7, 2023                  /s/      Jeremy S.B. Newman

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

DANIEL RIESS
TAISA M. GOODNATURE
JEREMY S.B. NEWMAN
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*


Dated: September 7, 2023                  /s/   Scott A. Edelman

GIBSON, DUNN & CRUTCHER LLP
SCOTT A. EDELMAN
sedelman@gibsondunn.com
2029 Century Park East
Los Angeles, CA  90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

LEE R. CRAIN, *pro hac vice*
ERICA PAYNE, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

PAUL HASTINGS LLP
AVI WEITZMAN, *pro hac vice*
aviweitzman@paulhastings.com
200 Park Avenue
New York, NY 10166

Telephone: (212) 318-6000
Facsimile: (212) 752-3620

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Giffords Law Center to Prevent Gun Violence*

*Dated:* September 7, 2023      /s/   S. Clinton Woods

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
R. MATTHEW WISE, SBN 238485
Supervising Deputy Attorney General
S. CLINTON WOODS
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-6046
Facsimile:  (916) 324-8835

*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*Dated*: September 7, 2023                    /s/   *Jeremy S.B. Newman*
                                              Jeremy S.B. Newman

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE – CASE NO. 3:20-CV-06761-EMC

**[PROPOSED] ORDER**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' stipulation. IT IS HEREBY ORDERED that the Court will hear the parties' cross-motions for summary judgment in accordance with the following schedule, set forth in the parties' Stipulation:

Defendants' Motion for Summary Judgment and Brief in Support: on or before October 5, 2023;

Plaintiffs' Cross-Motion for Summary Judgment and Brief in Support of Cross-Motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment: on or before October 26, 2023;

Defendants' Opposition to Plaintiffs' Cross-Motion for Summary Judgment and Reply in Support of Defendants' Motion for Summary Judgment: on or before December 7, 2023;

Plaintiffs' Reply in Support of Plaintiffs' Cross-Motion for Summary Judgment: on or before January 4, 2024;

Hearing on Defendants' Motion for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment: January 18, 2024, or as soon thereafter as the parties may be heard.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____, 2023

_____
Honorable Edward M. Chen
United States District Court Judge