# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

|  |  |  |
|---|---|---|
| STATE OF CALIFORNIA, | ) | |
| *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cv-06761-EMC |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS and EXPLOSIVES ("ATF") | ) | |
| *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | |

## CERTIFICATION OF SUPPLEMENTAL ADMINISTRATIVE RECORD

I, Vivian S. Chu, pursuant to 28 U.S.C. § 1746, declare and state as follows:  I am currently the Division Chief, Office of Regulatory Affairs, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).  The Office of Regulatory Affairs serves as ATF's official point of contact for all matters relating to the creation of and/or changes to ATF's regulations and rulings, and also serves as the official liaison to the Department of Justice on all rulemaking projects.  The information in this certification is based upon my personal knowledge or on information provided to me in the course of my official duties.

The materials listed in the index below, to the best of my knowledge, comprise the supplemental administrative record in the above referenced civil action.

INDEX TO THE SUPPLEMENTAL ADMINISTRATIVE RECORD

1.    87 Fed. Reg. 24652 (4/26/22), "Definition of 'Frame or Receiver' and Identification of Firearms."

2.    Summary of Final Rule 2021R-05F, "Definition of 'Frame or Receiver' and Identification of Firearms" from www.atf.gov.

3.    Powerpoint:  Final Rule 2021R-05F, "Definition of 'Frame or Receiver' and Identification of Firearms" from www.atf.gov.

4.    Receiver Blanks Q and A's from www.atf.gov.

5.    Open Letters to the Firearms Industry from www.atf.gov.

6.    Open Letter to All Federal Firearms Licensees:  Impact of Final Rule 2021-05F on Partially Complete AR-15/M-16 Type Receivers, dated 9/27/22.

7.    Open Letter to All Federal Firearms Licensees:  Impact of Final Rule 2021-05F on Complete Polymer80, Lone Wolf and Similar Semiautomatic Pistol Frames, dated 12/27/22.

8.    ATF Classification Letter #311827, dated 8/29/22.

9.    ATF Classification Letter #313696, dated 10/6/22.

10.   ATF Classification Letter #315044, dated 12/28/22.

11.   ATF Classification Letter #315876, dated 10/6/22.

12.   ATF Classification Letter #315916, dated 10/6/22.

13.   ATF Classification Letter #316248, dated 10/6/22.

14.   ATF Classification Letter #316300, dated 12/27/22.

15.   ATF Classification Letter #316304, dated 2/13/23.

16.    ATF Classification Letter #316492, dated 10/6/22.

17.    ATF Classification Letter #316778, dated 10/6/22.

18.    ATF Classification Letter #317036, dated 10/6/22.

19.    ATF Classification Letter #317414, dated 10/6/22.

20.    ATF Classification Letter #317416, dated 10/6/22.

21.    ATF Classification Letter #317418, dated 10/6/22.

22.    ATF Classification Letter #317596, dated 10/6/22.

23.    ATF Classification Letter #317864, dated 10/6/22.

24.    ATF Classification Letter #317866, dated 10/6/22.

25.    ATF Classification Letter #317868, dated 10/6/22.

26.    ATF Classification Letter #317998, dated 10/6/22.

27.    ATF Classification Letter #318400, dated 10/6/22.

28.    ATF Classification Letter #320538, dated 10/6/22.

29.    ATF Classification Letter #320540, dated 10/6/22.

30.    ATF Classification Letter #320542, dated 10/6/22.

31.    ATF Classification Letter #320650, dated 10/6/22.

32.    ATF Classification Letter #320844, dated 3/4/23.

33.    ATF Classification Letter #321010, dated 10/6/22.

34.    ATF Classification Letter #321122, dated 10/6/22.

35.    ATF Classification Letter #321192, dated 10/6/22.

36.    ATF Classification Letter #321194, dated 10/6/22.

37.    ATF Classification Letter #321196, dated 10/6/22.

38.    ATF Classification Letter #321198, dated 3/4/23.

39.   ATF Classification Letter #321400, dated 10/6/22.

40.   ATF Classification Letter #321402, dated 10/6/22.

41.   ATF Classification Letter #321404, dated 10/6/22.

42.   ATF Classification Letter #321406, dated 10/6/22.

43.   ATF Classification Letter #321416, dated 10/6/22.

44.   ATF Classification Letter # 321418, dated 10/6/22.

45.   ATF Classification Letter #321420, dated 10/6/22.

46.   ATF Classification Letter #321564, dated 10/6/22.

47.   ATF Classification Letter #321736, dated 10/6/22.

48.   ATF Classification Letter #321738, dated 10/6/22.

49.   ATF Classification Letter #321788, dated 10/6/22.

50.   ATF Classification Letter #321790, dated 10/6/22.

51.   ATF Classification Letter #322526, dated 10/21/22.

52.   ATF Classification Letter #322528, dated 10/21/22.

53.   ATF Classification Letter #322530, dated 10/21/22.

54.   ATF Classification Letter #322532, dated 10/21/22.

55.   ATF Classification Letter #322596, dated 11/29/22.

56.   ATF Classification Letter #322630, dated 3/16/23.

57.   ATF Classification Letter #322692, dated 11/8/22.

58.   ATF Classification Letter #322714, dated 12/27/22.

59.   ATF Classification Letter #323546, dated 2/3/23.

60.   ATF Classification Letter #323548, dated 2/3/23.

61.   ATF Classification Letter #324570, dated 2/23/23.

62.     ATF Classification Letter # 324620, dated 12/30/22.

63.     ATF Classification Letter #324648, dated 1/9/23.

64.     Incoming request for classification #311827, received 8/22/19.

65.     Incoming request for classification #313696, received 3/13/20.

66.     Incoming request for classification #315044, received 9/15/20.

67.     Incoming request for classification #315876, received 1/20/21.

68.     Incoming request for classification #315916, received 1/26/21.

69.     Incoming request for classification #316248, received 3/11/21.

70.     Incoming request for classification #316300, received 3/18/21.

71.     Incoming request for classification #316304, received 3/18/21.

72.     Incoming request for classification #316492, received 4/12/21.

73.     Incoming request for classification #316778, received 5/24/21.

74.     Incoming request for classification #317036, received 6/28/21.

75.     Incoming request for classification #317414, received 1/20/21.

76.     Incoming request for classification #317416, received 1/20/21.

77.     Incoming request for classification #317418, received 1/20/21.

78.     Incoming request for classification #317596, received 8/26/21.

79.     Incoming request for classification #317864, received 9/24/21.

80.     Incoming request for classification #317866, received 9/24/21.

81.     Incoming request for classification #317868, received 9/24/21.

82.     Incoming request for classification #317998, received 10/6/21.

83.     Incoming request for classification #318400, received 11/26/21.

84.     Incoming request for classification #320538, received 5/10/22.

85.   Incoming request for classification #320540, received 5/10/22.

86.   Incoming request for classification #320542, received 5/10/22.

87.   Incoming request for classification #320650, received 5/20/22.

88.   Incoming request for classification #320844, received 6/6/22.

89.   Incoming request for classification #321010, received 6/16/22.

90.   Incoming request for classification #321122, received 6/27/22.

91.   Incoming request for classification #321192, received 7/5/22.

92.   Incoming request for classification #321194, received 7/5/22.

93.   Incoming request for classification #321196, received 7/5/22.

94.   Incoming request for classification #321198, received 7/5/22.

95.   Incoming request for classification #321400, received 7/18/22.

96.   Incoming request for classification #321402, received 7/18/22.

97.   Incoming request for classification #321404, received 7/18/22.

98.   Incoming request for classification #321406, received 7/18/22.

99.   Incoming request for classification #321416, received 7/19/22.

100.  Incoming request for classification #321418, received 7/19/22.

101.  Incoming request for classification #321420, received 7/19/22.

102.  Incoming request for classification #321564, received 7/28/22.

103.  Incoming request for classification #321736, received 5/24/21 (with request 316778).

104.  Incoming request for classification #321738, received 5/24/21 (with request 316778).

105.  Incoming request for classification #321788, received 10/6/21 (with request 317998).

106.  Incoming request for classification #321790, received 10/6/21 (with request 317998).

107.  Incoming request for classification #322526, received 10/13/22.

108.    Incoming request for classification #322528, received 10/13/22.

109.    Incoming request for classification #322530, received 10/13/22.

110.    Incoming request for classification #322532, received 10/13/22.

111.    Incoming request for classification #322596, received 10/18/22.

112.    Incoming request for classification #322630, received 10/21/22.

113.    Incoming request for classification #322692, received 10/26/22.

114.    Incoming request for classification #323546, dated 8/11/22.

115.    Incoming request for classification #323548, dated 8/11/22.

116.    Incoming request for classification #324570, email 12/13/22.

117.    Incoming request for classification #324620, dated 12/23/22.

118.    Incoming request for classification #324648, dated 12/29/22.

119.    https://www.youtube.com/watch?v=q7XWhcx_Q3A

I certify under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of September, 2023.

_____
Vivian S. Chu
Division Chief
Office of Regulatory Affairs
Bureau of Alcohol, Tobacco, Firearms and
Explosives