**To:**        ATF Technology Branch
**Subject:**   1911P Grip and Chassis System

Dear Sirs,

*EVAL. 311 - 827*

Submitted in this package is a two part pistol project that includes a grip module and pistol receiver chassis system that is accompanied with the formal request letter from our attorney ▮▮▮▮▮
Please review and let us know if you have any questions. I can answer technical questions if need be via email or my cell phone below.

For clarity, the final production system will be a Stainless Steel Chassis Receiver coupled with a polymer injection molded (glass filled nylon) grip module.

Sincerely,



*ONE
PISTOL Frame
w/ INSert Receiver*


*RECEIVED*
*AUG 2 2 2019*
*BY: FATD*

ATF Supp 000507

July 17, 2019

Bureau of Alcohol, Tobacco, Firearms, and Explosives
Firearms Technology Branch
244 Needy Road
Martinsburg, West Virginia 25405 USA
**VIA FED-EX**



Re:     **IN RE: PF1911X FIREARM DETERMINATION FOR MARKING
        PURPOSES**

To whom it may concern:

I write regarding my client, ████ "████ and their intent to manufacture a firearm, the
████ which incorporates a fire control assembly chassis system that incorporates the
entire fire control assembly within a molded grip. Specifically, we are asking for
classification as to which component of the fire control assembly chassis system and/or grip
████ is the "firearm," "firearm frame," or "firearm receiver" as defined in 18 U.S.C.
§921(a)(3) requiring the requisite markings.

### REQUIRED MARKINGS

27 C.C.R. 478.92 mandates that firearms manufactured by licensees be appropriately marked.
Specifically, it provides:

> (a)(1) Firearms. You, as a licensed manufacturer or licensed importer
> of firearms, must legibly identify each firearm manufactured or
> imported as follows:
>
> (i) By engraving, casting, stamping (impressing), or otherwise
> conspicuously placing or causing to be engraved, cast, stamped
> (impressed) or placed on the **frame or receiver** thereof an individual
> serial number. The serial number must be placed in a manner not
> susceptible of being readily obliterated, altered, or removed, and must
> not duplicate any serial number placed by you on any other firearm.
> For firearms manufactured or imported on and after January 30, 2002,
> the engraving, casting, or stamping (impressing) of the serial number
> must be to a minimum depth of .003 inch and in a print size no
> smaller than 1/16 inch; and
>
> (ii) By engraving, casting, stamping (impressing), or otherwise
> conspicuously placing or causing to be engraved, cast, stamped

(impressed) or placed on the **frame, receiver, or barrel thereof** certain additional information. This information must be placed in a manner not susceptible of being readily obliterated, altered, or removed. For firearms manufactured or imported on and after January 30, 2002, the engraving, casting, or stamping (impressing) of this information must be to a minimum depth of .003 inch. The additional information includes:

(A) The model, if such designation has been made;

(B) The caliber or gauge;

(C) Your name (or recognized abbreviation) and also, when applicable, the name of the foreign manufacturer;

(D) In the case of a domestically made firearm, the city and State (or recognized abbreviation thereof) where you as the manufacturer maintain your place of business; and

(E) In the case of an imported firearm, the name of the country in which it was manufactured and the city and State (or recognized abbreviation thereof) where you as the importer maintain your place of business. For additional requirements relating to imported firearms, see Customs regulations at 19 CFR part 134.

## FIREARM, FRAME OR RECEIVER

Title I of the Gun Control Act, 18 U.S.C. §§ 921 *et seq.*, primarily regulates conventional firearms (i.e., rifles, pistols, and shotguns). Title II of the Gun Control Act, also known as the National Firearms Act, 26 U.S.C. §§ 5801 *et seq.*, stringently regulates machine guns, short barreled shotguns, and other narrow classes of firearms. "Firearm" is defined in § 921(a)(3) as:

(B) Any weapon (including a starter gun) which will or is designed to or may readily be converted expel a projectile by the action of an explosive; (B) *the frame or receiver of any such weapon*; (C) any firearm muffler or firearm silencer; or (D) any destructive device. Such term does not include an antique firearm.

As noted, the term "firearm" means a "weapon . . . which will or is designed to or may readily be converted to expel a projectile," and also "the *frame or receiver* of any such weapon." (18 U.S.C. §921(a)(3).)

ATF's regulatory definition, 27 C.F.R. §478.11, provides: "*Firearm frame or receiver*. That part of a firearm which provides housing for *the hammer, bolt or breechblock, and firing mechanism, and which is usually threaded at its forward portion to receive the barrel*. (The same definition appears in 27 C.F.R. §479.11.) "Breechblock" is defined as the locking and cartridge head supporting mechanism of a firearm that does not operate in line with the axis of the bore." (*Glossary of the Association of Firearms and Toolmark Examiners* (2nd Ed. 1985,

21).)

In ordinary nomenclature, the frame or receiver is a finished part which is capable of being_ <u>assembled</u> with other parts to put together a firearm." (*Receiver*. The basic unit of a firearm which houses the firing and breech mechanism and to which the barrel and stock are assembled. *Glossary of the Association of Firearm and Toolmark Examiners* (2nd ed. 1985), 111.)

## ███ CHASSIS SYSTEM

███████ utilizes a chassis system that incorporates the entire fire control group, and consists of the following components:

1. Takedown Lever
2. Takedown Safety Lever
3. Slide Catch Lever Pin
4. Trigger Stop Pin
5. Trigger Stop Pin Frame
6. Slide Catch Lever Spring
7. Spring Post,
8. Slide Catch Lever
9. Trigger Bar
10. Safety Lever Pin
11. Trigger
12. Sear Housing Roll Pin
13. Sear Housing Assembly
14. Sear Pivot Pin
15. Trigger Bar Spring

When assembled, items 1 through 4, and 6 through 10 are all contained within item 5 - the Trigger Stop Pin Frame (See Figure 1 above). Collectively, these items compose the fire control group. When assembled, the fire control group is fitted into the grip (See Figure 2, below.)

It is our understanding and contention that 27 C.F.R. §478.92 mandates the requisite markings be engraved on the Trigger Stop Pin Frame, as depicted in Figure 1, as opposed to the modular grip depicted in Figure 2, since the Trigger Stop Pin houses the entire fire assembly group.

We have enclosed exemplars of the Trigger Pin Frame and Modular Grip for your review. Thank you for taking the time to address this issue. We look forward to hearing from you. Please let us know if you have any further questions or concerns. **When complete, please return the submitted parts** ████████████████████ If you have any questions or concerns, do not hesitate to contact me at the number above.

Sincerely,



July 17, 2019

## EXHIBIT FIGURES



**FIGURE 1: TRIGGER STOP PIN FRAME DEPICTED**



**FIGURE 2: TRIGGER STOP PIN FRAME AND MODULAR GRIP**

ATF Supp 000511



To:
ATF

RECEIVED
AUG 2 2 2019
FATD
BY:

SHIP DATE: 19AUG19
ACTWGT: 0.80 LB
CAD: 6986196/SSF02002

BILL THIRD PARTY



TO BUREAU FO ALCHOOL TOBACCO
FIREARMS, TECH BRANCH
244 NEEDY RD

MARTINSBURG WV 25405
(304) 282-0239

REF:

DEPT:

FedEx
Express

E



THU – 22 AUG 4:30P
EXPRESS SAVER

TRK# 7892 3368 5740
0201

**RG WDBA**

25405
WV–US IAD



Al or bottom of peel-and-stick air bill

ATF Supp 000512

  

EVAL·
313—696

Dear Examiner,

This package enclosed one "AWAR1 80% Lower Receiver" for import evaluation.

This lower receiver is manufacturer by ███████ Taiwan exclusively and authorized by ████████████████████

The reason for testing is for import evaluation.

Please return the item after the testing and evaluation if passed with enclosed return shipping label.
We will abandon the part to ATF if did not passed the examination.

Respectfully Yours,





**DEPARTMENT OF JUSTICE**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*244 Needy Road*
*Martinsburg, West Virginia 25405*

JAN 0 3 2020

901030 PC

Ref: ████████

EVAL
313-696

RECEIVED
MAR 1 3 2020
FA 10
BY: ....................

Dear Gentlemen,

This is in response to your permit application dated December 27, 2019, to import ████████ AR-15 80% lower receiver into the United States.

The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) was unable to determine the import status of the firearm(s) or part described on your application from the information provided. The regulations (27 CFR 478.116) provide that the Director may authorize the conditional importation of a firearm or part for the purpose of examining and testing in order to determine the import status.

We have conditionally approved your permit application to allow you to import **one (1)** ████████ AR-15 80% lower receiver to the Firearms Technology Industry Services Branch **(FTISB) for an import evaluation.** When submitting a firearm or part to ATF for examination and testing, please enclose the following documentation;

(1)  a copy of this letter;

(2)  manufacturers' information for the firearms or part;

(3)  the reason(s) for testing the firearms or part; and

(4)  any additional information that will assist FTISB in the examination and testing of the firearms or part.

This permit is authorized under the condition that the firearms or part be shipped under U. S. Customs and Border Protection supervision directly to the:



-2-

Director
Bureau of Alcohol, Tobacco, Firearms and Explosives
Attention:  Firearms Technology Industry Services Branch
244 Needy Road
Martinsburg, WV  25405
(304) 616-4300

If a determination is made that the firearms or part may not be imported, you have three
alternatives:

(1) destroy the firearms or part;

(2) abandon the firearms or part to ATF or Customs; or

(3) arrange for exportation of the firearms or part from the United States pursuant to an export
license issued  by the Office of Defense Trade Controls, Department of State, if existing U.S.
Government policy does not preclude the issuance of a license for such exportation.

Samples may be shipped to ATF via FedEx, FedEx Ground or the United Parcel Service.  All
freight shipments and courier delivery shipments must be coordinated, in advance, with ATF.
Please call the Firearms Technology Industry Services Branch at (304) 616-4300.  Do not ship
any type of ordnance, explosives or hazardous materials to the Firearms Technology Industry
Services Branch.

You must provide specific instructions detailing your wishes concerning the lawful disposition of
the firearm(s) or part.  If such instructions are not received within 60 days of the notification
from the Firearms Technology Industry Services Branch regarding the completion of our
examination, the firearm(s) or part will be considered abandoned and will be disposed of
according to the needs of the Government.

We trust that the foregoing information will be of assistance to you.  Should you have further
questions or concerns relative to this matter, please do not hesitate to write or call Examiner
and refer to the nine-digit permit number located in the top right
hand corner of this letter.

Sincerely yours,

Max M. Kingery

Max M. Kingery
Chief, Firearms and Explosives Imports Branch



**P** ZONE 8 NO SURCHARGE
ComPtsPrice

FROM 25405

stamps
endicia
REPLY POSTAGE

# PRIORITY MAIL 2-DAY™

Bureau of Alcohol, Tobacco, Firearms and Explosives
ATTN FIREARMS TECHNOLOGY INDUSTRY SERVICES BRANCH
244 NEEDY RD
MARTINSBURG WV 25405-9431

SHIP
TO:

## USPS TRACKING #

9405 5112 9837 0903 9606 25

RMA 201908353
201908353

3/16/2020



US POSTAGE & FEES PAID
1 LB PRIORITY MAIL RATE
ZONE 8 NO SURCHARGE
ComPicPrice

C62S0010*01606
B928554
FROM 65142

stamps
endicia
03·14·2020

# PRIORITY MAIL 2-DAY™

FROM:

SHIP TO:
Bureau of Alcohol, Tobacco, Firearms and
Explosives
ATTN: Firearms Technology Industry Services
Branch
244 Needy Road
Martinsburg, WV. 25405-9431

## USPS TRACKING #

9405 5112 9837 0903 9510 67

PRIORITY MAIL
POSTAGE REQUIRED

### 201908353

US POSTAGE & FEES PAID

ATF Supp 000517

Director    EVAL. 315—044

Bureau of Alcohol, Tobacco, Firearms and Explosives

Firearms Technology Branch

United States Department of Justice

244 Needy Road

Martinsburg, WV 25405

304-616-4300 phone

304-616-4301 fax

September 11th, 2020

RECEIVED
SEP 1 5 2020
BY: FATD

3d Printed
AR-15 Lower

Dear Director,

I am submitting to the FTISB for evaluation one 3D printed AR-15 incomplete lower. I would like for you to make a determination as to the completeness of this sample as to whether it has reached the level of a firearm requiring a serial number or if it is in a state not yet ready as a firearm. Our intent is to have a local injection molding company produce these and hand them off to us for finishing, serializing and use on production firearms. Restated, we need to know if the injection molding company would be required to possess an 07 FFL. This 3D printed item is as we would receive them with the exception being they would have a metal serial number plate molded in place in the space provided above the pistol grip on the left side

If your evaluation determines this is acceptable you may forward the sample to us via our FedEX account number ████████

If you have any further questions please feel free to contact me at the numbers below.

Best regards,





RECEIVED
SEP 1 5 2020
FATD
BY:

US POSTAGE & FEES PAID
PRIORITY MAIL
Cubic 20
ComplsPrice
FROM 37922

P

stamps
endicia
09 11/2020

# PRIORITY MAIL 3-DAY™

R023

SHIP
TO:
BATF
Firearms Technology Branch
United States Department of Justice
244 Needy Road
Martinsburg WV 25405-9431

USPS SIGNATURE TRACKING #

9410 8112 0255 5937 3173 62

January 7, 2021    EVAL.
315 – 876


RECEIVED
JAN 2 0 2021
FATD
BY: ....................

ATF – Technical dept

Dear Sir,

We would like for you to evaluate these 5 80% receivers, AR-15, AR-10, AR9, AR15 Single Shot and a 1911 to determine if they are classified as a legal firearm or an 80% receiver. I kindly ask for a individual letter with photos for each receiver. I also attached a letter I received from you back in 2013 if needed for reference. Enclosed is a prepaid shipping label to return the samples.

Thank you very much.



RECEIVERS:

AR-9
AR-10
AR-15
AR-15 SS
1911

TOTAL: 5



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

_Martinsburg, WV 25405_

www.atf.gov

903050:MCP
3311/301066

July 16, 2013





RECEIVED
JAN 20 2021
BY: FATD

This is in reference to your correspondence to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Branch (FTB), which accompanied your prototype sample of a partially-finished AR-15 type receiver your company intends to manufacture and market.  Specifically, you requested an examination and classification of the submitted sample pursuant to the amended Gun Control Act of 1968 (GCA) and asked if this sample would be regulated as a "firearm" under the GCA.

As background, the GCA, 18 U.S.C. § 921(a)(3), defines the term "firearm" to include _any weapon (including a starter gun) which will or is designed to or may be readily converted to expel a projectile by the action of an explosive...[and]...the frame or receiver of any such weapon...._

Based on this definition, a firearm receiver casting or firearm receiver blank can itself be a "firearm" if completed to the point at which it can be recognized as a firearm frame or receiver.

As you may be aware, FTB has previously determined that an AR-15 type receiver which has <u>no machining of any kind performed in the area of the trigger/hammer (fire-control) recess</u> might not be classified as a firearm.  Such a receiver could have **all** other machining operations performed, including pivot-pin and takedown-pin hole(s) and clearance for the takedown-pin lug, but must be completely solid and un-machined in the fire-control recess area.



Page 2

Our examination confirmed that the submitted sample has been partially machined, including pivot-pin and takedown pin hole(s). The item incorporates a selector detent hole, but it is completely solid and un-machined in the fire-control recess area (see photos below).





**Submitted prototype sample**

Accordingly, FTB finds that your prototype is not a "firearm" as defined in the GCA. We caution that this finding is based on the sample as submitted. If the design, dimensions, configuration, method of operation, or materials used were changed, our determination would be subject to review.

To facilitate return of the submitted item, please provide FTB with an appropriate FedEx or similar account number within 60 days of receipt of this letter.



Page 3

We thank you for your inquiry and trust that the foregoing has been responsive to your request.

Sincerely yours,

Earl Griffith
Chief, Firearms Technology Branch



**P**

US POSTAGE AND FEES PAID
2021·01·07
25405
C69245
ComPlsPrice
FLAT RATE MED BOX

**easypost**

0901000002348

## USPS PRIORITY MAIL

FIREARMS & AMMUNITION TECHNOLOGY
MIKE WINTERS
244 NEEDY ROAD
MARTINSBURG WV 25405

**0004**

C105

## USPS TRACKING #

9405 5368 9523 2524 3651 45



US POSTAGE AND FEES PAID   easypost
2021-01-07
28412
C69245
ComPlsPrice
FLAT RATE MED BOX                           0901000002351

**USPS PRIORITY MAIL**

0024

R023

FIREARMS & AMMUNITION TECHNOLOGY
MIKE WINTERS
244 NEEDY RD
MARTINSBURG WV 25405-9431

1/20/21

USPS TRACKING #

9405 5368 9523 2524 3674 15





EVAL. 315-916

RECEIVED JAN 2 6 2021 FATO BY: .....................

January 18, 2021

Bureau of Alcohol, Tobacco, Firearms and Explosive
Firearms Technology Branch
244 Needy Rd
Martinsburg, WV, 25405

To whom it may concern:

█████████ is voluntarily submitting the enclosed prototype for classification. The company requests a letter ruling determining the classification of the product as a firearm or not a firearm.

This blank receiver was designed using the regulatory guidance available from the EP lower determination letter dated March 4, 2014 from Earl Griffith, Chief of the Firearms Technology Branch (ATF) to █████████ and published ATF determination letter from Kenney Enterprises, Inc. dated May 17, 2013 regarding the methodology used in the ATF process.

Our receiver blank was designed to the best of our ability to conform to the legal standards as understood from reviewing the previously mentioned letters and industry best practices.

Our product was designed to have no tooling and/or machining processes done in the trigger pocket area and our manufacturing process does not include the use of additional support while molding. The trigger pocket area is a single-step process and is composed of the same material as the rest of the product. At no time during manufacture is a void created in the monolithic trigger pocket area. The Nylon material is injected in a single process.

Please return the sample in the enclosed packaging. Thank you for your time and consideration.

Sincerely,



ONE AR-15 LOWER

Enclosure

ATF Supp 000526



RTN
LABEL









US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 3 FLAT RATE PADDED ENVELOPE
ComPlsPrice

062S0008589426
7111120
FROM 24003

stamps
endicia
01/19/2021

## PRIORITY MAIL 2-DAY™

0006

R023

SHIP
TO:    bureau of alcohol tobacco and firearms
       Firearms Technology Branch
       244 Needy Rd
       Martinsburg WV 25405-9431

**USPS TRACKING #**

9405 5118 9922 3407 0568 33

ATF Supp 000528

EVAL. 316-248

**Snyder, Guy J.**

**From:**
**Sent:** Friday, March 12, 2021 4:19 PM
**To:** Snyder, Guy J.
**Subject:** Sample evaluation

3/12/2021

RECEIVED
MAR 1 1 2021
BY: FATD

Dear ATF,

We have sent you a sample part to be evaluated for manufacturing to sell. The part we have sent is an 80% lower small frame AR-10. We can be contacted below.



Rec:
ONE
AR-10 Lower Receiver

Thank you for your time,

1

ATF Supp 000529



ORIGIN ID:WDBA  (000) 000-0000
ATF (ATTN: FTISB)
FIREARMS & AMMUNITION TECH DIVISION
244 NEEDY RD. SUITE 1600

MARTINSBURG, WV 25405
UNITED STATES US

SHIP DATE: 10MAR21
ACTWGT: 1.25 LB
CAD: 6991722/SSF02121

TO

RMA:

FedEx
Express

**RETURNS MON-FRI**
** 2DAY **

TRK# 7960 8731 5741
0221

95682
CA-US



EVAL:
316-300

VIA U.S. MAIL – CERTIFIED

March 17, 2021

Mr. Earl Griffith
Firearms & Ammunition Technology Division
Bureau of Alcohol, Tobacco, Firearms and Explosives
244 Needy Road
Martinsburg, WV 25405



RECEIVED
MAR 1 8 2021
FATD
BY:....................

RE:      Request for FATD Classification
███████████████████

Dear Mr. Griffith:

Our law firm represents ████████████████████    See attached
POA – you may correspond with us at ████████████████. Our client has
developed a receiver blank ████████ which is a Glock 19-Type, non-firearm, receiver blank,
not regulated by the 1968 Gun Control Act (18 U.S.C. §921, et seq.) ("GCA") or the National Firearms
Act (26 U.S.C. §53, et seq.) ("NFA"). ████████ submits this request in an effort to ensure the FATD
agrees with ████████ position on its classification that the ████████ is only a receiver blank, non-
firearm, which is not regulated under the GCA or the NFA.

We respectfully request that the Firearms & Ammunition Technology Division ("FATD") confirm
our internal conclusion that the ████████ as sold, does not meet the definition of "firearm" under
the GCA nor the NFA. A sample of the ████████ receiver blank as sold is submitted herewith for
your review and analysis.

### ANALYSIS AND CLASSIFICATION

80% FRAME
KIT
BUILD
KIT
QTY: 1

#### *Applicable Law*

The GCA, 18 U.S.C. §§ 921(a)(3) defines "firearm," to mean, in pertinent part:

> The term **"firearm"** means The term
> "firearm" means (A) any weapon (including
> a starter gun) which will or is designed to or
> may readily be converted to expel a projectile
> by the action of an explosive; (B) the frame
> or receiver of any such weapon; (C)
> any firearm  muffler or firearm  silencer; or

(D) any destructive device. Such term does not include an antique firearm.

The Code of Federal Regulations defines "**firearm**" further,

*Firearm.* Any weapon, including a starter gun, which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; the frame or receiver of any such weapon; any <u>firearm muffler</u> or <u>firearm silencer</u>; or any <u>destructive device</u>; but the term shall not include an <u>antique firearm</u>. In the case of a <u>licensed collector</u>, the term shall mean only curios and relics.

*Firearm frame or receiver.* That part of a <u>firearm</u> which provides housing for the hammer, bolt or breechblock, and firing mechanism, and which is usually threaded at its forward portion to receive the barrel.

The NFA, 26 U.S.C. § 5845(a), defines "**firearm**" as:

(1) a shotgun having a barrel or barrels of less than 18 inches in length; (2) a weapon made from a shotgun if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 18 inches in length; (3) a rifle having a barrel or barrels of less than 16 inches in length; (4) a weapon made from a rifle if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 16 inches in length; (5) any other weapon, as defined in subsection (e); (6) a machinegun; (7) any silencer (as defined in section 921 of title 18, United States Code); and (8) a destructive device. The term "firearm" shall not include an antique firearm or any device (other than a machinegun or destructive device) which, although designed as a weapon, the Secretary finds by reason of the date of its manufacture, value, design, and other characteristics is primarily a collector's item and is not likely to be used as a weapon.

### *Design & Function*

The ███████████ is designed to be a receiver blank, nothing more. It is a unibody design made out of a single casting without any core strengthening inserts. Moreover, it is void of any indicators that designate or provide guidance in the completion of a firearm. The ███████████ lacks critical machining operations thereby requiring the end user to perform essential machining themselves. Specifically, the ███████████ requires significant after purchase machining, drilling, gluing, etc., all of which takes significant time prior to the completion of a firearm. See attached Exhibit A – Work Instructions.

The fundamental design purpose is to ensure the ███████████ is not a firearm, rather it is a receiver blank that has not crossed the threshold of being considered a firearm. The characteristics of the ███████████ are indicative of the fact that the ███████████ may not fire a projectile and may not be "readily converted" to fire a projectile. The process takes significant time and effort. As evidence that the ███████████ is not a GCA regulated item, please note the following characteristics:

1. Pin holes not drilled, machined, or indexed. The owner is required to drill holes to complete.

   In order to build a firearm out of a ███████████ the owner of a ███████████ is required to drill holes from both sides of the receiver blank for the **trigger, locking block, and fire control housing** pins. See Exhibit B. This process requires the utilization of the owner's tools, i.e. drill press, drill vice, etc. Failure to properly drill the pin holes in the ███████████ body will result in a non-firearm, as the ███████████ will be incapable of firing a projectile.

2. The barrel seat is not yet machined or formed entirely. It is incapable of accepting a locking block. The dust cover and the locking block areas have obstructions that need removal. The owner is required to remove any forward and middle obstructions.

   In order to build a firearm out of a ███████████ the owner of a ███████████ is required to physically remove different obstructions in order for a barrel, locking block, and slide assembly to fit and function. See Exhibit C. This process requires the utilization of the owner's tools, i.e. rotary tools, pliers, sandpaper, etc. Failure to remove these obstructions properly will result in a non-firearm, as the ███████████ will be incapable of firing a projectile.

3. The ███████████ is devoid of any front or rear frame rails. The owner is required to attach the included "rails" and "rail inserts" by use of an adhesive.

   In order to build a firearm out of a ███████████ the owner of a ███████████ is required to adhere the frame rails and rail inserts to the ███████████ body by use of a provided adhesive. See Exhibit D. The adhesive must cure for at least 48 hours. Failure to properly glue the rails and rail inserts to the ███████████ body will result in a non-firearm, as the ███████████ will be incapable of firing a projectile.

ATF
March 17, 2021
Page 4 of 5

*How the* ████████ *is sold.*

The ████████ is sold exclusively through independent retail distributers. ████████ does not intend to sell the ████████ on its website. ████████ does intend to offer for sale the components necessary to complete a firearm on its website. Essentially, a potential buyer would purchase the ████████ from a retailer as a non-GCA receiver blank. Subsequently, the buyer would receive within the packaging of the ████████ an advertisement which advertises the ████████ webstore where the potential buyer would have the option of separately purchasing the necessary components to finalize the ████████ into a firearm. This sales method is by design, as the ████████ will be sold completely separately from the necessary components, thereby not running afoul of ATF's position on "buy, build, shoot kits". At no time will ████████ offer for sale a ████████ "kit" wherein all the necessary components are present.

*The* ████████ *cannot be "readily converted" into a firearm.*

The ████████ does not meet the definition of "firearm" under the GCA nor the NFA. Under the NFA, it does not meet one of the eight different classifications of NFA items.[1] Moreover, under the GCA the ████████ will not, nor is it designed to, expel a projectile by the action of an explosive. Additionally, it may not be readily converted to expel a projectile by the action of an explosive.

Neither ATF nor the GCA define "readily" as it relates to the definition of a "firearm". However, Courts have interpreted "readily" on the issue of "readily" restoring semi-automatic firearms into fully automatic firearms. There is not one consistent definition on this issue. The National Firearms Act ("NFA") defines a machine gun as "*any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger.*" 26 U.S.C. § 5845(b). One similarity between the definition of a firearm and the definition of a machine gun is that both include not only items which perform in a certain way, but also those items which may be "readily" converted to perform in a certain way. The NFA does not define "readily restored" just as the GCA does not define "readily converted".

Courts have, however, defined "readily" as it relates to machine guns in a variety of ways that are relevant to ATF's analysis of the ████████ In *U.S. v. One TRW, Model M14, 7.62 Caliber Rifle*, 441 F.3d 416 (6th Cir. 2006), the Sixth Circuit stated that common dictionary definitions "make clear that 'readily' is a relative term, one that describes a process that is *fairly* or *reasonably* efficient, quick, and easy." The term "readily restored" has been recognized by Courts to entail several elements of restoration. They are as follows:

1. **Time** needed for restoration;

---

[1] (1) a shotgun having a barrel or barrels of less than 18 inches in length; (2) a weapon made from a shotgun if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 18 inches in length; (3) a rifle having a barrel or barrels of less than 16 inches in length; (4) a weapon made from a rifle if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 16 inches in length; (5) any other weapon, as defined in subsection (e); (6) a machinegun; (7) any silencer (as defined in section 921 of title 18, United States Code); and (8) a destructive device.

ATF
March 17, 2021
Page 5 of 5

2. **Ease** or difficulty with which the weapon can be restored;
3. **Expertise** (knowledge and skills),
4. **Necessary equipment**
5. **Availability**, i.e., additional parts required for the work;
6. **Expense**;
7. **Scope of the work**; and
8. **Feasibility of the work**, that is "whether the restoration would damage or destroy the weapon or cause it to malfunction."

Additionally, courts have ruled that the term "readily" means the completion of the modifications can be completed within two minutes. *See U.S. v. Woodlan*, 527 F. 2d 608 (6ᵗʰ Cir. 1976).

In sum, the ███████████ is not a GCA nor an NFA firearm. The ███████████ takes significant time to complete (at a minimum 48 hours for the glue to cure alone, in addition to the other steps involving drilling, machining, etc.). It is not done with ease as it involves special skill, expertise and tools. Additionally, the parts are not readily available at a single location (including the necessary tools to complete a firearm), nor are they cheap enough to be available to everyone. Lastly, there is a chance of damaging or destroying the receiver blank during modification, given what the material it is comprised of.

## *CONCLUSION*

The ███████████ is not a GCA regulated firearm. "Receiver blanks that do not meet the definition of a "firearm" are not subject to regulation under the Gun Control Act."[2] The ███████████ is a receiver blank that does not meet the definition of "firearm" under the law. It is, therefore, our position that the ███████████ receiver blank is classified as a receiver blank that is not regulated by the GCA or the NFA. ███████████ respectfully requests that FATD confirm that the ███████████ is classified as a non-firearm receiver blank that is not regulated by the GCA or the NFA.

If you have any questions, or need additional information, please contact us. We thank you in advance for your determination and look forward to hearing from you.



Sincerely,

---

[2] See https://www.atf.gov/firearms/qa/are-%E2%80%9C80%E2%80%9D-or-%E2%80%9Cunfinished%E2%80%9D-receivers-illegal - last accessed on February 2, 2021.



February 12, 2020

**VIA E-MAIL TO Tracey.L.Robertson@usdoj.gov**
Bureau of Alcohol, Tobacco, Firearms and Explosives
Federal Firearms Licensing Center
Attn: Chief, Tracey Robertson
244 Needy Road
Martinsburg, WV 25405

             Re:    **ATF POWER OF ATTORNEY**
                    **ENTITY:**

Dear Ms. Robertson:

The referenced entity ("the Applicant") has engaged certain professionals to advise it with regard to its application for Federal Firearms License(s), among other ATF-related matters that may occur from time to time.

The Applicant gives this **Power of Attorney** empowering the individuals identified in the attached **Schedule A** to act and speak on the Applicant's behalf. This **Power of Attorney** includes, but is not limited to, the power to communicate with any ATF Director, Branch or Division Chief, Director of Industry Operations, Area Supervisor, Inspector, Agent, counsel, or any other official regarding any and all matters dealing with the Gun Control Act and National Firearms Act and the Applicant. The Applicant acknowledges and agrees that you may speak freely with the individuals identified on **Schedule A** as if you were dealing with the Applicant itself.

Federal Firearms Licensing Center
February 12, 20
Page 2 of 2

## SCHEDULE A



# EXHIBIT A

ATF Supp 000538



80% Instructions

# Table of Contents

Introduction..............................................................................................................................

Warranty ..................................................................................................................................

Bill of Materials........................................................................................................................

Procedures for finishing frame................................................................................................

Drill the holes (TO BE DONE FIRST)........................................................................................

Locking blocking obstruction removal ....................................................................................

Dust cover obstruction removal .............................................................................................

Recoil rod obstruction removal ..............................................................................................

Front and rear rail install.........................................................................................................

Trouble shooting......................................................................................................................

## PLEASE READ INSTRUCTIONS BEFORE ATTEMPTING ANY WORK.

1 <span style="background:black">████████</span>

# Introduction:

Insert language about purchasing ███████ product

The following content is critical for understanding the details on how to complete your new "insert final product name". The instructions within this document supersede any video or documents found elsewhere.

The instructions will be a step by step process on how to complete your new pistol. They will detail the procedures for drilling the pin holes along with the removal of the indicated impediments. As there are many methods that can produce the same result, we recommend that you follow the instructions as indicated.



2 |

## Warranty:

Insert language about what limits ███████ offer.

There are limits to coverage, particularly when the customer damages the product through poor craftsmanship or improper control during the milling process, and when they drill holes using the wrong tools. Additionally, after the milling is completed, the build process seems to be where most people get into trouble, particularly during assembly and cleaning. Here are key areas that you need to watch for

1. Drill the pin holes using the stencil provided in the ███████ kit. Use a drill press and the drills provided in the kit. DO NOT use a hand drill either with or without a drill press vise or cross slide vise to drill your holes.

2. Only use the adhesive that is provided in the kit. This is designed for contact with polymer-based products. Super Glue versions are not to be used on the polymer.

3. Take care to know what chemicals you use on the polymer frame. DO NOT USE ACETONE FOR ANY REASON.  Or products that contain acetone ie Break free.  Use regular gun oil.

3 █████████

## Bill of Materials:

Below are the parts and tools that will be provided when you purchase a <mark>"insert final product name"</mark>. Additional tools will be required and will be expanded upon in the next section.

| PART DESCRIPTION | QUANTITY |
|---|---|
| LWC>80 % frame | 1 |
| Flat Backstrap | 1 |
| Swelled Backstrap | 1 |
| Magwell | 1 |
| Front Rail insert | 2 |
| Rear Rail insert | 2 |
| Front Rail cap | 2 |
| Rear Rail cap, Left | 1 |
| Rear Rail cap, Right | 1 |
| .1 oz Instant-Bond Adhesive Loctite® 380 | 1 |
| High-Speed Steel Drill Bit 3mm Size | 1 |
| High-Speed Steel Drill Bit 4mm Size | 1 |

<mark>ADD OTHER parts to photo</mark>



## Procedure for Finishing the Frame:

We will briefly begin with an overview of the stencil and its workings. These instructions will act as a guide as you work to complete your "insert final product name" frame. We understand that there are multiple methods and techniques that can be utilized to complete the frame. The instructions that follow are a proven technique to fulfill the operations to complete the frame. We will not expand on any other methods (i.e using a milling machine) besides what is laid out in this document.

Within the instructions the goal is to complete the following:

1) Drill holes (from both sides) for Trigger, Locking Block, and Fire control housing pins.

2) Remove forward and middle obstruction to allow for a slide assembly.

3) Remove rear obstruction to allow for the install of trigger and locking block.

4) Install front rail insert.

5) Install rear rail insert.

Throughout this document we will be using a variety of tools some of which will not be provided in your "insert final product name" kit. We recommend the following:

1) Dremel hand tool (or likeness) with a sanding drum

2) Pair of needle nose pilers (or likeness)

3) Drill press

4) 4-inch drill vise

5) Sandpaper 220 grit or higher

NOTE: Some of these tools can destroy your frame if used improperly. We recommend that they be operated under an experience and steady hand.

5

ATF Supp 000543

## Drilling the Holes: PERFORM THIS STEP FIRST

In our first operation we will be drilling holes for the trigger, locking block and Fire control housing pins. This step must be performed first. We will be drill from both sides of the frame.

Use only the stencil and drill bits provided. Do not attempt to drill holes without the stencil. Doing so will result in poor hole placement and will cause failures.

1) Insert the Stencil into the frame. Ensure that the narrow end is facing forward (muzzle end).



6 |

2) Clamp stencil and frame into a cross vise or equivalent. Hold the frame and stencil firmly against the vise as you tighten the clamp. Be sure not to over tighten as it may deflect and cause the issues with the holes.



ATF Supp 000545

3) Load the 3mm drill into the drill press. Place the vise onto the drill press table and adjust the height until the end of the drill is 3" from the stencil. Keep the vise free moving to ensure the drill can self-center in the stencil. It may help to rotate the vise for the FCH pin hole to make sure you are drilling over the drill press table. DO NOT ATTEMPT TO DRILL TROUGH THE STENCIL.

   a. Remove the 3mm drill and replace it with the 4mm drill.



4) Flip the assembly and perform step 3



8

5) Remove the frame from the vise and the stencil. **Deburr** to remove any lingering polymer.

# LOCKING BLOCK OBSTRUCTION REMOVAL:

To remove the obstructions, we will need a pair or needle nose pilers, a Dremel hand tool and some sandpaper. When examining the frame, you will notice snap features (shown below). These are designed to allow the user to remove most of the obstruction with pilers. We will first use the plies to remove the obstruction, the Dremel to clean up and residual plastic and finally some sandpaper for finishing touches.



ATF Supp 000547

1) Place the frame into the vise in an upright position. Clamp to a stable work bench.
2) Using the pliers break away the obstructions on both sides



Results should be like this.



10 |

3) Using the Dremel and sandpaper, remove any remain plastic until a locking block will fit smoothly. This will require a steady hand. Do not be too aggressive.



We are looking for the following result.



11

## Dust Cover Obstruction Removal:

1) Keep the Frame in the vise as described in previous section.
2) Using the Dremel remove and smooth out the dust cover obstructions.



We are looking for the following result



12 |

Recoil Rod Obstruction Removal:

1) Using the same steps in the "Locking Block" remove the plastic obstructions.

We should get a result like the following



Review all the areas where obstructions were removed and ensure that there is no remain plastic, debris or burrs.  Loose debris may cause issues with the next steps.

13 |

## Front and Rear Rail Install:

Once again ensure that there is no left-over debris from sanding.  Leave the frame upright in the vise. Here we will be able to finalize the install of the rails.

1) With the frame secured in the vise apply a small amount of the glue (provided in the kit) To the pockets of the frame. A small brush will help coat the entire surface.



APPLY SMALL AMOUNT
OF GLUE TO ENTIRE
SURFACE

14 |

2) Now slide the rails into each pocket. Note that the rail should be facing away from the center of the frame.



**RAILS FACING AWAY FROM CENTER OF FRAME**

ATF Supp 000553

3) Apply glue to the faces of the rail inserts. Be sure to include a small amount on the bosses that protrude through the rail insert.



APPLY GLUE TO THE RAIL INSERTS. INCLUDE THE BOSS AREAS.

NOTE: THERE ARE TWO SEPARATE REAR RAILS. LEFT AND RIGHT WHICH IS INDICATED ON THE BOSS.



16 |

4) Press all four insert firmly into the frame and hold.  The glue will set quickly but will need **24 HOURS TO CURE**.



## LET SIT FOR 24 HOURS BEFORE ATTMEPTING TO FIT AND FUNCTION THE FRAME.

17

FOR QUESTIONS OR CONCERNS PLEASE CONTACT [REDACTED] AT "INSERT NUMBER" OR VISIT "INSERT WEB ADDRESS FOR ONLINE HELP"

18

# EXHIBIT B

ATF Supp 000557



ATF Supp 000558

# EXHIBIT C

ATF Supp 000559





Obstructions requiring removal by owner

ATF Supp 000561

EXHIBIT D

ATF Supp 000562



DEVOID OF FRONT OR REAR FRAME RAILS



ATF Supp 000564







March 15, 2021

Branch Chief
B.A.T.F.
Firearms Technical Branch
244 Needy Road
Martinsburg, WV 25405

EVAL:
316-304



Dear Sir / Madam:

ONE
Receiver
Blank

*I am submitting a prototype of a receiver blank for determination as to whether it is a firearm or not.* This blank is for the ▮▮▮▮▮▮ pistol. At the counsel of an expert, we have taken several steps to ensure it is not a firearm, as well as ensured the pathway to completion as a firearm will be a legal semi-automatic pistol, taking significant additional effort to do otherwise.

*Steps to completion:*

1. Machine fire control group holes, including making a keyway for the selector hole.
2. Machine a window in the bottom for the trigger.
3. Machine the front takedown pin hole.

*Steps we have taken to ensure the pathway of completion is one towards a legal semi-automatic pistol:*

1. A denial shelf has been added to the right-hand side of the fire control group pocket, preventing the installation of the auto sear without significant material removal.
2. The through-hole on the bottom of the receiver that functions as both a detent for the retainer plate and an auto sear spring has been changed to a blind hole.
3. The holes for the rate reducer mechanism have been omitted.
4. The stock dovetail has been omitted.

The above steps are the same as on the already imported and common ▮▮▮▮▮▮▮ *pistols, with the additional step of adding the auto sear denial shelf.*
I have enclosed my company's FFL and a return shipping label.


Thank you for your time and consideration,

▮▮▮▮▮▮▮

▮▮▮▮

P.S. I apologize for the poor print quality.
The sentences appearing Italicized was not intended.



FIREARMS & AMMUNITION TECHNOLO
BUREAU OF ALCOHOL, TOBACCO, FI
244 NEEDY ROAD
MARTINSBURG WV 25405

**2 LBS**

**RS**  DWT: 10,8,4

**1 OF 1**

**NC 283 0-01**

**UPS 2ND DAY AIR**

TRACKING #: 1Z 0WX 449 87 2425 0834

**2**

BILLING: P/P
DESC: Goods or Documents
RETURN SERVICE

XOL 21.02.07      NV45 42.0A 01/2021*

ATF Supp 000568



RECEIVED
MAR 18 2021
FATD
BY: ...........

BUREAU OF
244 NEEDY RD
STE 1800
MARTINSBURG WV 25405

P: ORANGE S: LEFT
WOOD — MFL
2847

2 LBS

DWT: 10,8,4

SHIP TO:
FIREARMS & AMMUNITION TECHNOLOGY DI
BUREAU OF ALCOHOL, TOBACCO, FIREARM
244 NEEDY RD
MARTINSBURG WV 25405-9431

MD 217 9-10

UPS 2ND DAY AIR
TRACKING #: 1Z 0WX 449 02 1592 2847

2

BILLING: P/P

XOL 21.02.07    NV-15 42.0A 01/2021*

ATF Supp 000569

# EVAL  316 – 492



RECEIVED
APR 1 2 2021
BY: FATO



ATF Supp 000570

EVAL. 316—492

**Snyder, Guy J.**

| | |
|---|---|
| **From:** | [redacted] |
| **Sent:** | Monday, April 12, 2021 3:59 PM |
| **To:** | Snyder, Guy J. |
| **Subject:** | [redacted] |

Greetings,

Enclosed is a sample of an incomplete receiver intended for application on an AR-15 type rifle.

This sample is submitted for determination that it is not a functional firearm, and that it satisfies all legal requirements outlined by law. It has been created only with required and desired external features but none that should make it immediately operational as a firearm component. We await your determination and are ready and willing to make any modification or change to the design to fulfill and satisfy your requests.

Please contact us with any inquiry,

RECEIVED
APR 1 2 2021
BY: FATO

ONE
AR-15
Lower
Receiver

1

ATF Supp 000571



FROM: (877) 283-3352
Firearms & Ammo Tech Division
BATFE
244 Needy Road
MARTINSBURG WV 25405
US

TO

CAD 250713486/INET4340
DIMMED 8 X 8 X 4 IN

(US)

PO          DEPT
RMA:

FedEx Ground

G

TRK# 7733 5808 7364          RETURN

84790

9632 0137 6 (000 000 0000) 0 00 7733 5808 7364

EVAL.
316-492

RECEIVED
APR 12 2021
BY: KATY

SHIP DATE 05APR21
ACTWGT 1.50 LB
CAD 250713486/NET4340
DIMMED 8 X 8 X 4 IN

BILL SENDER

TO Firearms & Ammo Tech Division
BATFE
244 Needy Road

MARTINSBURG WV 25405
(877) 283-3352        REF
INV
PO                    DEPT

(US)

ONE
AR-15
Lower
Receiver

FedEx.
Ground

G

4/12/2021
@ 3:40 PM
CUSTOMER
WILL PROVIDE
PAPER WORK

TRK# 7733 5808 6931

25405

9632 0019 6 (000 000 0000) 0 00 7733 5808 6931



EVAL. 316–778

5.17.2021



RECEIVED
MAY 2 4 2021
FA70
BY: ..........................

To whom it may concern,

THREE
AR-15
Receivers

I am writing and submitting 3 versions of our lower receiver as an 80% unit for production. Please inform as to whether all three suffice as an 80% classification. Thank you for your time.

Regards,





3 LBS

RECEIVED

MAY 2 4 2021

BY: FA7D

1 OF 1

SHIP TO:
FTISB
BUREAU OF ATF
SUITE 1600
244 NEEDY ROAD
MARTINSBURG  WV 25405

5/21/2021

MD 217 9 – 10

UPS GROUND
TRACKING #: 1Z 923 3XY 03 4096 3981

BILLING:  P/P

ATF Supp 000575



EVAL:
317 — 036

RECEIVED
JUN 2 8 2021
FATD
BY: ...................

June 23, 2021

**Bureau of Alcohol, Tobacco, Firearms, and Explosives**
Firearms & Ammunition Technology Division
**Attn: FTISB**
244 Needy Road Suite 1600
Martinsburg, WV 25405

**Subj: Request Receiver Determination**

ONE
AR-15
Receiver

Sir,

Please find a prototype partially finished AR pattern lower included. We would like a receiver determination as to whether the FTISB would consider the included components to be a firearm.

Additionally, if the fire control recess, hammer pin, trigger pin, and selector pin holes were machined, which part would be considered the receiver?

Email correspondence is included for clarity, and if there are further questions I can be reached at ▇▇▇▇▇▇▇▇ or
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Thank you.



**From:** Fire Tech
**Sent:** Monday, May 17, 2021 2:55 PM
**To:** ████
**Subject:** RE: Partially Machined AR Pattern Lower Receiver



Dear ████

In some cases we can make this type of (AR receiver) determination from a 3D printed prototype. Please include in your supporting information any specific questions that you have in relation to your request. Such as; that you are requesting a receiver determination on the submitted sample, and that the sample is a prototype (include information advising exactly what material will be used to manufacture the receivers.)

To help in preparation - note where we have indicated on www.atf.gov that FTISB has previously determined that an AR-type receiver which has no machining of any kind performed in the area of the trigger/hammer (fire control) recess might not be classified as a firearm. Such a receiver could have all other machining operations performed, including pivot-pin and takedown-pin hole(s) and clearance for the takedown-pin lug that does not exceed .800 inches (measured from immediately forward of the front of the buffer retainer hole) but must be completely solid and un-machined in the fire-control recess area. Also, hammer pin, trigger pin, and selector holes should not be machined to any degree and should not be indexed or marked for machining.

Thank you,

FATD-FTISB

**From** ████
**Sent:** Monday, May 17, 2021 2:25 PM
**To:** Fire Tech <Fire_tech@atf.gov>
**Subject:** RE: Partially Machined AR Pattern Lower Receiver

Thanks for the quick reply. Would a 3D printed full scale sample work? The actual item would be made from aluminum. I'm trying not to machine parts any further than necessary without guidance.

Thanks.

████

**From:** Fire Tech
**Sent:** Monday, May 17, 2021 2:11 PM

**Subject:** RE: Partially Machined AR Pattern Lower Receiver

Please be aware the Firearms and Ammunition Technology Division does not classify firearms based on drawings, photographs, written descriptions, or diagrams. In order to render an appropriate classification, a physical sample must be submitted to the Firearms and Ammunition Technology Division for evaluation.  If you would like to send the subject sample item and any supporting information and questions, please ship it to our address:

Bureau of Alcohol, Tobacco, Firearms, and Explosives
Firearms & Ammunition Technology Division
**Attn: FTISB**
244 Needy Road Suite 1600
Martinsburg, WV  25405

It should be noted that correspondence from our Division is dependent upon, and unique to, the particular facts, designs, characteristics, exact configurations or scenarios presented in an individual submission. Although other firearms may appear to present similar issues, because of wide variation in design and the legal significance of any particular design feature, FTISB classifications only pertain to the particular item submitted and evaluated.   The variety of submissions, applicable statutes, and judicial interpretation of these statutes, the individual submitter's intent, and the objective design features supporting that intent are examples of variables that make generally applicability of a particular classification exceedingly rare.

The Firearms Technology Industry Services Branch (FTISB) classifies firearms as defined by the Gun Control Act (GCA) and National Firearms Act (NFA).  These statutes generally regulate "firearms" and not individual components.  However, the use of a component may be relevant in showing the submitter's intent to bring the firearm under a particular statutory definition. Therefore, any requests for a determination on how an accessory affects the classification of a firearm under the GCA or NFA must include a functioning firearm with the accessory already installed.

You must include a pre-paid label for the return of the item. If shipping any firearms, we advise you ship them via FedEx or another similar carrier. Also, we

ATF Supp 000578

cannot guarantee that the item(s) will not be damaged or destroyed during the evaluation process.

**From**

**Sent:** Monday, May 17, 2021 2:06 PM
**To:** Fire Tech <Fire_tech@atf.gov>
**Subject:** Partially Machined AR Pattern Lower Receiver

Good Afternoon,

Would the ATF consider any of the attached pictures to be firearms? The fire control cavity is left solid on the left and right halves, so to my understanding based off the ATF website this would mean none of the three parts would meet the requirements to be a receiver, but I'd like to be sure.

This is the ATF page I'm referencing: https://www.atf.gov/firearms/qa/are-%E2%80%9C80%E2%80%9D-or-%E2%80%9Cunfinished%E2%80%9D-receivers-illegal

Thanks.



ATTN: FTISB
9105959072
BATFE
244 NEEDY RD STE 1600
MARTINSBURG  WV 25405-9431

2 LBS
DWT: 12,6,2

1 OF 1

RS

Part # 156890-435  RRDB  EXP  04/19

NC 285 1-01

UPS GROUND

TRACKING #: 1Z 179 Y10 90 9946 6649

BILLING: P/P
DESC: RMA# 873485221
RETURN SERVICE



2 LBS
DWT: 12.6.2

1 OF 1

Part # 156608-435   RBDB EXP 04/19

SHIP TO:
ATTN: FTISB
BATFE
FIREARMS & AMMUNITION TECH DIV
244 NEEDY RD STE 1600
MARTINSBURG WV 25405-9431

MD 217 9-10

UPS GROUND
TRACKING #: 1Z 179 Y10 03 9692 1235

BILLING: P/P

RECEIVED
JUN 2 8 2021
FATD
BY: ...................



ATF Supp 000581

January 7, 2021          EVAL.
                         315 - 876

RECEIVED
JAN 2 0 2021
FATD
BY: ........................

ATF – Technical dept

Dear Sir,

We would like for you to evaluate these 5 80% receivers, AR-15, AR-10,
AR9, AR15 Single Shot and a 1911  to determine if they are classified as a
legal firearm or an 80% receiver. I kindly ask for a individual letter with
photos for each receiver. I also attached a letter I received from you back in
2013 if needed for reference. Enclosed is a prepaid shipping label
to return the samples.

Thank you very much.



BAH

ONE
RTN Label
Retained
w/EVAL. 315-876

RECEiVERS:

AR-9 — EVAL.
           315-876-DAS

AR-10 - EVAL.
           347-414

AR-15 - EVN.
           347-416

AR-15 SS EVAC
              347-418

1911 - EVAL.
        347-420

TOTAL: 5



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Martinsburg, WV 25405

www.atf.gov

903050:MCP
3311/301066

July 16, 2013





JAN 2 0 2021
FATD
BY: ...........................

This is in reference to your correspondence to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Branch (FTB), which accompanied your prototype sample of a partially-finished AR-15 type receiver your company intends to manufacture and market. Specifically, you requested an examination and classification of the submitted sample pursuant to the amended Gun Control Act of 1968 (GCA) and asked if this sample would be regulated as a "firearm" under the GCA.

As background, the GCA, 18 U.S.C. § 921(a)(3), defines the term "firearm" to include *any weapon (including a starter gun) which will or is designed to or may be readily converted to expel a projectile by the action of an explosive...[and] ...the frame or receiver of any such weapon....*

Based on this definition, a firearm receiver casting or firearm receiver blank can itself be a "firearm" if completed to the point at which it can be recognized as a firearm frame or receiver.

As you may be aware, FTB has previously determined that an AR-15 type receiver which has no machining of any kind performed in the area of the trigger hammer (fire-control) recess might not be classified as a firearm. Such a receiver could have all other machining operations performed, including pivot-pin and takedown-pin hole(s) and clearance for the takedown-pin lug, but must be completely solid and un-machined in the fire-control recess area.



Our examination confirmed that the submitted sample has been partially machined, including pivot-pin and takedown pin hole(s). The item incorporates a selector detent hole, but it is completely solid and un-machined in the fire-control recess area (see photos below).





Submitted prototype sample

Accordingly, FTB finds that your prototype is not a "firearm" as defined in the GCA. We caution that this finding is based on the sample as submitted. If the design, dimensions, configuration, method of operation, or materials used were changed, our determination would be subject to review.

To facilitate return of the submitted item, please provide FTB with an appropriate FedEx or similar account number within 60 days of receipt of this letter.



Page 3

We thank you for your inquiry and trust that the foregoing has been responsive to your request.

Sincerely yours,

*K Earl Griffith*
Chief, Firearms Technology Branch



ATF Supp 000586



FROM:

**P**

US POSTAGE AND FEES PAID
2021-01-07
28412
C69245
ComPlsPrice
FLAT RATE MED BOX

easypost

0901000002351

**USPS PRIORITY MAIL**

0024

R023

FIREARMS & AMMUNITION TECHNOLOGY
MIKE WINTERS
244 NEEDY RD
MARTINSBURG WV 25405-9431

1/20/21

**USPS TRACKING #**

9405 5368 9523 2524 3674 15

January 7, 2021    EVAL.
                   315 — 876

RECEIVED
JAN 2 0 2021
FATD
BY: .......................

ATF – Technical dept

Dear Sir,

We would like for you to evaluate these 5 80% receivers, AR-15, AR-10,
AR9, AR15 Single Shot and a 1911 to determine if they are classified as a
legal firearm or an 80% receiver. I kindly ask for a individual letter with
photos for each receiver. I also attached a letter I received from you back in
2013 if needed for reference. Enclosed is a prepaid shipping label
to return the samples.

Thank you very much.

BAH

ONE
RTN Label
Retained
w/EVAL. 315-876

Receivers:

AR-9 — EVAL.
            315-876-OAS

AR-10 - EVAL.
            317-414

AR-15 - EVAL.
            317-416

AR-15 SS EVAL
            317-418

1911 - EVAL.
            317-420

TOTAL: 5



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Martinsburg, WV 25405

www.atf.gov

903050:MCP
3311/301066

July 16, 2013





RECEIVED
JAN 20 2021
BY: ......................

This is in reference to your correspondence to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Branch (FTB), which accompanied your prototype sample of a partially-finished AR-15 type receiver your company intends to manufacture and market. Specifically, you requested an examination and classification of the submitted sample pursuant to the amended Gun Control Act of 1968 (GCA) and asked if this sample would be regulated as a "firearm" under the GCA.

As background, the GCA, 18 U.S.C. § 921(a)(3), defines the term "firearm" to include *any weapon (including a starter gun) which will or is designed to or may be readily converted to expel a projectile by the action of an explosive...[and] ...the frame or receiver of any such weapon....*

Based on this definition, a firearm receiver casting or firearm receiver blank can itself be a "firearm" if completed to the point at which it can be recognized as a firearm frame or receiver.

As you may be aware, FTB has previously determined that an AR-15 type receiver which has <u>no machining of any kind performed in the area of the trigger hammer (fire-control) recess</u> might not be classified as a firearm. Such a receiver could have all other machining operations performed, including pivot-pin and takedown-pin hole(s) and clearance for the takedown-pin lug, but must be completely solid and un-machined in the fire-control recess area.

ATF Supp 000589



Page 2

Our examination confirmed that the submitted sample has been partially machined, including pivot-pin and takedown pin hole(s). The item incorporates a selector detent hole, but it is completely solid and un-machined in the fire-control recess area (see photos below).





Submitted prototype sample

Accordingly, FTB finds that your prototype is not a "firearm" as defined in the GCA. We caution that this finding is based on the sample as submitted. If the design, dimensions, configuration, method of operation, or materials used were changed, our determination would be subject to review.

To facilitate return of the submitted item, please provide FTB with an appropriate FedEx or similar account number within 60 days of receipt of this letter.



Page 3

We thank you for your inquiry and trust that the foregoing has been responsive to your request.

Sincerely yours,

J/K Earl Griffith
Chief, Firearms Technology Branch



**USPS PRIORITY MAIL**

FIREARMS & AMMUNITION TECHNOLOGY
MIKE WINTERS
244 NEEDY ROAD
MARTINSBURG WV 25405

0004

C105

**USPS TRACKING #**

9405 5368 9523 2524 3651 45

ATF Supp 000592



January 7, 2021

EVAL.
315-876

RECEIVED
JAN 2 0 2021
FATD
BY:.........................

ATF – Technical dept

Dear Sir,

We would like for you to evaluate these 5 80% receivers, AR-15, AR-10,
AR9, AR15 Single Shot and a 1911 to determine if they are classified as a
legal firearm or an 80% receiver. I kindly ask for a individual letter with
photos for each receiver. I also attached a letter I received from you back in
2013 if needed for reference. Enclosed is a prepaid shipping label
to return the samples.

Thank you very much.



BAH

ONE Label
RTN Label
Retained
w/EVAL. 315-876

RECeiveR's:

AR-9 — EVAL. 315-876-DAS

AR-10 - EVAL. 317-414

AR-15 - EVAL. 317-416

AR-15 SS EVAL 317-418

1911 - EVAL. 317-420

TOTAL: 5

ATF Supp 000594



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

_Martinsburg, WV 25405_

www.atf.gov

903050:MCP
3311/301066

July 16, 2013





RECEIVED
JAN 20 2021
FATD
BY:.........................

This is in reference to your correspondence to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Firearms Technology Branch (FTB), which accompanied your prototype sample of a partially-finished AR-15 type receiver your company intends to manufacture and market. Specifically, you requested an examination and classification of the submitted sample pursuant to the amended Gun Control Act of 1968 (GCA) and asked if this sample would be regulated as a "firearm" under the GCA.

As background, the GCA, 18 U.S.C. § 921(a)(3), defines the term "firearm" to include _any weapon (including a starter gun) which will or is designed to or may be readily converted to expel a projectile by the action of an explosive...[and] ...the frame or receiver of any such weapon...._

Based on this definition, a firearm receiver casting or firearm receiver blank can itself be a "firearm" if completed to the point at which it can be recognized as a firearm frame or receiver.

As you may be aware, FTB has previously determined that an AR-15 type receiver which has <u>no machining of any kind performed in the area of the trigger hammer (fire-control) recess</u> might not be classified as a firearm. Such a receiver could have all other machining operations performed, including pivot-pin and takedown-pin hole(s) and clearance for the takedown-pin lug, but must be completely solid and un-machined in the fire-control recess area.

ATF Supp 000595



Our examination confirmed that the submitted sample has been partially machined, including pivot-pin and takedown pin hole(s). The item incorporates a selector detent hole, but it is completely solid and un-machined in the fire-control recess area (see photos below).





Submitted prototype sample

Accordingly, FTB finds that your prototype is not a "firearm" as defined in the GCA. We caution that this finding is based on the sample as submitted. If the design, dimensions, configuration, method of operation, or materials used were changed, our determination would be subject to review.

To facilitate return of the submitted item, please provide FTB with an appropriate FedEx or similar account number within 60 days of receipt of this letter.



Page 3

We thank you for your inquiry and trust that the foregoing has been responsive to your request.

Sincerely yours,

J/K Earl Griffith
Chief, Firearms Technology Branch





FROM:

US POSTAGE AND FEES PAID   easypost
2021-01-07
28412
C69245
ComPtsPrice
FLAT RATE MED BOX                    0901000002351

USPS PRIORITY MAIL

0024

R023

FIREARMS & AMMUNITION TECHNOLOGY
MIKE WINTERS
244 NEEDY RD
MARTINSBURG WV 25405-9431

1/20/21

USPS TRACKING #

9405 5368 9523 2524 3674 15



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Firearm & Explosives Imports Branch*

EVAL.
317—596

*Martinsburg, WV*

www.atf.gov

July 14, 2021

901030:RH
5330,█████████



ONE
AR-15
Receiver



This is in response to your permit application dated, June 15th, 2021, to import twenty-five thousand (25,000) ██████████████████ "FIREARM PARTS : LOWER RECEIVER, AR15 80%" into the United States.

The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) was unable to determine the import status of the ████████████████ "FIREARM PARTS : LOWER RECEIVER, AR15 80%" described on your application from the information provided. The regulations (27 CFR 478.116) provide that the director may authorize the conditional importation of firearms for the purpose of examining and testing the firearms, in order to determine the import status.

We have conditionally approved your permit application to allow you to import one (1) ██████████████████ "FIREARM PARTS : LOWER RECEIVER, AR15 80%" to the Firearms Technology Industry Services Branch (FTISB) for an import evaluation. When submitting firearms to ATF for examination and testing, please enclose the following documentation:

(1)   A copy of this letter and corresponding ATF Form 6 Part 1 permit;

(2)   Manufacturer's information for the firearm;

(3)   The reason(s) for testing the firearm; and

(4)   Any additional information that will assist FTISB in the examination and testing of the firearm

-2-

███████████████████████

This permit is authorized under the condition that the firearm be shipped under U. S. Customs and Border Protection supervision directly to the:

    Director
    Bureau of Alcohol, Tobacco, Firearms and Explosives
    Attention:  Firearms Technology Industry Services Branch
    244 Needy Road
    Martinsburg, WV  25405
    (304) 616-4300

If a determination is made that the firearm may not be imported, you have three alternatives:

(1) Destroy the firearm;

(2) Abandon the firearm to ATF or Customs; or

(3) Arrange for exportation of the firearm from the United States pursuant to an export license issued by the Office of Defense Trade Controls, Department of State, if existing U.S. Government policy does not preclude the issuance of a license for such exportation.

Samples may be shipped to ATF via FedEx, FedEx Ground or the United Parcel Service. All freight shipments and courier delivery shipments can only be received Monday through Thursday between 0800 and 1500 hours; or Friday 0800 to 1330. Please call the Firearms Technology Industry Services Branch at (304) 616-4300 should you need additional assistance. Do not ship any type of ordnance, explosives or hazardous materials to the Firearms Technology Industry Services Branch.

You must provide specific instructions detailing your wishes concerning the lawful disposition of the firearm. If such instructions are not received within 60 days of the notification from the Firearms Technology Industry Services Branch regarding the completion of our examination, the firearm will be considered abandoned and will be disposed of according to the needs of the government.

For questions related directly to the evaluation or an evaluation status check please contact the Firearms and Technology Division at 304-616-4300 or via email at fire_tech@atf.gov.

We trust that the foregoing information will be of assistance to you. Should you have further questions or concerns relative to this matter, please do not hesitate to call Examiner ███████ at ██████ or email ███████████ and refer to the nine-digit permit number located in the top right hand corner of this letter.

                    Sincerely yours,

                    Max M. Kingery
           Chief, Firearms and Explosives Imports Branch

OMB No 1140-0005 (12/31/2022)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Application and Permit for Importation of Firearms, Ammunition and Defense Articles**

Not for use by Members of the United States Armed Forces.

| For ATF Use Only | | For Applicant's Optional Use | |
|---|---|---|---|
| Permit No. (Valid for 24 months from the date appearing in Item 19 below.) NPR No | | Internal Control/Reference # | E-mail Address (Optional) |

**Section I - Application** (Submit in triplicate) - For Applicant Use

| 1. Federal Firearms License (If Any) | | 2. Telephone No. (Including Extension No.) | 3. Country of Exportation |
|---|---|---|---|
| License No. (x-xx-xxx-xx-xx-xxxxx) | Expiration Date | | TAIWAN |

4. Name and Address of Customs Broker (Including Zip Code)

Check here if permit is to be returned to Customs Broker ☐

5. Applicant's Name and Address (Including Zip Code)

Check here if permit is to be returned to applicant. ☒

6. Name and Address of Foreign Seller, if any

7. Name and Address of Foreign Shipper

8. Description of Firearms and Ammunition (For firearms, enter (SG)-Shotgun; (RI)-Rifle; (PI)-Pistol; (RE)-Revolver; (DD)-Destructive Device; (MG)-Machinegun)

| | Name and Address of Manufacturer City and State or City and Country a. | Type (Pistol, Revolver, SG, RI, PI, RE,DD,MG) b. | Caliber Gauge or Size c. | Quantity (Each type) d. | Unit Cost (U.S. Currency) e | U.S. Munitions Import List Category f | Model (required) g. | Length of Barrel (Inches) h. | Overall Length (Inches) i. | Serial No. j. | New (N) or Used (U) k. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Firearms** ☐ See Attachment | | | | | | | | | | | |
| **Defense Articles** ☐ See Attachment | | | | Requested: 25000, Granted: 1 | 0 | I(A) | Description **SEE ATTACHED OVERFLOW PAGE** | | | | |
| **Ammunition** ☐ See Attachment | | Core Material (Lead, Steel etc.) | (Ball Wad-cutter, Shot, AP, Tracer) (Rounds) | | | | | | | | |

9. Certification of Origin. The items sought for importation in block 8.

a. Do not contain parts or components produced by or for the U.S. military and do not contain parts or components manufactured with U.S. military technical data or assistance. ☒

b. Contain parts or components produced by or for the U.S. military or parts or components manufactured with U.S. military technical data or assistance. ☐

c. Contain parts or components produced by or for the U.S. military or components manufactured with U.S. technical data or assistance that were sold abroad pursuant to a Direct Commercial Sale licensed by the Department of State. ☐

10. Specific Purpose of Importation, Including Final Recipient, If Known (Use additional sheets, if necessary)
RESALE

11. Are You Registered as an Importer Pursuant to The Arms Export Control Act of 1976   Yes ☒  No ☐

12. If "Yes," Give Importer's Registration No. and Expiration Date (A-xx-xxx-xxxx)

Under the penalties provided by law, I declare that I have examined this application, including the documents submitted in support of it, and, to the best of my knowledge and belief, it is true, correct, and complete.

| 13. Name of Applicant (Printed) | 14. Signature of Applicant DIGITALLY SIGNED | 15. Title CFO/OWNER | 16. Date 08/15/2021 |
|---|---|---|---|

**Section II - For ATF Use Only** (Please make no entries in this section)     **SEE ATTACHED PAGE FOR RESTRICTIONS**

17. The Application Has Been Examined and the Importation of the Firearms, Ammunition, and Defense Articles Described Herein is:

| Approved ☒ | Disapproved for the Reason Indicated Here or on Attached Letter | Returned Without Action for Additional Information ☐ | Conditionally Approved ☐ |
|---|---|---|---|
| Partially Approved for the Reason Indicated Here or on Attached Letter ☐ | Withdrawn By Applicant Without Action ☐ | No Permit Required ☐ | |

18. Signature of the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives

Imports Branch Chief

19. Date
07/14/2021

Previous Editions Obsolete

ATF Form 5330.3A (6 part I)
Revised December 2019

ATF Supp 000602

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Permit Number:

Internal Control Number:

## OVERFLOW PAGE

Defence Articles -  PRODUCT TYPE IS FIREARM PARTS : LOWER RECEIVER, AR15 80%, FORGED, BLACK ANODIZED
MATERIAL: 7075-T6

ATF Supp 000603

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Permit No: ▮▮▮▮▮▮
VALID FOR 24 MONTHS AFTER
THE DATE OF APPROVAL

## RESTRICTIONS

| | |
|---|---|
| 1 | BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES -   DEPARTMENT OF JUSTICE |
| 2 | THIS PERMIT IS VALID FOR TWO YEARS FROM THE DATE IN BLOCK #19 |
| 3 | NOTE:  THIS IS TO CERTIFY THAT THIS IS A TRUE ATTACHMENT SHEET FOR THIS  PERMIT. |
| 4 | CONDITIONAL IMPORTATION  PER ATTACHMENT .  SEE LETTER ATTACHED (CBW, FTZ., FTISB EXAMINATION ETC.) |





EVAL.
317—864

September 23, 2021

Bureau of Alcohol, Tobacco, Firearms, and Explosives
Firearms & Ammunition Technology Division
**Attn: FTISB**
244 Needy Road Suite 1600
Martinsburg, WV  25405

ONE AR-9 TYPE
Receiver

To whom it may concern,

███████████████████ is seeking a determination letter for the provided sample.

This provided sample is an 80% lower receiver for an AR9.

## Features excluded from being a completed firearm.

- Safety selector hole
- Trigger assembly holes
- Fire control pocket

## Features that are included on our 80% blank.

- Takedown pin holes
- Mag catch group
- Bolt catch group
- Ejector block and Mag stop group
- Magwell
- Grip mounting hole
- Rear tension hole
- Buffer tube threads
- Buffer tube detent
- Takedown pin detents
- Safety selector detent

## Construction materials

- Aluminum 6061-T6

Sincerely,



Owner



FIREARMS & AMMUNITION TECHNOLO
244 NEEDY ROAD
MARTINSBURG  WV 25405

**1 LBS**

**1 OF 1**

SHIP TO:

PA 161 0-10

**UPS GROUND**
TRACKING #: 1Z 69A 6V9 03 3623 3634

BILLING: P/P



1 LBS          1 OF 1

SHIP TO:
ATTN: FTISB
FIREARMS & AMMUNITION TECHNOLOGY
SUITE 1600
244 NEEDY ROAD
MARTINSBURG WV 25405

9/24/21

MD 217 9-10

UPS GROUND
TRACKING #: 1Z 69A 6V9 03 3567 3045

BILLING: P/P

FIREARMS & AMMUNITION TECHNOLOG
244 NEEDY RD
STE 1600
MARTINSBURG WV 25405

RECEIVED
SEP 2 4 2021
BY: FAID



EVAL.
317—866



SEP 2 4 2021

BY: FATD

September 23, 2021

Bureau of Alcohol, Tobacco, Firearms, and Explosives
Firearms & Ammunition Technology Division
**Attn: FTISB**
244 Needy Road Suite 1600
Martinsburg, WV  25405

To whom it may concern,

████████████████ is seeking a determination letter for the provided sample.

This provided sample is an 80% lower receiver for an AR15.

## Features excluded from being a completed firearm.

- Safety selector hole
- Trigger assembly holes
- Fire control pocket

ONE
AR-15
TYPE
Receiver

## Features that are included on our 80% blank.

- Takedown pin holes
- Grip mounting hole
- Rear tension hole
- Buffer tube threads
- Buffer tube detent
- Takedown pin detents
- Safety selector detent

## Construction materials

- Aluminum 6061-T6

Sincerely,

████████████████

Owner

ATF Supp 000608



FIREARMS & AMMUNITION TECHNOLO
244 NEEDY ROAD
MARTINSBURG WV 25405

**1 LBS**          **1 OF 1**

**SHIP TO:**

**PA 161 0-10**

**UPS GROUND**
TRACKING #: 1Z 69A 6V9 03 2743 7628

**BILLING: P/P**

XOL 21.09.06     NV45 38.0A 09/2021*

ATF Supp 000609



SHIP TO:
ATTN: FTISB
FIREARMS & AMMUNITION TECHNOLOGY
SUITE 1600
244 NEEDY ROAD
MARTINSBURG WV 25405

1 LBS

1 OF 1

9/24/21

MD 217 9-10

UPS GROUND
TRACKING #: 1Z 69A 6V9 03 1349 8482

BILLING: P/P



EVAL.
317 – 868



RECEIVED
SEP 2 4 2021
BY: FATD

September 23, 2021

Bureau of Alcohol, Tobacco, Firearms, and Explosives
Firearms & Ammunition Technology Division
**Attn: FTISB**
244 Needy Road Suite 1600
Martinsburg, WV 25405

To whom it may concern,

████████████████ is seeking a determination letter for the provided sample.

This provided sample is an 80% lower receiver for an AR15.

### Features excluded from being a completed firearm.

- Safety selector hole
- Trigger assembly holes
- Fire control pocket

ONE
AR-15
TYPE
Receiver

### Features that are included on our 80% blank.

- Takedown pin holes
- Mag catch group
- Bolt catch group
- Magwell
- Grip mounting hole
- Buffer tube threads
- Buffer tube detent
- Takedown pin detents
- Safety selector detent

### Construction materials

- Aluminum 6061-T6

Sincerely,

████████████

Owner



FIREARMS & AMMUNITION TECHNOLO   **1 LBS**      **1 OF 1**
244 NEEDY ROAD
MARTINSBURG  WV 25405

**SHIP TO:**

# PA 161 0-10

## UPS GROUND
**TRACKING #: 1Z 69A 6V9 03 3796 9017**

BILLING: P/P



1 OF 1

SHIP TO:
ATTN.
FIREAR...MUNITION TECHNOLOGY
SUITE 1...
244 NEEDY ROAD
MARTINSBURG WV 25405

9/24/21

MD 217 9-10

UPS GROUND
TRACKING #: 1Z 69A 6V9 03 1124 7872

BILLING: P/P

EVAL : 317-998



To whom it may concern,

_____ of _____ s submitting the enclosed three (AR15, AR9,

and AR45 style) partial lower receivers for classification determination. The

products are made of 6061 aluminum and partially machined out. We are

requesting a determination letter of your findings be returned with the lowers

after your inspection is complete.

THREE
RECEZVERS

Thank you for your time,





US POSTAGE AND FEES PAID
2021-10-04
25405
C1656276
ComPlsPrice
FLAT RATE MED BOX

 easypost.

0901000003677

## USPS PRIORITY MAIL

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND
EXPLOSIVES  FIREARMS & AMMUNITION
TECHNOLOGY DIVISION
ATTN: FTISB
244 NEEDY ROAD SUITE 1600
MARTINSBURG WV 25405

**0004**



Shipped via ship.com

### USPS TRACKING #

9405 5361 0899 2429 8493 00

(return label)

**P**

US POSTAGE AND FEES PAID
2021-10-04
26554
C1856276
ComPisPrice
FLAT RATE MED BOX

easypost.

0901000003677

## USPS PRIORITY MAIL

0004

10/6/21

BUREAU OF ALCOHOL, TOBACCO, FIREAR
ATTN: FTISB
244 NEEDY ROAD SUITE 1600
MARTINSBURG WV 25405

RECEIVED
OCT 06 2021
BY:

Shipped via **XPS**ship.com

### USPS TRACKING #

9405 5361 0899 2429 8392 64



EVAL.
318 — 400

RECEIVED
NOV 26 2021
BY: ......................... FATD

November 24, 2021

Bureau of Alcohol, Tobacco, Firearms, and Explosives
Firearms & Ammunition Technology Division
**Attn: FTISB**
244 Needy Road Suite 1600
Martinsburg, WV 25405

To whom it may concern,

███████████████ is seeking a determination letter for the provided sample.

This provided sample is an 80% lower receiver for an AR10.

**<u>Features excluded from being a completed firearm.</u>**

- Safety selector hole
- Trigger assembly holes
- Fire control pocket

**<u>Features that are included on our 80% blank.</u>**

- Takedown pin holes
- Mag catch group
- Bolt catch group
- Magwell
- Grip mounting hole
- Rear tension hole
- Buffer tube threads
- Buffer tube detent
- Takedown pin detents
- Safety selector detent

ONE
AR-10
Receiver

**<u>Construction materials</u>**

- Aluminum 6061-T6

Sincerely,

███████████████

Owner



FIREARMS & AMMUNITION TECHNOLO
244 NEEDY ROAD
MARTINSBURG  WV 25405

1 LBS

1 OF 1

SHIP TO:

PA 161 0-10

UPS GROUND
TRACKING #: 1Z 69A 6V9 03 0859 3192

BILLING: P/P

XOL 21.11.24     NV45 4B 0A 11/2021*





RECEIVED
NOV 2 6 2021
BY: FAJ

**1 LBS**  **1 OF 1**

SHIP TO:
ATTN: FTISB
FIREARMS & AMMUNITION TECHNOLOGY
SUITE 1600
244 NEEDY ROAD
MARTINSBURG WV 25405

**MD 217 9-10**

**UPS GROUND**
TRACKING #: 1Z 69A 6V9 03 1311 9588

BILLING: P/P

XOL 21.11.24     WV49 48 9A 11/2021*

ATF Supp 000619

# EVALUATION





Three Receivers Samples
AR-15 type  /  AR-9 type
FATD Photographs are provided.

Eval  320 – 538
Eval  320 – 540
Eval  320 – 542

ATF Supp 000620



Tech Branch,

Please find the enclosed parts for determination of classification as "Firearm".   **BY:** *FATD*

We have enclosed 3 samples of various designs for evaluation.  Can you please determined based on final rule 2021R-05F?  We sell to other dealers and wholesalers and would sell by themselves, no other parts, cutters, jigs, etc.  These are sold standalone and out of 6061 or 7075 aluminum.

**Best regards,**



Qty Rec: 3



ATF Supp 000622



ATF Supp 000623





# EVALUATION





Three Receivers Samples
AR-15 type  /  AR-9 type
FATD Photographs are provided.

Eval  320 – 538
Eval  320 – 540
Eval  320 – 542



RECEIVED
MAY 1 0 2022
FATD
BY: ........................

Tech Branch,

Please find the enclosed parts for determination of classification as "Firearm".

We have enclosed 3 samples of various designs for evaluation. Can you please determined based on final rule 2021R-05F? We sell to other dealers and wholesalers and would sell by themselves, no other parts, cutters, jigs, etc. These are sold standalone and out of 6061 or 7075 aluminum.

**Best regards,**

Qty Rec: 3





ATF Supp 000628



ATF Supp 000629



FIREARMS AMMUNITION TECHNOLOG
3177219787
BUREAU OF ALCOHOL, TOBACCO, FI
244 NEEDY ROAD
MARTINSBURG WV 25405

**4 LBS**   **1 OF 1**

**RS**   DWT: 8,6,4

**SHIP TO:**

**IN 462 4-09**

**UPS GROUND**
TRACKING #: 1Z 7R4 A13 90 0267 9320

BILLING: P/P
DESC: *87181168*
RETURN SERVICE

ATF Supp 000630

