BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

DANIEL RIESS (Texas Bar No. 24037359)
TAISA M. GOODNATURE (New York Bar No. 5859137)
JEREMY S.B. NEWMAN (Massachusetts Bar No. 688968)
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW, Room 12504
Washington, DC 20005
Telephone: (202) 532-3114
FAX: (202) 616-8460
jeremy.s.newman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,<br><br>Defendants. | CIVIL CASE NO.: 3:20-CV-06761-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Action Filed: September 29, 2020<br>Hon. Edward M. Chen |

Pursuant to Civil Local Rule 7-12 and subject to the Court's approval, the State of California and Giffords Law Center to Prevent Gun Violence ("Plaintiffs"), Bureau of Alcohol, Tobacco, Firearms and Explosives, Steven Dettelbach, Daniel Hoffman, United States Department of Justice, and Merrick B. Garland ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Joint Stipulation Regarding Page Limits for Defendants' Motion for Summary Judgment.

WHEREAS, Defendants' Motion for Summary Judgment is due October 5, 2023;

WHEREAS, Defendants' desire to file a Statement of Points and Authorities in support of their Motion for Summary Judgment of up to 35 pages;

WHEREAS, the parties agree that a Statement of Points and Authorities of up to 35 pages is reasonable in light of the complex issues in this case;

WHEREAS, the parties anticipate that enlargements to the page limits set forth in this Court's local rules may be appropriate for the parties' subsequent summary judgment briefs, and the parties intend to address page limits for subsequent briefs in subsequent stipulations or motions;

NOW, THEREFORE, pursuant to Civil Local Rule 7-12, the Parties respectfully request, through their undersigned counsel, that the Court grant Defendants leave to file a Statement of Points and Authorities in support of their Motion for Summary Judgment of up to 35 pages.

Respectfully submitted,

Dated: October 3, 2023          /s/     Jeremy S.B. Newman

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

DANIEL RIESS
TAISA M. GOODNATURE
JEREMY S.B. NEWMAN
United States Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*

Dated: October 3, 2023                /s/   Scott A. Edelman

GIBSON, DUNN & CRUTCHER LLP
SCOTT A. EDELMAN
sedelman@gibsondunn.com
2029 Century Park East
Los Angeles, CA  90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

LEE R. CRAIN, *pro hac vice*
ERICA PAYNE, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

PAUL HASTINGS LLP
AVI WEITZMAN, *pro hac vice*
aviweitzman@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 752-3620

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Giffords Law Center to Prevent Gun Violence*

*Dated:* October 3, 2023    /s/   S. Clinton Woods

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
R. MATTHEW WISE, SBN 238485
Supervising Deputy Attorney General
S. CLINTON WOODS
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6046
Facsimile: (916) 324-8835

*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*Dated*: October 3, 2023                                    /s/   *Jeremy S.B. Newman*
                                                                         Jeremy S.B. Newman

**[PROPOSED] ORDER**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' stipulation. IT IS HEREBY ORDERED that Defendants may file a Statement of Points and Authorities in support of their Motion for Summary Judgment of up to 35 pages.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____, 2023

_____
Honorable Edward M. Chen
United States District Court Judge