GIBSON, DUNN & CRUTCHER LLP
SCOTT A. EDELMAN, SBN 116927
sedelman@gibsondunn.com
2029 Century Park East
Los Angeles, CA 90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

LEE R. CRAIN, *pro hac vice*
ERICA PAYNE, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

PAUL HASTINGS LLP
AVI WEITZMAN, *pro hac vice*
aviweitzman@paulhastings.com
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 318-6000
Facsimile: (212) 752-3620

*Attorneys for Plaintiff Giffords Law Center to Prevent Gun Violence*

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
R. MATTHEW WISE, SBN 238485
Supervising Deputy Attorney General
S. CLINTON WOODS, SBN 246054
Deputy Attorney General
Clint.Woods@doj.ca.gov
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3807
Facsimile: (415) 703-5843

*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta*

[*Additional Counsel Listed on Next Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,<br><br>Defendants. | CIVIL CASE NO.: 3:20-CV-06761-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR PLAINTIFFS' COMBINED BRIEF IN SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Action Filed: September 29, 2020<br>Hon. Edward M. Chen |

Additional Counsel

GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
DAVID M. PUCINO, *pro hac vice*
244 Madison Ave Ste 147
New York, NY 10016
Telephone: (917) 524-7816

*Attorneys for Plaintiff Giffords Law
Center to Prevent Gun Violence*

2

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR PLAINTIFFS' COMBINED
BRIEF – CASE NO. 3:20-CV-06761-EMC

1  Pursuant to Civil Local Rule 7-12 and subject to the Court's approval, the State of California
2  and Giffords Law Center to Prevent Gun Violence ("Plaintiffs"), Bureau of Alcohol, Tobacco, Firearms
3  and Explosives, Steven Dettelbach, Daniel Hoffman, United States Department of Justice, and Merrick
4  B. Garland ("Defendants") (collectively, the "Parties"), by and through their respective counsel of
5  record, hereby stipulate and request the Court to increase the page limit for Plaintiffs' Combined Brief
6  in Support of Plaintiffs' Cross-Motion for Summary Judgment and in Opposition to Defendants'
7  Motion For Summary Judgment.

8  WHEREAS, Plaintiffs' Cross-Motion for Summary Judgment and Opposition to Defendants'
9  Motion for Summary Judgment is due on October 26, 2023;

10  WHEREAS, Plaintiffs seek to file a Combined Statement of Points and Authorities in support
11  of their Cross-Motion for Summary Judgment and in Opposition to Defendants' Motion for Summary
12  Judgment of up to 40 pages;

13  WHEREAS, on October 3, 2023, the Parties filed a Stipulation requesting that the Court grant
14  Defendants leave to file a Statement of Points and Authorities in support of their Motion for Summary
15  Judgment of up to 35 pages, ECF No. 180;

16  WHEREAS, the Parties noted in that Stipulation that they "anticipate[d] that enlargements to
17  the page limits set forth in this Court's local rules may be appropriate for the parties' subsequent
18  summary judgment briefs," ECF No. 180;

19  WHEREAS, on October 5, 2023, the Court granted Defendants leave to file a Statement of
20  Points and Authorities in Support of their Motion for Summary Judgment of up to 35 pages, ECF No.
21  181;

22  WHEREAS, the parties agree that a Combined Statement of Points and Authorities Supporting
23  Plaintiffs' Summary Judgment Motion and Opposing Defendants' Summary Judgment Motion of up
24  to 40 pages is reasonable;

25  NOW, THEREFORE, pursuant to Civil Local Rule 7-12, the Parties respectfully request,
26  through their undersigned counsel, that the Court enter the following order granting administrative
27  relief, which allows Plaintiffs to file a Combined Statement of Points and Authorities in support of

28
3

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR PLAINTIFFS' COMBINED BRIEF – CASE NO. 3:20-CV-06761-EMC

Plaintiffs' Cross-Motion for Summary Judgment and in opposition to Defendants' Motion for Summary Judgment of up to 40 pages.

Respectfully submitted,

Dated: October 24, 2023                  /s/  Lee R. Crain

GIBSON, DUNN & CRUTCHER LLP
SCOTT A. EDELMAN
sedelman@gibsondunn.com
2029 Century Park East
Los Angeles, CA  90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 551-8741
LEE R. CRAIN, *pro hac vice*
ERICA PAYNE, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

PAUL HASTINGS LLP
AVI WEITZMAN, *pro hac vice*
aviweitzman@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 752-3620

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Giffords Law Center to Prevent Gun Violence*

Dated: October 24, 2023                  /s/  S. Clinton Woods

ROB BONTA
Attorney General of California

4

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR PLAINTIFFS' COMBINED BRIEF – CASE NO. 3:20-CV-06761-EMC

THOMAS S. PATTERSON
Senior Assistant Attorney General
R. MATTHEW WISE, SBN 238485
Supervising Deputy Attorney General
S. CLINTON WOODS
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-6046
Facsimile: (916) 324-8835

*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta*

*Dated: October 24, 2023*         /s/  Jeremy S.B. Newman

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
LESLEY FARBY
Assistant Branch Director

JEREMY S.B. NEWMAN
DANIEL RIESS
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*

5

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR PLAINTIFFS' COMBINED BRIEF – CASE NO. 3:20-CV-06761-EMC

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*Dated*: October 24, 2023                    /s/  *Lee R. Crain*
                                             Lee R. Crain

6

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR PLAINTIFFS' COMBINED BRIEF – CASE NO. 3:20-CV-06761-EMC

**[PROPOSED] ORDER**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' stipulation. IT IS HEREBY ORDERED that Plaintiffs may file a Statement of Points and Authorities Opposing Defendants' Summary Judgment Motion and Supporting Plaintiffs' Summary Judgment Motion of up to 40 pages.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: November 14, 2023

_____
Honorable Edward M. Chen
United States District Court Judge

7

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR PLAINTIFFS' COMBINED BRIEF – CASE NO. 3:20-CV-06761-EMC