GIBSON, DUNN & CRUTCHER LLP
SCOTT A. EDELMAN, SBN 116927
sedelman@gibsondunn.com
2029 Century Park East
Los Angeles, CA  90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

LEE R. CRAIN, *pro hac vice*
ERICA PAYNE, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

PAUL HASTINGS LLP
AVI WEITZMAN, *pro hac vice*
aviweitzman@paulhastings.com
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 318-6000
Facsimile: (212) 752-3620

*Attorneys for Plaintiff Giffords Law Center to Prevent Gun Violence*

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
R. MATTHEW WISE, SBN 238485
Supervising Deputy Attorney General
S. CLINTON WOODS, SBN 246054
Deputy Attorney General
Clint.Woods@doj.ca.gov
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004
Telephone:  (415) 510-3807
Facsimile:  (415) 703-5843

*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta*

[*Additional Counsel Listed on Next Page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,<br><br>Defendants. | CIVIL CASE NO.:  3:20-CV-06761-EMC<br><br>**JOINT STATUS REPORT**<br><br>Action Filed:  September 29, 2020<br><br>Status Conference:  November 28, 2023<br><br>Hon. Edward M. Chen |

Additional Counsel

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE
DAVID M. PUCINO, *pro hac vice*
244 Madison Ave Ste 147
New York, NY 10016
Telephone: (917) 524-7816

*Attorneys for Plaintiff Giffords Law Center to Prevent Gun Violence*

Pursuant to this Court's minute order entered on August 29, 2023 directing the filing of a Status Report (ECF No. 175), Plaintiffs State of California and Giffords Law Center to Prevent Gun Violence ("Giffords Law Center") and Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), Steven Dettelbach, Daniel Hoffman, United States Department of Justice, and Merrick B. Garland (collectively, the "Parties"), by and through their respective counsel of record, hereby submit the following:

Briefing on the Parties' respective motions for summary judgment is underway. Defendants filed their motion for summary judgment on October 5, 2023 (ECF No. 182). Plaintiffs filed their cross-motion for summary judgment and opposition to Defendants' motion, together with supporting papers, on October 26, 2023 (ECF No. 184). Pursuant to this Court's order granting the parties' stipulation regarding the summary judgment briefing schedule (ECF. No. 178), Defendants' combined opposition to Plaintiffs' cross-motion and reply brief is due to be filed on December 7, 2023, Plaintiffs' reply is due to be filed on January 4, 2024, and the hearing on the Parties' respective motions for summary judgment is scheduled for January 25, 2024.

The Parties will continue to focus on summary judgment briefing and respectfully request an order from the Court continuing the November 28, 2023 status conference.[1]

---

[1] On November 9, 2023, the Fifth Circuit Court of Appeals held that portions of ATF's Final Rule are unlawful and remanded the case to the district court. *See* Opinion, *VanDerStok v. Garland*, No. 23-10718 (5th Cir. Nov. 9, 2023), ECF No. 209. According to the Supreme Court's August 8, 2023 Order granting ATF's request for a stay, however, the Final Rule remains in effect "pending the disposition of the appeal in the United States Court of Appeals for the Fifth Circuit and disposition of a petition for a writ of certiorari, if such a writ is timely sought." *Garland v. VanDerStok*, No. 23A82 (Aug. 8, 2023); *see* ECF No. 169.

| | | |
|---|---|---|
| Dated: November 21, 2023 | | */s/* Lee R. Crain |

GIBSON, DUNN & CRUTCHER LLP
SCOTT A. EDELMAN
sedelman@gibsondunn.com
2029 Century Park East
Los Angeles, CA  90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

LEE R. CRAIN, *pro hac vice*
ERICA PAYNE, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

PAUL HASTINGS LLP
AVI WEITZMAN, *pro hac vice*
aviweitzman@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 752-3620

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE
DAVID M. PUCINO, *pro hac vice*
244 Madison Ave Ste 147
New York, NY 10016
Telephone: (917) 524-7816

*Attorneys for Giffords Law Center to Prevent Gun Violence*

Dated: November 21, 2023                */s/* S. Clinton Woods

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
R. MATTHEW WISE, SBN 238485
Supervising Deputy Attorney General
S. CLINTON WOODS
Deputy Attorney General

| | |
|---|---|
| | Matthew.Wise@doj.ca.gov |
| | 1300 I Street, Suite 125 |
| | P.O. Box 944255 |
| | Sacramento, CA 94244-2550 |
| | Telephone:  (916) 210-6046 |
| | Facsimile:  (916) 324-8835 |

*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta*

*Dated*: November 21, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

LESLEY FARBY
Assistant Branch Director
Federal Programs Branch, Civil Division

/s/   Jeremy S.B. Newman
JEREMY S.B. NEWMAN
DANIEL RIESS
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street, N.W., Washington, D.C. 20005
Telephone: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*Dated*: November 21, 2023                     /s/  Lee R. Crain
                                               Lee R. Crain