# EXHIBIT A

COOLEY LLP
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
3 Embarcadero Center
20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Amicus Curiae
EVERYTOWN FOR GUN SAFETY
SUPPORT FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | Case No. 3:20-CV-06761-EMC |
| Plaintiffs, | **BRIEF OF AMICUS CURIAE EVERYTOWN FOR GUN SAFETY SUPPORT FUND IN SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., | |
| Defendants. | Judge: Hon. Edward M. Chen<br>Hearing Date: January 25, 2024<br>Hearing Time: 1:30 PM<br>Hearing Place: Courtroom 5, 17th Floor |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BRIEF OF AMICUS CURIAE EVERYTOWN
FOR GUN SAFETY SUPPORT FUND
3:20-CV-06761-EMC

## TABLE OF CONTENTS

Page

INTEREST OF AMICUS CURIAE ............................................................................................... 1

INTRODUCTION ......................................................................................................................... 1

ARGUMENT ................................................................................................................................. 2

I.     PROLIFERATION OF GHOST GUNS IN CALIFORNIA FROM 2013 TO 2021 .......... 2

II.    PARTIALLY COMPLETE AR-STYLE LOWER RECEIVERS REMAIN EASY TO PURCHASE AND FINISH EVEN AFTER THE FINAL RULE HAS TAKEN EFFECT ..................................................................................................................... 6

III.   HOMEMADE AR-15s CONTINUE TO BE TRAFFICKED AND USED IN CRIME IN CALIFORNIA ............................................................................................ 11

CONCLUSION ............................................................................................................................ 12

**TABLE OF AUTHORITIES**

Page(s)

**Cases**

*City of Syracuse v. ATF*,
    No. 20-cv-06885 (S.D.N.Y. 2020) .................................................................................... 1, 2

*Everytown for Gun Safety Support Fund v. ATF*,
    No. 21-cv-00376 (S.D.N.Y. 2021) ......................................................................................... 1

*Garland v. VanDerStok*,
    No. 23A82 (U.S. August 1, 2023) .......................................................................................... 1

*Morehouse Enters., LLC v. ATF*,
    Nos. 22-2812, 22-2854 (8th Cir. Dec. 5, 2022) ..................................................................... 1

*Motor Vehicle Mfrs. Ass'n v. State Farm Mut. Auto. Ins. Co.*,
    463 U.S. 29 (1983) ................................................................................................................. 2

*Syracuse v. ATF*,
    No. 1:20-cv-06885-GHW (S.D.N.Y. Dec. 9, 2020), ECF No. 64-17 ..................................... 6

*In the Matter of the Search of 23526 Rosewood Road, Auburn, California*,
    No. 2:13-sw-00659-CKD (E.D. Cal. Oct. 7, 2013) ................................................................ 3

*United States v. Arabyan*,
    No. 2:23-mj-01095 (C.D. Cal. Mar. 9, 2023) ....................................................................... 11

*United States v. Banda, Jr.*,
    No. 1:23-cr-00106 (E.D. Cal. May 18, 2023) ...................................................................... 11

*United States v. Benner*,
    No. 2:23-mj-00121 (E.D. Cal. Aug. 28, 2023) ..................................................................... 11

*United States v. Castillo*,
    No. 1:18-cr-00061 (E.D. Cal. Feb. 28, 2018) ......................................................................... 5

*United States v. Crowninshield*,
    2:14-cr-0164 (E.D. Cal. June 12, 2014) ................................................................................. 3

*United States v. Ferrari*,
    No. 3:23-mj-01618-BGS (S.D. Cal. May 5, 2023) .............................................................. 11

*United States v. Guevara-Pimentel*,
    No. 2:16-cr-00021 (E.D. Cal. Jan. 21, 2016) ......................................................................... 5

-ii-

BRIEF OF AMICUS CURIAE EVERYTOWN
FOR GUN SAFETY SUPPORT FUND
3:20-CV-06761-EMC

# TABLE OF AUTHORITIES
(continued)

Page

*United States v. Javier Villalobos*,
   No. 8:19-cr-00167 (C.D. Cal. Oct. 2, 2019) .................................................................... 5

*United States v. Limon*,
   No. 2:23-cr-00270 (C.D. Cal. May 31, 2023) .................................................................. 11

*United States v. Rodriguez*,
   No. 2:18-cr-00042 (E.D. Cal. Feb. 15, 2018) ................................................................... 5

*United States v. Romero*,
   No. 3:15-cr-00854 (S.D. Cal. Mar. 5, 2015) ..................................................................... 5

*United States v. Valencia*,
   No. 5:23-mj-00237 (C.D. Cal. May 10, 2023) ................................................................. 11

*United States v. Villasenor*,
   No. 2-20-cr-00050 (E.D. Cal. Jan. 30, 2020) .................................................................... 5

*VanDerStok v. Garland*,
   No. 23-10718 (5th Cir. Aug. 16, 2023) ............................................................................ 1

**Statutes**

Cal. Penal Code
   § 30400 .............................................................................................................................. 11
   § 30510 .............................................................................................................................. 11

**Other Authorities**

27 C.F.R. § 478.12(c) ................................................................................................................. 2, 6

87 Fed. Reg. 24,652 (Apr. 26, 2022) ................................................................................... *passim*

BRIEF OF AMICUS CURIAE EVERYTOWN FOR GUN SAFETY SUPPORT FUND
3:20-CV-06761-EMC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## INTEREST OF AMICUS CURIAE

Amicus Everytown for Gun Safety Support Fund ("Everytown") is the education, research, and litigation arm of Everytown for Gun Safety ("Everytown"), the largest gun violence prevention organization in the country. Everytown was founded in 2014 as the combined efforts of Mayors Against Illegal Guns, a national, bipartisan coalition of mayors combatting illegal guns and gun trafficking, and Moms Demand Action for Gun Sense in America, an organization formed after the Sandy Hook massacre. Everytown seeks to improve public understanding of the causes of gun violence and help to reduce that violence by conducting groundbreaking original research, developing evidence-based policies, communicating this knowledge to the American public, and advancing gun safety and gun violence prevention in communities and the courts.

Everytown has extensive experience litigating cases involving the interpretation of federal firearms laws and has submitted numerous amicus briefs in cases involving challenges to federal firearms laws and regulations. *See, e.g.*, Amicus Br., *Garland v. VanDerStok*, No. 23A82 (U.S. August 1, 2023) (regarding stay of lower court's vacatur of ATF rulemaking); Amicus Br., *Morehouse Enters., LLC v. ATF*, Nos. 22-2812, 22-2854 (8th Cir. Dec. 5, 2022) (regarding ATF rulemaking); Amicus Br., *VanDerStok v. Garland*, No. 23-10718 (5th Cir. Aug. 16, 2023) (regarding ATF rulemaking); *Everytown for Gun Safety Support Fund v. ATF*, No. 21-cv-00376 (S.D.N.Y. 2021) (challenge to ATF action involving grant of federal firearms license); *City of Syracuse v. ATF*, No. 20-cv-06885 (S.D.N.Y. 2020) (challenge to ATF actions classifying unfinished frames and receivers as non-firearms).

## INTRODUCTION

The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") acted lawfully and within its statutory authority in promulgating regulations that, in part, classify as "firearms" "partially complete" frames and receivers and weapons part kits. *See* Definition of "Frame or Receiver" and Identification of Firearms, 87 Fed. Reg. 24,652 (Apr. 26, 2022) (the "Final Rule"). However, in the Final Rule, ATF included an erroneous exemption. Specifically, ATF exempted from classification as a partially complete frame or receiver a "billet or blank of an AR-15 variant receiver without critical interior areas having been indexed, machined, or formed that is not sold,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BRIEF OF AMICUS CURIAE EVERYTOWN
FOR GUN SAFETY SUPPORT FUND
3:20-CV-06761-EMC

distributed, or possessed with instructions, jigs, templates, equipment, or tools such that it may readily be completed . . . ." *Id.* at 24,739 (codified at 27 C.F.R. § 478.12(c)). On September 27, 2022, ATF then provided guidance on applying the Final Rule to "partially complete AR-15/M-16 type receivers," in which it clarified that standalone, partially complete AR-type receivers are not firearms when sold without those items that assist in "finishing" the receiver so that it can be assembled with other parts into a complete firearm. ATF, *Open Letter to All Federal Firearms Licensees: Impact of Final Rule 2021-05F on Partially Complete AR-15/M-16 Type Receivers* (Sept. 27, 2022).

Everytown submits this amicus brief in support of Plaintiffs' motion for summary judgment. This brief provides the Court with additional background on partially complete AR-type lower receivers, which may assist the Court in addressing both Plaintiffs' standing and ATF's "fail[ure] to consider an important aspect of the problem," *Motor Vehicle Mfrs. Ass'n v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29, 43 (1983), in exempting standalone, partially complete AR-type lower receivers from regulation as firearms. To that end, this amicus brief addresses three points.

First, the market in do-it-yourself ("DIY"), homemade firearms, also known as "ghost guns," first emerged and thrived in California—particularly the market in DIY AR-style firearms. Second, there is no meaningful distinction between partially complete lower receivers (also known as "80%" receivers) sold standalone and either (a) lower receivers that have been pre-drilled or indexed (known as "stripped" receivers) or (b) 80% receivers that are sold together with jigs and instructions. Today, the 80% receivers and jigs are still available for purchase separately, and as their product descriptions and instructions demonstrate, a layperson can convert an 80% receiver into a finished receiver in under an hour with the assistance of a jig and basic tools. Finally, ATF's continuing to allow the unregulated sale of the component parts of an AR-15 rifle has hindered California's ability to enforce its own laws and fails to address the ongoing safety concerns posed by ghost guns.

**ARGUMENT**

**I.   PROLIFERATION OF GHOST GUNS IN CALIFORNIA FROM 2013 TO 2021**

In 2013, Daniel Crowninshield, also known as "Dr. Death," began operating a machine shop

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

BRIEF OF AMICUS CURIAE EVERYTOWN
FOR GUN SAFETY SUPPORT FUND
3:20-CV-06761-EMC

in Sacramento where he manufactured unserialized, unregistered firearms—ghost guns—for customers.[1] These customers, who were not required to pass a background check, would purchase from Crowninshield or bring their own 80% AR-15 lower receivers to Crowninshield's shop, where he used machines to mill them into completed lower receivers in under twenty minutes, and for a few hundred dollars.[2] Although Crowninshield—who was himself prohibited from possessing a firearm due to two prior domestic violence misdemeanors—was eventually arrested,[3] his operation was not an anomaly in California. That same year, Joseph Roh manufactured and sold hundreds of AR-15 lower receivers through his manufacturing business in La Habra,[4] and brothers Luis and Emiliano Cortez-Garcia sold "manufactured-to-order assault weapons," including multiple fully automatic assault rifles, through their business in Sacramento.[5]

These schemes exploited the perceived lack of regulation on the sale of 80% receivers and the absence of laws restricting the manufacture of weapons without serial numbers for personal use. Many California law enforcement agencies did not initially track this growing ghost gun epidemic, but those that eventually did noted significant increases in ghost gun recoveries. For example, from 2017 to 2018, there was a 940 percent increase in ghost gun recoveries in San Diego, a 280 percent increase in Oceanside, and a fifty-one percent increase in San Jose.[6] By 2019, ATF divisions in Los Angeles and Sacramento estimated that thirty percent of all firearms recovered by agents in those divisions were unserialized.[7] Reported recoveries increased each year in California from 2013 to 2021, with law enforcement recovering 12,388 ghost guns in California in 2021 alone

---

[1] *Sacramento Gun Manufacturer Sentenced to Prison for Manufacturing and Assisting Other to Manufacture AR-15 Rifles*, U.S. Att'y's Office Eastern Dist. of Cal. (Feb. 16, 2017), https://www.justice.gov/usao-edca/pr/sacramento-gun-manufacturer-sentenced-prison-manufacturing-and-assisting-others.
[2] *Id.*; Application for Search Warrant at 20, *In the Matter of the Search of 23526 Rosewood Road, Auburn, California*, No. 2:13-sw-00659-CKD (E.D. Cal. Oct. 7, 2013).
[3] *See* Indictment, *United States v. Crowninshield*, 2:14-cr-0164 (E.D. Cal. June 12, 2014).
[4] *Owner Of La Habra Manufacturing Firm Charged With Illegally Manufacturing And Selling Key Component For AR-15-Type Rifles*, U.S. Att'y's Office Central Dist. of Cal. (Oct. 2, 2014), https://www.justice.gov/usao-cdca/pr/owner-la-habra-manufacturing-firm-charged-illegally-manufacturing-and-selling-key.
[5] *Sacramento Man Sentenced to 5.5 Years in Prison for Illegally Manufacturing and Selling Assault Rifles*, U.S. Att'y's Office Eastern Dist. of Cal. (Aug. 11, 2017), https://www.justice.gov/usao-edca/pr/sacramento-man-sentenced-55-years-prison-illegally-manufacturing-and-selling-assault.
[6] Alain Stephens, *Ghost Guns Are Everywhere in California*, The Trace (May 17, 2019), https://www.thetrace.org/2019/05/ghost-gun-california-crime/.
[7] *Id.*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

BRIEF OF AMICUS CURIAE EVERYTOWN
FOR GUN SAFETY SUPPORT FUND
3:20-CV-06761-EMC

in connection with criminal activity.[8]

With the growing market in 80% receivers in California, individuals who would have been unable to pass a background check to legally acquire a firearm through a licensed firearms dealer have used DIY AR-15s to carry out horrific crimes. For example, in 2013, after John Zawahari was deemed ineligible to purchase a firearm at a gun store, he constructed his own unserialized AR-15, which he used to carry out a shooting spree in Santa Monica, killing five people and wounding several others.[9] Kevin Neal, who had multiple prior felony convictions, purchased the parts online to construct an AR-15.[10] In 2017, Neal used the gun to kill his wife and neighbors, then continued on a shooting spree throughout Tehama County, firing into an elementary school and killing several passersby.[11] The following year, in San Diego, officers responded to a 911 call regarding a domestic dispute at Joseph Darwich's residence. Darwich, who had prior convictions for assault and battery, used a homemade, unserialized rifle to fire at least thirty-three rounds at the officers before shooting himself.[12] In July 2019, Adel Sambrano Ramos, who had two prior domestic violence restraining orders against him, assembled AR-15 rifles from parts and used the weapons to kill a Sacramento police officer and hold off the police in an hours-long standoff.[13] One prohibited purchaser, Alfred

---

[8] Office of Gun Violence Prevention, Cal. Dep't of Justice, *Data Report: The Impact of Gun Violence in California* 22 (Aug. 2023), https://oag.ca.gov/system/files/media/OGVP-Data-Report-2022.pdf. Reports on ghost gun recoveries often did not distinguish between pistols and rifles. While the majority of ghost gun recoveries were likely pistols, homemade AR-style rifles were also frequently trafficked and recovered in crimes. *See infra* at 5-7.

[9] *See* Stephens, *supra* note 6; Panela Engel, *Here's The Legal Loophole That Allowed The Santa Monica Shooter To Own A Gun*, Business Insider (June 14, 2013), https://www.businessinsider.com/legal-loophole-allowed-john-zawahri-to-obtain-a-gun-2013-6?op=1.

[10] Andrew Blankstein & Corky Siemaszko, *California mass shooter made his own rifles*, NBC (Nov. 16, 2017), https://www.nbcnews.com/news/us-news/california-mass-shooter-made-his-own-killing-machines-n821516.

[11] Richard Gonzales et al., *Police Find Body Of Tehama County Gunman's Wife, Making His Death Toll 5*, NPR (Nov. 15, 2017), https://www.npr.org/sections/thetwo-way/2017/11/15/564335359/in-harm-s-way-school-staff-saved-students-during-tehama-county-shooting.

[12] Rory Devine & Tom Jones, *Police Seizing More Homemade, Untraceable Weapons Used in Local Crimes*, NBC 7 San Diego (May 21, 2019), https://www.nbcsandiego.com/news/local/police-seizing-more-homemade-untraceable-weapons-used-in-local-crimes/159721/.

[13] Sam Stanton, *Death penalty sought against suspect in Sacramento Officer Tara O'Sullivan slaying,* The Sacramento Bee (Jan. 23, 2020), https://www.sacbee.com/news/local/crime/article239358248.html; Max Resnik, *Suspect in Sacramento officer's death has troubled past,* KCRA (June 20, 2019), https://www.kcra.com/article/adel-sambrano-ramos-criminal-past/28121246#.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

BRIEF OF AMICUS CURIAE EVERYTOWN
FOR GUN SAFETY SUPPORT FUND
3:20-CV-06761-EMC

Villasenor, who was arrested in 2020 for illegally possessing several assault weapons constructed from 80% receivers, explained to law enforcement that "80% firearms kits were made for people 'like me' who needed to get around not being able to buy guns."[14]

Meanwhile, as documented in numerous federal prosecutions, entrepreneurial criminals trafficked homemade AR-15s. *See, e.g.*, Complaint, *United States v. Romero*, No. 3:15-cr-00854 (S.D. Cal. Mar. 5, 2015) (three men arrested for trafficking, among other things, AR-15 type semi-automatic rifles constructed from unfinished lower receivers); Complaint, *United States v. Guevara-Pimentel*, No. 2:16-cr-00021 (E.D. Cal. Jan. 21, 2016) (meth dealer sold undercover agent forty-nine firearms, including an unserialized AR-15 rifle); Complaint, *United States v. Rodriguez*, No. 2:18-cr-00042 (E.D. Cal. Feb. 15, 2018) (drug dealer sold multiple firearms to federal agent, including several ghost AR-15 rifles); Complaint, *United States v. Castillo*, No. 1:18-cr-00061 (E.D. Cal. Feb. 28, 2018) (defendants sold fifteen firearms to confidential informants, including unserialized AR-15 rifles); Indictment, *United States v. Javier Villalobos*, No. 8:19-cr-00167 (C.D. Cal. Oct. 2, 2019) (three men indicted for dealing, among other things, three unserialized AR-style rifles).

The trafficking in homemade AR-15s, the use of homemade AR-15s in shootings, and the astonishing increase in ghost gun recoveries took place as an online marketplace developed in which gun-building kits and partially complete frames and receivers could be purchased by anyone with a credit card, without a background check. Prior to the Final Rule taking effect, online marketplaces freely sold pre-drilled or indexed lower receivers (also known as "stripped lower receivers") or alternatively offered AR-15 "build kits," which consisted of an 80% receiver, a compatible jig, and other necessary tools and parts for creating a finished receiver.

---

[14] Complaint at ¶ 18, *United States v. Villasenor*, No. 2-20-cr-00050 (E.D. Cal. Jan. 30, 2020).

Cooley LLP
Attorneys at Law
San Francisco

5

Brief of Amicus Curiae Everytown
for Gun Safety Support Fund
3:20-CV-06761-EMC



*Example of AR-15 build kit.*[15]

The Final Rule, by confirming that gun-building kits and some partially finished frames and receivers fall within the ambit of federal firearms laws, took a critically important step in reining in these online marketplaces. But, as the next two sections demonstrate, online marketplaces continue to sell products—jigs, tools, and instructions—for competing partially complete AR-style lower receivers, with serious public safety consequences for California, where those items continue to be trafficked and used in crimes.

## II. PARTIALLY COMPLETE AR-STYLE LOWER RECEIVERS REMAIN EASY TO PURCHASE AND FINISH EVEN AFTER THE FINAL RULE HAS TAKEN EFFECT

The Final Rule regulates a partially complete AR-15 lower receiver as a firearm only if "critical interior areas hav[e] been indexed, machined, or formed" or if it is "sold, distributed, or possessed with instructions, jigs, templates, equipment, or tools such that it may readily be completed." 27 C.F.R. § 478.12(c). Online sellers are responding to this restriction by selling partially complete AR-style lower receivers and jigs separately. But, in practical effect, these 80% receivers remain as easy to acquire and then to finish with the use of a jig and without any expertise or special equipment as they were before the Final Rule.

Today, because both stripped lower receivers and "build kits" that include an 80% lower

---

[15] Aaron Esty Decl., Ex. 17, at 6, *Syracuse v. ATF*, No. 1:20-cv-06885-GHW (S.D.N.Y. Dec. 9, 2020), ECF No. 64-17.

Case 3:20-cv-06761-EMC Document 193-1 Filed 12/01/23 Page 11 of 19

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

BRIEF OF AMICUS CURIAE EVERYTOWN
FOR GUN SAFETY SUPPORT FUND
3:20-CV-06761-EMC

receiver and a jig are classified as firearms under the Final Rule, companies have created a simple workaround: selling the 80% lower receivers and the corresponding jigs, tools, and parts separately. These sellers do not hide the fact that the 80% lower receivers are intended to be converted into firearms, and instead advertise them as a means to avoid regulation. For example, an FAQ page from one online retailer, Gun Builders Depot, explains the benefits of purchasing an 80% lower receiver, rather than purchasing a stripped receiver, as follows:

### Advantages of Using an 80% Lower

Compared to buying a stripped lower receiver, buying and building an 80% lower for your AR carries some unique benefits:

- It's not considered a firearm
- No FFL is required to buy one
- It ships straight to your house
- You don't have to pay any extra fees
- No background is required to build one*
- You don't need to serialize it*
- You don't need to register it*

[16]

The Gun Builders Depot website goes on to explain that the differences between stripped and 80% lower receivers are minimal:

### Differences between an 80% and Stripped Lower

Now you how 80 lowers are legally different from AR-15 stripped receivers. One is considered a firearm and one is not. But how are they physically different? A stripped receiver is ready to accept a lower parts kit, buffer system, and upper receiver assembly.

Here's what needs to be completed on an 80% lower to make it functional

- Drill the hammer pin hole
- Drill the trigger pin hole
- Drill the safety selector lever hole
- Machine the fire control group cavity

### Tools to Finish The Final 20%

Completing those four machining steps above is easy. Total machining time can vary, but most first-timers get the job done in 2 hours or less. Experienced builders can complete a lower in around 30 minutes with the right tools. Speaking of tools, you'll need an 80% jig to get the job done. If you've ever done basic home improvement stuff, used a router or drill, or put your hands on some power tools, you can do all these steps yourself.

[17]

---

[16] *What is an 80 Percent Lower?*, Gun Builders Depot, https://www.gunbuilders.com/blog/what-is-an-80-percent-lower/ (last updated Oct. 11, 2022).
[17] *Id.*

Cooley LLP
Attorneys at Law
San Francisco

7

Brief of Amicus Curiae Everytown
for Gun Safety Support Fund
3:20-CV-06761-EMC

Thus, as Gun Builders Depot itself recognizes, the difference between a stripped lower receiver and an 80% lower receiver consists of just a few machining steps that can be easily achieved through the use of a jig and household tools in as little as 30 minutes. Yet, under ATF's current approach, one is subject to federal firearms laws, while the other is not.

A review of online ghost gun retailers reveals just how easy it continues to be to obtain the component parts for constructing an AR-15 at home. As of December 1, 2023, at least thirty-three websites listed 80% AR-15 lower receivers for sale, and at least twenty-four websites offered jigs capable of finishing those receivers. *See* Appendix A. Often, sellers will specify in the product descriptions of their 80% lower receivers which of their jigs are compatible for finishing the receiver. For example, 5D Tactical advertises the AR-15 80% Billet Lower, a product "developed with DIY builders in mind," as follows:

> This 5D Tactical Billet Lower is produced for easy completion with no prior experience required. All of the necessary cuts have been completed on this lower, leaving only the trigger hole to be drilled before use. Gun owners can complete this step in just a few minutes with our easy-to-use Router Jig Pro.[18]

Similarly, 80 Percent Arms states that its Type III Hard Anodized Billet AR-15 80% Lower Receiver is compatible "with the Easy Jig® Gen 3 and Freedom Jig Router," products which are also sold through their website.[19] Even where the seller does not link the unfinished receiver to a compatible jig, purchasers can finish their receivers by purchasing jigs with universal compatibility.[20]

---

[18] *AR-15 80% Billet Lower-Black Anodized*, 5D Tactical, https://perma.cc/A3TC-9QWC (last visited Dec. 1, 2023).
[19] *Type III Hard Anodized Billet AR-15 80% Lower Receiver*, 80 Percent Arms https://www.80percentarms.com/products/type-iii-hard-anodized-billet-ar-15-80-lower-receiver/ (last visited Dec. 1, 2023).
[20] *See, e.g., Universal 80 Lower Jigs*, Modulus Arms, https://www.modulusarms.com/universal-jigs/80-lower (advertising the Router Jig Extreme as a "universal solution to finishing any 80 percent AR15, AR10, or AR9 lower receiver on the market") (last visited Dec. 1, 2023).

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

BRIEF OF AMICUS CURIAE EVERYTOWN
FOR GUN SAFETY SUPPORT FUND
3:20-CV-06761-EMC

*Examples of universal jigs capable of finishing 80% AR-15 lower receivers.*[21]

Not only is it easy to find a compatible jig for completing an 80% AR-15 lower receiver, but these items are also relatively inexpensive. Partially complete AR-15 lower receivers can be purchased for as little as $50,[22] single-use jigs are available for as low as $60,[23] and jigs that can be reused to finish multiple receivers start at around $100.[24] This low price point, as well as the wide availability online and the fact that that none of these products requires a background check for

---

[21] *Juggernaut Tactical – AR-15 80% Lower Universal Jig*, Gun Builders Depot, https://www.gunbuilders.com/products/juggernaut-tactical-ar-15-80-lower-universal-jig/, (last visited Dec. 1, 2023); *5D Tactical The Router Jig Pro Multiplatform*, Limitless America, https://limitlessamerica.com/5d-tactical-the-router-jig-pro-multiplatform-ar-15-ar-9-ar-45-308-ar-10/ (last visited Dec. 1, 2023).

[22] *See, e.g.*, *AR-15 Lower Receiver – Raw*, Thunder Tactical, https://thundertactical.com/product/ar-15-lower-receiver-raw (last visited Dec. 1, 2023).

[23] *See, e.g.*, *Polymer80 P80-JIG-RL556v3 Jig Kit*, Gun Builders Depot, https://www.gunbuilders.com/products/polymer80-p80-jig-rl556v3-jig-kit/ (last visited Dec. 1, 2023).

[24] *See, e.g.*, *Liberty 80% Lower Jig (AR-15/AR-9)*, Gun Builders Depot, https://www.gunbuilders.com/products/liberty-80-lower-jig-ar-15/ar-9-/ (last visited Dec. 1, 2023).

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

BRIEF OF AMICUS CURIAE EVERYTOWN
FOR GUN SAFETY SUPPORT FUND
3:20-CV-06761-EMC

purchase, means the parts required for building an AR-15 at home continue to be easily accessible.

Furthermore, with the assistance of a jig, the process of converting an 80% AR-15 lower receiver into a finished receiver is quick and easy, requiring no expertise and little additional equipment. Sellers repeatedly emphasize the simplicity of the process. For example, 5D Tactical describes its jigs as follows:

> Our universal 80% lower jig kits are the fastest and easiest to use 80% lower receiver jigs on the market, enabling you to finish your AR-15 or .308 assembly in under 15 minutes with superior results. With ultra-hardened, heat-treated steel wear surfaces, each jig is incredibly durable and guarantees years of reliable finishing."[25]

Similarly, the description of the Broken Arms 80% Lower Jig – AR 15/AR9 emphasizes the ease of modifying an 80% lower receiver and the minimal additional equipment required:

> By now, you no doubt know about building an AR from scratch using little more than a drill press. This is the kit you'll need to get it done: The Broken Arms 80% Jig is designed to eliminate the need for any sort of expensive equipment like a router or mill. It uses unique templates that allow you to fabricate any mil-spec AR-15's forged or billet 80% lower or any mil-spec AR9 80% receiver with nothing more than a drill press and vise.[26]

Some of the more advanced jigs require even less equipment, such as the Easy Jig® Gen 3 Multi-Platform, which is advertised as the "world's easiest to use, fully universal, 80% lower jig capable of finishing AR-15 . . . 80% lower receivers without the need for any additional adapter pieces."[27] The product description emphasizes that the jig does not require a drill press or any measuring tools; only requires using a hand drill and handheld router; involves "drill[ing] only 1 hole prior to milling"; and "can complete an 80% lower *in under 30 minutes*."[28] Furthermore, a video is provided with clear and simple instructions.[29] Other jigs also come with instructions, and videos demonstrating how to finish an 80% AR-15 lower receiver are readily available on the

---

[25] *Multiplatform AR Jigs: Universal 80% Lower Jig Kits*, 5D Tactical, https://perma.cc/66PE-BE73 (last visited Nov. 20, 2023).
[26] *Broken Arms 80% Lower Jig – AR15/AR9*, Gun Builders Depot, https://perma.cc/UT3K-2KR5 (last visited Nov. 20, 2023).
[27] *Easy Jig® Gen 3 Multi-Platform – AR-15, AR-9 and .308 80% Lower Jig*, 80 Percent Arms, https://perma.cc/QVX7-FAFC (last visited Nov. 16, 2023).
[28] *Id.* (emphasis in original).
[29] *Id.*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

BRIEF OF AMICUS CURIAE EVERYTOWN
FOR GUN SAFETY SUPPORT FUND
3:20-CV-06761-EMC

internet.[30]

As these websites demonstrate, jigs, tools, and instructions for finishing AR-type receivers remain widely available, easy to use, and inexpensive. While the Final Rule has changed how 80% AR-type receivers are sold by requiring customers to make more than one purchase to pair a partially complete receiver with the tools for completing it, the practical reality is clear and unchanged: a standalone, partially complete AR-style lower receiver that can be acquired without a background check or serial number remains as easy as ever to turn into a functioning AR-style firearm.

### III. HOMEMADE AR-15s CONTINUE TO BE TRAFFICKED AND USED IN CRIME IN CALIFORNIA

Because it remains easy to build an untraceable, unserialized AR-15 given ATF's loophole, there will continue to be serious consequences for California. First, California will face difficulties in enforcing state laws regulating ghost guns and assault weapons. While California prohibits the sale or transfer of firearm precursor parts—including 80% AR-15 lower receivers—within the state, Cal. Penal Code §§ 16531, 30400, and prohibits the sale or possession of assault weapons, Cal. Penal Code § 30510, individuals are still finding ways to sidestep these prohibitions and build and traffic homemade AR-style assault rifles in California.[31] If partially complete AR-style lower receivers were also regulated by ATF as firearms under federal law—just as stripped lower receivers are—this illicit market could be greatly reduced.

Moreover, due to the continuing accessibility of AR-15 component parts, unserialized AR-

---

[30] *See, e.g., 5D Tactical Router Jig PRO Instructions*, Vimeo, https://vimeo.com/286975295 (providing video instructions for 5D Tactical's Router Jig Pro) (uploaded Aug. 27, 2018); *AR-15 Easy Jig® Manual*, 80 Percent Arms (2016), https://perma.cc/46UM-HM3H (providing step-by-step instructions for finishing an 80% lower receiver with the Easy Jig®) (last visited Dec. 1, 2023).

[31] *See, e.g.*, Complaint, *United States v. Ferrari*, No. 3:23-mj-01618-BGS (S.D. Cal. May 5, 2023) (unlicensed dealer sold twelve unserialized AR-15s); Complaint, *United States v. Valencia*, No. 5:23-mj-00237 (C.D. Cal. May 10, 2023) (defendant sold undercover agent four privately made AR-variant rifles); Complaint, *United States v. Arabyan*, No. 2:23-mj-01095 (C.D. Cal. Mar. 9, 2023) (defendant, a convicted felon, sold confidential informant multiple firearms, including a self-manufactured AR-15 style rifle bearing no serial number); Complaint, *United States v. Benner*, No. 2:23-mj-00121 (E.D. Cal. Aug. 28, 2023) (defendant arrested after selling drugs and unserialized AR-15 for being a felon in possession of a firearm); Complaint, *United States v. Banda, Jr.*, No. 1:23-cr-00106 (E.D. Cal. May 18, 2023) (defendant admitted to purchasing the component parts for, manufacturing, and selling AR-style rifles); Indictment, *United States v. Limon*, No. 2:23-cr-00270 (C.D. Cal. May 31, 2023) (eight defendants indicted for dealing drugs and firearms, including unserialized AR-15 rifles).

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11

BRIEF OF AMICUS CURIAE EVERYTOWN
FOR GUN SAFETY SUPPORT FUND
3:20-CV-06761-EMC

15 rifles continue to pose a threat to public safety in California. Perpetrators, particularly those who would otherwise be prohibited from purchasing firearms, continue to use these weapons to commit crimes and to circumvent firearms regulations. For example, in January 2023, Nathanial Dixon, a convicted felon, used a privately manufactured AR-15 style rifle to shoot and kill Selma Police Officer Gonzalo Carrasco Jr.[32] That same month, Ricardo Firo fired dozens of rounds from an unserialized AR-15 rifle at police responding to a domestic violence call, resulting in a six-hour standoff outside of his home in Bakersfield.[33] Additionally, in September 2023, Benjamin Bautista used a ghost AR-style rifle to fire more than a dozen shots at an inhabited residence in Spring Valley.[34] These examples, and countless others, demonstrate the irreversible and deadly consequences of ATF's continued non-regulation of partially complete AR-15 lower receivers.

## CONCLUSION

This Court should grant Plaintiffs' cross-motion for summary judgment.

Dated: December 1, 2023                         COOLEY LLP

                                                By:    /s/ Kathleen R. Hartnett
                                                       Kathleen R. Hartnett

                                                Attorneys for Amicus Curiae
                                                EVERYTOWN FOR GUN SAFETY
                                                SUPPORT FUND

---

[32] *Selma Cop Killer Officially Charged During Court Appearance*, Fresno Cnty. Sheriff's Office (Feb. 3, 2023), https://www.fresnosheriff.org/media-relations/selma-cop-killer-officially-charged-during-court-appearance.html.

[33] Jason Kotowski, *BPD officer shielded woman from gunfire during southwest Bakersfield standoff: reports*, KGET (Jan. 31, 2023), https://www.kget.com/news/crime-watch/bpd-officer-shielded-woman-from-gunfire-during-southwest-bakersfield-standoff-reports/.

[34] *Man shot up Spring Valley home with 'Frankenstein-style' ghost gun assault rifle: Sheriff's Dept.*, NBC 7 San Diego (Sept. 29, 2023), https://www.nbcsandiego.com/news/local/man-shot-up-spring-valley-home-with-frankenstein-style-ghost-gun-assault-rifle-sheriffs-dept/3315927/.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12

BRIEF OF AMICUS CURIAE EVERYTOWN
FOR GUN SAFETY SUPPORT FUND
3:20-CV-06761-EMC

**Appendix A: Online sellers of partially complete AR-15 lower receivers and compatible jigs as of December 1, 2023**

| Vendor | 80% AR-style lower receivers for sale | Compatible Jigs for sale | Website URL |
|---|---|---|---|
| 3CR Tactical | Yes | Yes | https://3crtactical.com/ |
| 5D Tactical, LLC | Yes | Yes | https://www.5dtactical.com |
| 80 Percent Arms Inc. | Yes | Yes | https://www.80percentarms.com |
| 80-Lowers | Yes | Yes | https://www.80-lower.com |
| Gun Builders Depot | Yes | Yes | https://www.80lowerjig.com/ |
| AAO Manufacturing | Yes | No | https://aaomfg.com |
| American Made Tactical | No | Yes | https://americanmadetactical.com |
| American Resistance Gear | Yes | No | https://americanresistancegear.com/ |
| Broken Armory | No | Yes | https://www.brokenarmory.com/ |
| Brownells | No | Yes | https://www.brownells.com |
| Classic Firearms | Yes | Yes | https://www.classicfirearms.com |
| Davidson Defense | Yes | No | https://davidsondefense.com |
| Daytona Tactical | Yes | No | https://daytonatactical.com |
| Delta Team Tactical | Yes | No | https://www.deltateamtactical.com |
| Durkin Tactical | Yes | No | https://www.durkintactical.com |
| EP Armory | Yes | Yes | https://www.eparmory.com |
| Ghost Gun Jigs | No | Yes | https://ghostgunjigs.com |
| Ghost Gunner | No | Yes | https://ghostgunner.net/ |
| Ghost Guns | No | Yes | https://ghostguns.com |
| Gun California | No | Yes | http://guncalifornia.com |
| Hellfire Armory | Yes | Yes | https://www.hellfirearmory.com |
| JL Billet | Yes | No | https://jlbillet.com |
| Joe Bob Outfitters | Yes | No | https://www.joeboboutfitters.com |
| Juggernaut Tactical | Yes | Yes | https://jtactical.com |
| Limitless America | Yes | Yes | https://limitlessamerica.com/ |
| LTT Firearms | Yes | Yes | https://www.lttfirearms.com/ |
| Mas Defense | Yes | Yes | https://masdefense.com |
| Matrix Arms | Yes | No | https://www.matrixarms.com/ |
| Modulus Arms | Yes | Yes | https://www.modulusarms.com |
| Moriarti Armaments | Yes | No | https://moriartiarmaments.com/ |
| New Frontier Armory | Yes | No | https://www.newfrontierarmory.com/ |
| Outdoor Sports USA | Yes | No | https://outdoorsportsusa.com |
| Polymer 80 | Yes | Yes | https://www.polymer80.com |
| Pro2A Tactical | Yes | No | https://pro2a-tactical.com/ |
| R&B Tactical Tooling | No | Yes | https://www.rbtacticaltooling.com |
| Right to Bear | Yes | No | https://www.righttobear.com/ |
| Tactical Machining, LLC | Yes | No | https://www.tacticalmachining.com |
| Tactical Shit | No | Yes | https://shop.tacticalshit.com/ |
| Tennessee Arms Company, LLC | Yes | No | https://www.tnarmsco.com |
| Thunder Guns | Yes | No | https://thundertactical.com |
| US Patriot Armory Inc. | Yes | Yes | https://www.uspatriotarmory.com |
| Wolfpack Armory | Yes | No | https://www.wolfpackarmory.com/ |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13

BRIEF OF AMICUS CURIAE EVERYTOWN
FOR GUN SAFETY SUPPORT FUND
3:20-CV-06761-EMC

| Vendor | 80% AR-style lower receivers for sale | Compatible Jigs for sale | Website URL |
|---|---|---|---|
| TOTAL | 33 | 24 | |