COOLEY LLP
KATHLEEN R. HARTNETT (314267)
(khartnett@cooley.com)
3 Embarcadero Center
20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

Attorneys for Amicus Curiae
EVERYTOWN FOR GUN SAFETY
SUPPORT FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al., <br><br> Defendants. | Case No. 3:20-CV-06761-EMC <br><br> [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF EVERYTOWN FOR GUN SAFETY SUPPORT FUND AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT <br><br> Judge:   Hon. Edward M. Chen <br> Hearing Date:   January 25, 2024 <br> Hearing Time:   1:30 PM <br> Hearing Place:   Courtroom 5, 17th Floor |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE TO FILE BRIEF
3:20-CV-06761-EMC

Amicus Curiae Everytown for Gun Safety Support Fund ("Everytown") filed an Unopposed Motion for Leave to File Brief in Support of Plaintiffs' Motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment.

Having considered Everytown's Motion, pleadings and filings in this action, and all other matters properly before the Court, the Court **GRANTS** Everytown's Motion.

**IT IS SO ORDERED.**

Dated: December 4, 2023

_____
Hon. Edward M. Chen
UNITED STATES DISTRICT COURT

294787773