GIBSON, DUNN & CRUTCHER LLP
SCOTT A. EDELMAN, SBN 116927
sedelman@gibsondunn.com
2029 Century Park East
Los Angeles, CA  90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

LEE R. CRAIN, *pro hac vice*
ERICA PAYNE, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

PAUL HASTINGS LLP
AVI WEITZMAN, *pro hac vice*
aviweitzman@paulhastings.com
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 318-6000
Facsimile: (212) 752-3620

*Attorneys for Plaintiff Giffords Law Center to Prevent Gun Violence*

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
R. MATTHEW WISE, SBN 238485
Supervising Deputy Attorney General
S. CLINTON WOODS, SBN 246054
Deputy Attorney General
Clint.Woods@doj.ca.gov
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004
Telephone:  (415) 510-3807
Facsimile:  (415) 703-5843

*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta*

[*Additional Counsel Listed on Next Page*]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, et al.,<br><br>Defendants. | CIVIL CASE NO.:  3:20-CV-06761-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR PLAINTIFFS' COMBINED REPLY BRIEF IN FURTHER SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Action Filed:  September 29, 2020<br>Hon. Edward M. Chen |

1  Additional Counsel

2  GIFFORDS LAW CENTER TO
3  PREVENT GUN VIOLENCE
   DAVID M. PUCINO, *pro hac vice*
4  244 Madison Ave Ste 147
   New York, NY 10016
5  Telephone: (917) 524-7816

6
   *Attorneys for Plaintiff Giffords Law*
7  *Center to Prevent Gun Violence*

2

Pursuant to Civil Local Rule 7-12 and subject to the Court's approval, the State of California and Giffords Law Center to Prevent Gun Violence ("Plaintiffs"), Bureau of Alcohol, Tobacco, Firearms and Explosives, Steven Dettelbach, Daniel Hoffman, United States Department of Justice, and Merrick B. Garland ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and request the Court to increase the page limit for Plaintiffs' Reply Brief in Further Support of Cross-Motion for Summary Judgment .

WHEREAS, Plaintiffs' Reply Brief in Further Support of Cross-Motion for Summary Judgment ("Reply Brief") is due on January 4, 2024;

WHEREAS, Plaintiffs seek to file a Reply Brief of up to 23 pages;

WHEREAS, the parties agree that a Reply Brief of up to 23 pages is reasonable in light of the complex issues in this case;

WHEREAS, the Parties have stipulated to page limit enlargements for previous summary judgment briefs;

WHEREAS, on December 6, 2023, the Parties filed a Stipulation requesting that the Court grant Defendants' leave to file a Closing Summary Judgment Brief of up to 30 pages, ECF No. 195;

WHEREAS, the Parties noted in that Stipulation that they "anticipate[d] that an enlargement to the page limit set forth in this Court's local rules may be appropriate for the Plaintiffs' subsequent summary judgment reply brief," ECF No. 195;

WHEREAS, on December 6, 2023, the Court granted Defendants leave to file a Closing Summary Judgment Brief of up to 30 pages, ECF No. 196;

NOW, THEREFORE, pursuant to Civil Local Rule 7-12, the Parties respectfully request, through their undersigned counsel, that the Court enter the following order granting administrative relief, which allows Plaintiffs to file a Reply Brief  of up to 23 pages.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: January 2, 2024 | /s/  Lee R. Crain |

GIBSON, DUNN & CRUTCHER LLP
SCOTT A. EDELMAN
sedelman@gibsondunn.com
2029 Century Park East
Los Angeles, CA  90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 551-8741
LEE R. CRAIN, *pro hac vice*
ERICA PAYNE, *pro hac vice*
LIESEL SCHAPIRA, *pro hac vice*
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

PAUL HASTINGS LLP
AVI WEITZMAN, *pro hac vice*
aviweitzman@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 752-3620

GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE
DAVID M. PUCINO, *pro hac vice*
223 West 38th St. # 90
New York, NY 10018
Telephone: (917) 680-3473

*Attorneys for Giffords Law Center to Prevent Gun Violence*

| | |
|---|---|
| Dated: January 2, 2024 | /s/  S. Clinton Woods |

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
R. MATTHEW WISE, SBN 238485
Supervising Deputy Attorney General
S. CLINTON WOODS

4

Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 210-6046
Facsimile:  (916) 324-8835

*Attorneys for Plaintiff State of California, by and through Attorney General Rob Bonta*

| | |
|---|---|
| *Dated: January 2, 2024* | /s/  Jeremy S.B. Newman |

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
LESLEY FARBY
Assistant Branch Director

JEREMY S.B. NEWMAN
TAISA M. GOODNATURE
DANIEL RIESS
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

*Dated*: *January 2, 2024*                              /s/  *Lee R. Crain*
                                                                              Lee R. Crain

# [PROPOSED] ORDER

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' stipulation. IT IS HEREBY ORDERED that Plaintiffs may file a Reply Brief in Further Support of Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment of up to 23 pages.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: January 4, 2024

_____
Honorable Edward M. Chen
United States District Court Judge