UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs.<br><br>    v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al.,<br><br>    Defendants. | Case No. 20-cv-06761-EMC<br><br>**JUDGMENT IN A CIVIL CASE** |

**(  ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. IT IS SO ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is granted in part and denied in part and Plaintiffs' Motion for Summary Judgment is granted in part and denied in part.

  **IT IS SO ORDERED AND ADJUDGED**

Dated: 3/4/2024

Mark B. Busby, Clerk of Court

_____
Vicky Ayala
Deputy Clerk