```
1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
2
   LESLEY FARBY
3  Assistant Branch Director

4  JEREMY S.B. NEWMAN (Massachusetts Bar No. 688968)
   DANIEL RIESS (Texas Bar No. 24037359)
5  Trial Attorneys
   United States Department of Justice
6  Civil Division
   Federal Programs Branch
7  1100 L Street NW, Room 12106
   Washington, DC 20005
8  Telephone: (202) 353-3098
   FAX: (202) 616-8460
9  daniel.riess@usdoj.gov

10 Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br>  Plaintiffs,<br><br>   v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES ("ATF"), *et al.*,<br>  Defendants. | Case No. 3:20-cv-06761-EMC<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); Steven Dettelbach, in his official capacity as Director of ATF; the United States Department of Justice; and Merrick Garland, in his official capacity as Attorney General of the United States, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment; and Granting in Part and Denying in Part Plaintiffs' Motion for Summary Judgment [ECF No. 207] and Judgment [ECF No. 208].

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 26, 2024 | Respectfully submitted, |
| 3 | | |
| 4 | | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| 5 | | LESLEY FARBY |
| 6 | | Assistant Branch Director |
| 7 | | */s/ Daniel Riess*<br>JEREMY S.B NEWMAN |
| 8 | | DANIEL RIESS<br>Trial Attorneys |
| 9 | | |
| 10 | | *Attorneys for Defendants* |

2